# EXHIBIT A



# 2021-2022
# LeTourneau University
# Student Handbook

***(Last modified January 24, 2022)***

# Table of Contents

**Table of Contents** ... 2
**Welcome to LeTourneau University** ... 4
**Welcome Letters** ... 6
**About the University** ... 8
**Campus Services** ... 10
Student Life Offices and Services ... 10
Other Campus Offices and Services ... 15
QUICK REFERENCE GUIDE ... 25
CAMPUS HOURS OF OPERATION ... 27
LETU Community Expectations ... 29
BIBLICAL STANDARDS ... 29
COMMUNITY LIVING STANDARDS ... 30
**Residence Life** ... 39
**Residency, Housing, and Dining** ... 55
Housing Procedures and Policies ... 58
**Spiritual Formation Program and Chapel** ... 61
**Academic Policies** ... 64
**Information Technology Services and Guidelines** ... 68
Technology Policies and Guidelines ... 69
**Campus Safety / Emergency Guidelines** ... 71
University Police and Vehicle Regulations ... 75
**Selected University Policies** ... 80
I. DRUG AND ALCOHOL PREVENTION POLICY ... 80
II. COMMUNITY COVENANT ... 89
III. FAMILY EDUCATION RIGHTS AND PRIVACY ACT (FERPA) ... 95
IV. GUEST SPEAKER/LECTURER POLICY ... 95
V. MEDIA RESTRICTIONS ... 96
VI. ANTI-HARASSMENT POLICY ... 97
VII. SOLICITATION AND SIGN-POSTING ... 98
VIII. STUDENT COMPLAINT POLICY ... 98
IX. STUDENT INTELLECTUAL PROPERTY POLICY ... 101

X. STUDENT RESEARCH POLICY ........ 101
XI. STUDENTS WITH DISABILITIES ........ 102
XII. SEXUAL MISCONDUCT POLICY (Title IX) ........ 103
XIII. FREE SPEECH and PEACEFUL ASSEMBLY ........ 115

# Welcome to LeTourneau University

The LeTourneau University Student Handbook contains important information for all undergraduate students and residential graduate students enrolled in classes on our Longview campus. The handbook provides a "map" of campus services, guidance on student conduct, and describes our disciplinary processes. Students are responsible to read and abide by the policies and university standards contained in this document.

While the policies and standards outlined in the handbook provide students an effective set of guidelines for personal conduct, the University retains the right to enact additional policies and regulations, correct errors, or to modify existing policies as it determines. Any policy or regulation updates will be made to the document online at www.letu.edu/studenthandbook. New or modified policies are effective immediately, unless otherwise noted. This handbook supersedes and replaces all previously published and/or online versions of the LeTourneau University Student Handbook.

## ABOUT THE STUDENT HANDBOOK

This website contains the codes, rules, regulations, and policies which establish the official parameters for student life at LeTourneau University. These standards have been formulated as appropriate by the President's Cabinet, the Student Life Committee and department, and the administrative officers of the University.

The guidelines and regulations contained in the LeTourneau University Student Handbook are binding for all LeTourneau University students enrolled in a *Residential* [on-ground degree program] undergraduate or graduate program, as well as all *Global* [online degree program] students who reside on campus. It is the students' responsibility to be aware of these expectations and conduct themselves accordingly as members of the LeTourneau community. Adherence to the handbook is expected of LeTourneau University students wherever they may be, for the duration of their enrollment at the University (including semester and holiday breaks).

In those years that the Student Handbook is scheduled for major revision, the Office of Student Life will make every effort to identify to the Student Life Committee and the Executive Council of Student Government of the policies under consideration for revision in the next edition of the Handbook. Any student or student organization wishing to provide comment on policies and/or procedures in the Handbook is encouraged to submit such comments to Student Government representatives, in particular to members of the Student Life Committee of Student Senate.

LeTourneau University does not discriminate on the basis of race, color, national or ethnic origin, sex, disability, veteran status or age in the administration of any of its educational programs, admissions policies, scholarship and loan programs, athletic and other school-administered programs. The University has designated the Director of Student Support Services to handle all student-centered inquiries regarding its efforts to comply with and carry out its responsibilities under Title IX and under Section 504 of the Rehabilitation Act of 1973

**The Student Title IX and Section 504 coordinator may be contacted as follows:**

Vice President for Student Affairs
LeTourneau University
2100 S Mobberly Ave
Longview, TX 75602
903-233-4410

**ACCREDITATION**

LeTourneau University is accredited by the Southern Association of Colleges and Schools Commission on Colleges to award associate, baccalaureate, and master's degrees. Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097, telephone 404-679-4500, at http://www.sacscoc.org for questions about the accreditation of LeTourneau University.

# Welcome Letters

## Welcome from The VP for Student Affairs & Dean of Students

Dear Students,

It is our pleasure to welcome you to LeTourneau University. As a student here, you have the opportunity to allow Christ to form and shape your life. Much of that shaping will take place through your involvement with those who love him in this community. We pray that you will embrace and engage this intentional community — faculty, staff, administration, Trustees and students all seeking Christ together — and allow it to shape every area of life.

We believe that the best college experiences encourage growth not only in the classroom, but in many areas of your life. Our goal is that your time at LETU will help bring about growth in seven areas that are critical to wellness:

Through your involvement in many aspects of our campus environment, you will be challenged and spurred on toward growth. Your faculty and staff want to partner with you and live life alongside you as you develop the skills and disciplines needed to become the person God has created you to be. We believe that all of your growth should be grounded in your relationship with Christ and will be enhanced by your spiritual growth. It is not an additional area in which we hope to help you grow. Your spiritual life is foundational to all other areas of your life. Our highest goal is that your experience at LETU will help you become more like Jesus Christ.

In the gospel of John, Jesus said, "The thief comes only to steal and kill and destroy, I came that they may have life, and have it abundantly." Student Life is dedicated to helping you discover and develop that abundant life in all aspects of your time at LETU.

Knowing our students is the best part of our jobs, and we look forward to building relationships with each of you. Please don't hesitate to stop by our offices on the second floor of the Allen Family Student Center or call or email us. We are excited to move forward together in following Jesus Christ as He guides all aspects of our lives.

Sincerely,

Steve Conn, Ph.D.
Dean of Students
SteveConn@letu.edu
903-233-4431

Kristy Morgan, Ph.D.
Vice President for Student Affairs
KristyMorgan@letu.edu
903-233-4410

## Welcome from The Student Body President

Congratulations Class of 2025,

You made it! It is my pleasure to to welcome you to LeTourneau University. We are all so excited to have you here among us and to learn beside us. I know and have felt that this can be a nerve racking and at the same time exciting. This University has become one of my most enjoyable life experiences. These wonderful experiences, I hope and pray, will be passed onto you and continuely passed onto each subsequent class. As your Student Body President, it is my goal to convey and allow you to encounter them in a way that will glorify God and also propel you in your faith. The idea of a faith centered Polytechnic University is a rare and precious thing. I have seen this in action from professors praying with students, to the relationships built and cultivated by every student here. This reminds me of Proverbs 27:17 "Iron sharpens iron, and one man sharpens another" While this is a commonly quoted verse, it is one that is held central to LeTourneau's success. Therefore, I encourage you to be studious in all regards, however let this community be your brothers and sisters in Christ!

Welcome to LeTourneau University!

Joe Ryan
BSME Class of 2022
LeTourneau University SBP

# About the University

## MISSION

LeTourneau University is a comprehensive institution of Christian higher education where educators engage learners to nurture Christian virtue, to develop competency and ingenuity in their professional fields, to integrate faith and work, and to serve the local and global community.

## GOALS

LeTourneau University educates students who:

- Demonstrate competency and ingenuity in their professional fields
- Integrate Christian faith and work: understanding their vocation within the triune God's grand story of redemption revealed in Scripture
- Engage the local and global community

LeTourneau University is an educational community that:

- Fosters an engaging environment conducive to teaching and learning
- Cultivates Christian virtue
- Contributes to the enrichment and service of the local and global community

## FOCUS STATEMENT

Claiming every workplace in every nation as our mission field, LeTourneau University graduates are professionals of ingenuity and Christ-like character who see life's work as a holy calling with eternal impact.

## MOTTO

Answering God's call: Every workplace. Every nation.

## ALMA MATER

**MUSIC BY EDITH GINGRICH | WORDS BY MAX HELLMAN © 1958**

VERSE 1

LeTourneau's sons and daughters true,

Are faithful 'round this world to you.

Our prayers ascend to God on High,

That in His will your path may lie.

VERSE 2

Caressed by sunny southern skies

Our honored Alma Mater lies.

Among the murm'ring green pines near,

We lift our praise to thee so dear.

CHORUS

O Alma Mater, praise to thee,

We pledge anew our loyalty.

The happy days we here have spent;

A new zeal to our lives have lent.

In joyful song it must be told:

All hail LeTourneau, Blue and Gold;

All hail LeTourneau, Blue and Gold.

## LETU FIGHT SONG – FEAR THE STING!

**MUSIC BY FRED ALLEN / WORDS BY SARAH KRIPPNER © 2014**

L – E – T – U, L – E – T – U

Hail to the gold and blue!

Single minded in our fight,

Pressing on with all our might!

We stand together strong and true;

We are one, through and through.

All LeTourneau rise and sing:

Fear the 'Jackets, fear the sting!

[Chant]

L! E! T! U!

L! E! T! U! Fear the Sting!

L! E! T! U!

L! E! T! U! Fear the Sting!

All LeTourneau rise and sing:

Fear the 'Jackets, fear the sting!

## UNIVERSITY LEADERSHIP

*UNIVERSITY ADMINISTRATORS*

Dr. Steven D. Mason, President

Dr. Benjamin W. Caldwell, Interim Provost and Vice President for Academic Affairs

Mr. Carl Arnold, Vice President for Residential Enrollment Services

Mr. Alan Clipperton, Vice President of Global Initiatives

Mr. Don Egle, Vice President for Marketing and Communications

Mr. Mike S. Hood, Vice President for Finance and Administration

Dr. Kristy Morgan, Vice President for Student Affairs

Dr. Sherry Chance, Associate Vice President for Operations

Dr. Terry Zeitlow, Vice President of Development

*DEANS OF THE SCHOOLS*

Dr. Benjamin W. Caldwell, Associate Provost, Academic Administration

Dr. Stan Coppinger, Dean, College of Education and Arts and Sciences

Dr. Kathleen Mays, Dean, School of Business

Dr. Kelly D. Liebengood, Dean, School of Theology and Vocation

Dr. Kimberly J. Quiett, Dean, School of Nursing

Mr. Fred L. Ritchey, Dean, College of Aviation and Aeronautical Science

Dr. Vicki Sheafer, Dean, School of Psychology and Counseling

Dr. Steven K. Starrett, Dean, School of Engineering and Engineering Technology

# Campus Services

Included in this section is a summary of many of the offices and services that students will interact with during their time at LETU.  This guide is intended as a reference, specific responsibilities, times, and locations are subject to change.

## Student Life Offices and Services

A LeTourneau University education encompasses not only intellectual development through formal classes, study and research, but also spiritual, intellectual, moral, and social growth in a student's life outside the classroom. The Division of Student Affairs serves students through a wide range of services. The Student Affairs staff welcome the opportunity to assist and support students in any way possible.

For more information on our department, please see the Student Life website at www.letu.edu/studentlife, or click on the links below for more information about some of the services available to students through the various departments within Student Affairs.

### ACHIEVEMENT CENTER

The Achievement Center exists to promote student success by providing supportive resources for students at no additional cost. The center offers a number of services for all undergraduate students who would like to improve their learning skills and academic success at LETU. Services include:

- Supplemental Instruction (SI)
- Tutoring
- Math Lab
- Writing Center
- Study Skills Coaches
- AIM (**A**cademic **I**ntervention and **M**entoring) Program
- Peer Advisors (PA)

For more information, visit the Achievement Center at www.letu.edu/AchievementCenter or drop by. The "AC" is located on the 2nd floor of the (AFSC) Allen Family Student Center.

### CAREER SERVICES

Career Services supports students in their calling and career placement by providing the following services:

- Individual career counseling
- Career and self-assessment information (including Myers-Briggs Type Indicator and Focus 2)
- Individual resume and interview assistance
- Assistance with part-time employment opportunities while in school
- Co-op Education/internship opportunities
- Instruction for resume writing, job search strategies, and interviewing techniques
- Job information on business, industry, engineering, engineering technology, education, aviation, health sciences, and arts and sciences
- Job opportunities bulletin
- Community volunteer opportunities

Career services hosts the annual career fair, teacher career fair, and senior etiquette banquet. Additionally, Career Services tracks graduate placement each year to report percentages of students working full time within a year of graduation and where those students have chosen to work or attend graduate school.

To view jobs and connect with employers go to https://letu.joinhandshake.com/login

Career Services is located in the Allen Family Student Center, first floor. To schedule an appointment with a career counselor, call 903-233-4467 or email careerservices@letu.edu

## FITNESS PROGRAMS

Physical fitness and wellness are important to the overall student experience. Good health habits will lead to greater academic success. We encourage students to take advantage of the Fitness classes provided at the Solheim Recreation Center. Classes are free for students.

Visit the Solheim website for the class schedule and more information. Or contact KatieZappasodi@letu.edu

## HEALTH SERVICES

The Health Services Office is located on the 2nd floor of the Allen Family Student Center. The Director of Health Services can be reached at 903-233-4445 from 8 am - 12 pm and 1 - 3 pm, Monday through Friday. Nurse visits are free of charge, and no appointment is needed. First Aid kit supplies may be obtained through University Police and the Resident Directors. In a medical emergency, call 911 or University Police at 903-233-4444.

### *Services Available*

Through the Health Services Office on campus, students may receive the services listed below:

- Allergy shots (Antigen, with Physician's orders that the student may receive the shots without the presence of a physician), must be supplied by the student. Students will be responsible for his/her own Epinephrine.
- Record of shots will be kept in the Director of Health Service's office.
- Treatment of minor illnesses and injuries.
- Referrals to other health providers and appointments made as deemed necessary.
- Assistance in selecting a personal physician.
- Over-the-counter medications dispensed at no charge; the nurse cannot write prescriptions.
- Coordination of services with a physician when necessary.
- On-Campus "House Calls" to students by Director of Health Services as needed.
- Follow-up care by Director of Health Services as needed
- Loan items are available, including crutches, hot/cold packs, arm slings, and other health-related items

### *HEALTH RECORDS AND IMMUNIZATIONS*

It is mandatory that all students submit a Health Record, which includes acknowledgment of the *Important Information about Bacterial Meningitis* brochure. Students must also submit documentation of all required immunizations. Students with incomplete records by the 5th day after classes have begun each semester will be administratively withdrawn. Students seeking exemption must present a valid acknowledgment in lieu of the immunizations.

It is very important that students contact the Director of Health Services during the first week of school if the student has outstanding health concerns or if the student will be administering his/her own injectable medications. Containers for the proper disposal of needles may be picked up and brought back to Health Services for disposal when filled. Proper disposal of needles is

mandatory; fines may be imposed for infractions of this rule. Under NO circumstances are needles to be disposed of on the campus grounds.

### *LOCAL HEALTH CARE FACILITIES*

Longview has several medical facilities – including several emergency and minor care facilities – located within minutes of the university. A list of clinics can be obtained from the Director of Health Services.

LeTourneau University
Director of Health Services
Allen Family Student Center, Room 271
Hours: Mon-Fri – 9 am – 2 pm
903-233-4445 – AngelaClipperton@letu.edu

Should a student need the care of other health personnel, he/she may receive help in locating and making appointments through the Director of Health Services. To avoid unnecessary delay in receiving medical attention, it is extremely important that you bring a list of local doctors approved by your insurance carrier and your insurance card.

Students will be responsible for making their appointments when they are able, providing their own transportation to and from appointments, and taking all information concerning their insurance coverage to the provider. Typically, an RA, RD, or a classmate will be available to help find transportation. Uber / taxi service and city bus services are also available.

Should a student have an accident or be hospitalized while off-campus, the University should be notified as soon as possible through the Office of Student Life at 903-233-4400.

### *MEDICAL INSURANCE*

With the exception of Student Athletes, the University does not require proof of insurance from students. However, the University encourages all students to have basic medical protection; insurance or a cost sharing program.

## ID CARDS

Student identification cards are issued for purposes of personal identification, access to buildings, recording chapel attendance, dining hall entry, materials checkout, admittance to the Solheim Center, and admittance to student activities. ID cards are the property of LeTourneau University and are for private use and may not be shared. They should be carried at all times so that they may be presented to UPD officers/guards or other University Official upon request.

### *REPLACEMENT*

In the event a student ID card is lost, a replacement should be obtained in the Office of Student Life. In the event a student ID card does not properly swipe at the Hive or Corner Cafe, a student must contact the Office of Student Life to have the card repaired or replaced. Student Life is not able to supply temporary ID cards for use in the dining hall or other locations. When new cards are issued, previously issued cards are deactivated.

For replacement cards (lost or damaged), students will be assessed a $10 fee to their student account. If an old card can be reactivated, a $5 fee will be assessed to their student account. Students will not be charged to replace expired or defective cards.

## IMPACT STUDENT LEADERSHIP

IMPACT engages a select group of LeTourneau University student leaders, to grow in Christ-centered leadership through a range of experiences, by inspiring, challenging, equipping, training, honoring, and affirming students to be change agents who cast a vision for the campus and their areas of influence. This umbrella organization supports and trains 10 student leadership areas on campus, including: Student Government, Student Senate, Resident Assistants, Peer Advisors, Spiritual Life Assistants, Orientation Cabinet, LeTourneau Student Ministries, Intramural Coordinators, Worship Leaders, Multi-Cultural Ambassadors, and YellowJacket Activities Council.

For more information on these IMPACT groups or how to become an IMPACT leader visit www.letu.edu/impact.

## INTRAMURAL ATHLETICS

The LeTourneau University intramural sports program is a service operation designed to meet the competitive and recreational needs of the students through sports activities. 7 on 7 flag-football, volleyball, soccer, basketball, ultimate Frisbee, and softball make up the competitive core of team sports in the program. A wide range of other activities takes place throughout the year providing opportunities for both the serious competitors and the recreational enthusiast.

For more information on the intramural sports program and how to sign-up for participation, visit our intramural page www.letu.edu/intramurals.

## LETOURNEAU STUDENT MINISTRIES (LSM)

LeTourneau Student Ministries is an organization under Student Government that seeks to organize and effectively carry out ministries for God's glory. There are currently six executive officers in LSM:  a President, a Vice-President of Campus Ministries, a Vice-President of Community Ministries, a Vice-President of Missions, a Missions Coordinator, and a Secretary/Treasurer. The President acts as the chief executive officer over LSM, as well as being the student liaison with University administrators.  LSM is advised by the Campus Pastor.

LSM promotes unity among its constituent ministries, while recognizing the diversity of ministry goals on campus. In order to facilitate communication and efficiency, LSM is divided up into three branches. Those three branches include Campus Ministries, Community Ministries, and Missions (Local and International). The three branches work together in order to assist students in developing the necessary tools to serve God more effectively with their diverse talents and skills. Because serving God takes on so many forms, students have a wide variety of ministries and activities from which to choose.

Through many of the campus ministries, such as Bible studies, prayer, and corporate worship times, students are strengthened in their own personal walk with God. This is done with the purpose of encouraging students to practice what they learn by making an impact in evangelistic outreaches and work projects in the community and through worldwide mission trips.

It is the vision of LSM to see students learning to live a lifestyle of discipleship, while maintaining a balanced academic and social life. For a complete listing of all campus, community, and mission opportunities sponsored LSM, please visit www.letu.edu/lsm.

## LOST AND FOUND

All found items should be brought to the Office of Student Life and may be claimed by the owner there. Items remaining two weeks after the end of each semester will be discarded.

## NOTARY SERVICES

There are several Notary Publics on campus for your service. The most frequently used is in the Office of Student Life.

## YELLOWJACKET ACTIVITY COUNCIL (YAC)

The Office of Student Activities is committed to providing quality programs, activities, and special events that create opportunities for whole person and community development through edifying entertainment and creative Christian fellowship. These opportunities are designed to improve the quality of community life and to promote the development of responsible, involved, and successful citizens and leaders.

All student organizations wanting to use campus facilities or promote functions on campus must be approved by the Department of Student Life and registered with Student Senate. Promotion of activities must be approved through the Department of Student Life. Following that approval, notices may be submitted to be placed on bulletin boards around campus. These notices must bear the approval stamp of the Department of Student Life. For detailed information concerning all of LETU's clubs and organizations (or to start one), please visit our website. For information about activities, please contact the Coordinator of Student Programs yac@letu.edu or visit www.letu.edu/yac.

## STUDENT CENTER

The Allen Family Student Center is open to all students. The Tree of Life Campus Store, Mail Center, Hive, Common Grounds, the Commuter Home Space, and the Media Room are located on the first floor (AFSC-1).

The offices of the President, the Provost, the Associate Provost, the Chief Financial Officer, the Vice President for Marketing, and the Vice President for Global Operations are located on the second floor. Also located on the second floor are the Student Life offices, the Achievement Center, the Prayer Room, the Game Room, and the Collaboration Rooms.

## STUDENT GOVERNMENT

The LeTourneau University Student Government provides leadership to the LeTourneau student body, administrates campus programs, and acts as the primary liaison between the student body and the faculty/administration. The three agencies under Student Government are Student Senate, LeTourneau Student Ministries (LSM), and YellowJacket Activities Council (YAC). Student Government officers are elected and are directed by the Student Body President and his or her Cabinet.

### Student Government Executive Cabinet Members

Executive Cabinet is advised by the Vice President for Student Affairs.

**Student Body President** – Joe Ryan (JoseohRyan@letu.edu)

**Vice President (Senate President)** –Luke Avent (LukeAvent@letu.edu)

**LSM President** –Joseph Wand (JosephWang@letu.edu)

**YAC President** – Blake Everett (BlakeEverett@letu.edu)

### Student Senate

PURPOSE

Student Senate consists of students who serve the student body by enhancing communication between the university and the students, amplifying the voices toward understanding.

OUR MISSION STATEMENT

As the representatives of the LeTourneau Student Body, Student Senate seeks to glorify God by facilitating the communication between Senators, the Student Body and the Administration, thereby strengthening a sense of community. Student Senate will encourage collaboration between the branches of IMPACT in the pursuit of a proactive attitude. Student Senate will balance the desires and needs of the Student Body by prayerfully considering all proposed policies and pursuing the chosen actions to their completion.

For more information about Student Senate, visit www.letu.edu/senate.

### WRITING CENTER

.

### SPIRITUAL LIFE

.

### RESIDENCE LIFE

.

## Other Campus Offices and Services

### ALUMNI ASSOCIATION

Our most valuable group of supporters is our alumni. Alumni status is available to all graduates of the University and membership in the Alumni Association is conferred at commencement. Many of our alumni return to campus each year to attend athletic events, seminars, banquets, Homecoming, and other activities. Off-campus events for alumni provide fellowship, renewal of friendships, and informative updates about the LETU of today. Alumni are also involved with the University through mentor and volunteer opportunities.

### ATHLETICS

Intercollegiate athletics are a vital part of LeTourneau University's commitment to develop the whole person. The athletics website may be found at www.letuathletics.com

*Our Philosophy*

Athletics at LeTourneau University is a vital and integral part of the educational process. Our mission is for the LeTourneau University Athletic Department to provide opportunities to discover God's plan for our lives by growing a personal relationship with Jesus Christ through an environment of academic rigor, athletic training, competition and community.

The intercollegiate athletic program provides student-athletes an opportunity to improve their skills while competing at a high level. The University sponsors 17 varsity teams, 8 men and 9 women. Men's sports include baseball, basketball, cross country, golf, soccer, tennis, indoor track and field and outdoor track and field.  The women's sports are basketball, cross country,

golf, soccer, softball, tennis, volleyball, indoor track and field and outdoor track and field. LeTourneau University is a member of the National Collegiate Athletic Association, Division III and the 12-member American Southwest Conference.

To represent LeTourneau University in varsity athletics, a student-athlete must be in good standing with the University not be on academic or disciplinary probation, be enrolled in 12 credit hours during competition and maintain a minimum CGPA of 2.0

*Club Sports*

There are several club sports organizations available depending on student interests. These organizations register with Student Senate each academic year and are listed in the student organization directory.

## BOOKSTORE / CAMPUS STORE

The LeTourneau University Campus Store is located on AFSC-1 (first floor) and is open 9 am – 4:30 pm, Monday through Friday, with extended hours at various times during the school year, and reduced hours over the summer months.

In addition to sourcing required textbooks, the Campus Store also carries course related supplies, LETU logo gifts, apparel, greeting cards, general reading books, and course reference guides. Students may contact the Campus Store at 903-233-3690.
https://www.slingshotedu.com

## CENTER FOR COUNSELING

Counseling Services support holistic development—cognitive, emotional, spiritual, behavioral, and relational well-being, while addressing specific problems or needs identified by each student. Individual and group counseling, consultation, outreach programming and skills training, exploration of Christian vocation and spiritual gifts, crisis intervention, and referral for psychological or psychiatric services outside the university are available.

The University provides counseling services through the Center for Counseling within the Psychology Department. Qualified professionals provide general counseling and referral services for all regularly enrolled students. Counseling services are strictly confidential and are provided at no cost, except for specialized testing. Special needs unable to be met by campus personnel will be referred off-campus and are at the student's own expense.

To schedule a confidential appointment, visit the Center for Counseling in Longview Hall, email Counseling@letu.edu, or call 903-233-3490.

## COPIERS AND FAX MACHINES

Copy machines in office areas around campus are to be used for administrative purposes only. The copy machine in the Library is designated for student use. Students can pay cash at the Library circulation desk. The University print shop (located on the first floor of the AFSC), offers bulk copies, color copies, booklets, binding, laminating, etc. A list of services offered and costs for printing is available on the Print Shop website.

A fax machine is available in the Mail Center for students to send and receive faxes. The payment schedule is found below:

| Activity | Cost |
|---|---|
| Sending a Local or Toll-Free Tax | $0.25 per page |
| Sending a Long-Distance Fax, within the US | $0.25 per page |
| Sending an International Fax | Unable to send international fax |
| Receiving a Fax | $0.25 per page |

To be received in the Mail Center, faxes should be sent to 903-233-4191. When a fax is received, a note will be placed in the student's CPO, notifying the student to pick up the fax and pay the charge at the Mail Center window.

## DINING SERVICES

Food services are directed by Bon Appetit Management Company at two locations: The Corner Café and The Hive / Common Grounds Coffee Shop (located on the first floor of the Allen Family Student Center).

### *MEAL PLANS*

All students living on campus at LeTourneau University are provided a meal plan as part of "room and board" costs. Students have until the second Friday of the semester to make changes to their meal plan each semester. Changes can be made through the student's on-campus housing application or in the Office of Student Life. For more information see: Residency, Housing, & Dining.

**"Full" - 19 Meals per Week + $35 Flex Money**

19 meals per week and $35 flex money per semester for use at The Corner Cafe, The Hive, or Common Grounds.

**"Flex 15" - 15 Meals per Week + $150 Flex Money**

15 meals per week and $150 flex money per semester for use at The Corner Cafe, The Hive, or Common Grounds.

**"Flex 10" - 10 Meals per Week + $400 Flex Money**

10 meals per week and $400 flex money per semester for use at The Corner Cafe, The Hive, or Common Grounds

**"Block" - 100 Meals + $350 Flex Money**

100 meals per semester and $350 flex money per semester for use at The Corner Cafe, The Hive or Common Grounds. Please note that this plan is available only to juniors and seniors.

**"Reduced" - 7 Meals per Week + $50 Flex Money**

Residents of the Village Apartments, the Quads, the Societies, and Student Teachers may choose to enroll in the Reduced meal plan, which provides 7 meals per week in the dining hall

and $50 flex money per semester for use at The Corner Cafe, The Hive, or Common Grounds. This meal plan will be billed at $300 less than the other meal plans.

*THE CORNER CAFE / DINING OPTIONS AND TIMES*

The Corner Cafe dining hall offers an "All You Care to Eat" format, which allows students to choose from multiple selections for each meal. Stations are set up throughout the serving area, including pizza/pasta, stir fry, casserole, grill, chef's station, deli, soup, salad bar, and dessert.

Students who have classes during the designated lunch hour can pick up a box lunch on the go. To do so, students must show their university schedules to one of the dining hall managers, who must approve the plan. Once approved, the student's name will be placed on a list, enabling him or her to pick up a to-go lunch from the Hive for the date(s) with conflict.

**Hours of Operation**

| | **Mon/Wed/Friday** | **Tuesday/Thursday** | **Saturday and Sunday** |
|---|---|---|---|
| **BREAKFAST** | 7:30 - 9:30 am | 7:30 - 9:30 am | **Brunch** 11:30 am – 1:30 pm |
| **LUNCH** | 11:30 am - 1:30 pm | 10:50 am - 1:30 pm | |
| **DINNER** | 4:45 - 7:00 pm | 4:45 - 7:00 pm | 4:45 - 6:00 pm |

No meals are served during Spring Break or Christmas holidays, and students can expect reduced hours during other holidays; those hours will typically be posted about a week in advance. Students may enter the cafeteria only once per meal period, but they may consume all they care to eat. No food may be taken from Corner Cafe other than one piece of fruit or small snack.

Students must bring their valid LeTourneau University student ID card every time they wish to enter the cafeteria or use their meal plan at the Hive/Common Grounds. If the card is lost, new ID cards are issued in the Office of Student Life, and the meal plan information will be transferred to the new ID card.

**CASH PRICES FOR MEALS IN THE CORNER CAFÉ:**

| Meal | Cost |
|---|---|
| BREAKFAST | $6.24 + .51 tax = $6.75 |
| LUNCH / BRUNCH | $7.39 + .61 tax = $8.00 |
| DINNER / SUNDAY LUNCH | $7.39 + .61 tax = $8.00 |
| CHILDREN (Ages 12 and under) | $4.62 + .38 tax = $5.00 |

**COMMUTER MEAL PLANS AND CONVERSION RATES**

The costs for other meal plans, and an explanation of "Flex Money" and "Munch Money" are detailed on the Off-campus Living website.

**Special Diets and Health Concerns**

Students requiring a special diet must present their request for accommodation or to be removed from the meal plan to Bon Appetit. A doctor's request and specific menu may be required. Bon Appetit will do everything reasonably possible to accommodate those needs, and Student Life can assist as liaisons in the process. Students who are ill and not able to go to the dining hall may arrange for a "carry out meal" through Health Services.

Also see: Residency, Housing, & Dining

**MISCELLANEOUS POLICIES**

No beverage glasses, cups, utensils, plates, salt and pepper shakers, or other serving items may be removed from the dining hall. No outside refill beverage containers, jugs, bottles are allowed in the Hive or Café.

Students having any questions about any of the above, or anything else concerning Food Services, are encouraged to contact the Food Service Director at 903-233-3661.

### *THE HIVE & COMMON GROUNDS (In AFSC)*

For students in a rush, Bon Appetit offers the option to select a conversion meal, which allows the student to grab a combo meal (at The Hive) in lieu of a meal at the dining hall. Beverages in the Hive are a one-time through service. Conversion meals are available for breakfast, lunch, and dinner, but a student may only use one meal per meal period regardless of the location.

**Hours of Operation**

| MEAL | TIME | SERVICE AREAS AVAILABLE |
|---|---|---|
| M-F Breakfast | 6:30 am - 11:30 am | Coffee, Beverages, Pastries, Grab-n-Go (breakfast and lunch items) |
| M W F Lunch | 11:30 am - 3:00 pm | Coffee, Beverages, Pastries, Grab-n-Go, Taqueria, Grill, Pizza and Ice Cream |
| Tu Th Lunch | 10:50 am - 3:00 pm | Coffee, Beverages, Pastries, Grab-n-Go, Taqueria, Grill, Pizza and Ice Cream |
| M-F Midday/Evening | 3:00 pm - 7:00 pm | Coffee, Beverages, Pastries, Grab-n-Go, Grill, Pizza and Ice Cream |
| | | |
| Saturday | CLOSED | |
| Sunday | CLOSED | |

## FACILITIES SCHEDULING AND RESERVATIONS

A master schedule of all facilities in use for the entire school year is maintained in the Office of Conference and Event Services which is located in the Belcher Chapel and Performance Center. Before any activity is planned by any campus group or department (student, faculty or staff), the facility must be reserved. Only student organizations recognized by Student Senate

will be permitted to reserve campus space. Please contact Conference and Event Services at 903-233-3090 if you have questions regarding your reservation. For any additional services beyond a room, requests must be received at least a week in advance so that arrangements can be made.

## FACILITIES SERVICES

Facilities Services is tasked with the planning, operation, and maintenance of campus buildings, grounds, and mobile equipment. Whether it is trimming the landscape, replacing a light bulb in your residence hall room, or ensuring the Student Center is clean, the facilities services personnel are dedicated to providing a safe, clean, and aesthetically pleasing campus.

For work orders in the residence halls, students are asked to contact their Resident Assistant (RA) or their Resident Director (RD). In doing so, students should be ready to list the location and nature of the work order so that it can be addressed in due time. Please note that work order requests sent to a department or group email cannot be processed. For all other inquiries and reports, please contact Facilities Services at 903-233-3560.

## FINANCIAL OFFICES AND GUIDELINES

The following is a compilation of financial policies from offices throughout campus. This is a guide only and is not authoritative. The true, dynamic policies and their implementation rest with the corresponding office and are subject to change at any time.

### *FINANCIAL AID*

LeTourneau University attempts to provide financial assistance to students who would otherwise be unable to attend for financial reasons. Complete information about assistance is available in the university catalog or from the Office of Financial Aid, located on the second floor of the Library. The Federal Student Financial Aid Guide that describes all financial aid programs including student rights and responsibilities is available upon request at the Office of Financial Aid. Financial Aid is available to assist students from 8am to 5pm and can be reached by phone at 903-233-4350 or by email at financialaid@letu.edu.

### *STUDENT ACCOUNTS*

Financial arrangements for the semester must be completed by the Confirmation Deadline. The Confirmation Deadline is August 1st for the fall term and January 1st for the spring term. For more information on payment plan options, please contact Student Accounts at 903-233-4130 or using this email: studentaccounts@letu.edu. Students with delinquent accounts or with unpaid fines (including room, parking, library, etc.) will not receive transcripts or be allowed to register for future semesters. All accounts must be paid-in-full prior to registration for a new semester or to receive a transcript or diploma. Student Accounts is available to assist students with their financial needs from 8am to 5pm and is located on the second floor of the library.

#### *Refund Policy*

If a student properly withdraws from the University and a refund of tuition and or fees is due, the adjustment will be credited to the student’s account. Within 30 days of withdrawal, the applicable refund (if any remains) will be refunded through the students’ Nelnet account. For complete information on tuition and fee refunds, please consult the university catalog or contact the Student Accounts Office.

*TUITION BENEFITS FOR SPOUSES OF MARRIED STUDENTS*

Based on class space available, spouses of full-time students are eligible to take one regular course per semester tuition free (books and other course fees are the responsibility of the student). The course may be taken for credit or audited. If more than one class is taken, all regular tuition fees will be paid for all classes. Courses offered by the Office of Continuing Studies are not included in this benefit.

*CASHIER*

The Cashier's Window is located on the second floor of the library and available to serve students from 9am to 4pm. Students can make payments on their account or use check cashing services. Personal and payroll checks may be cashed. A student ID card and Driver's License (or state ID card) is required, and there is a maximum of $300 in checks cashed per student each week. Third party checks may be cashed, but the student or employee cashing the check will be held responsible for repayment and any insufficient funds fees ($30 per check) if the check is not honored.

## OFFICE OF DEVELOPMENT

The University's Office of Development handles all gifts, grant requests, donations and estate planning (in Coordination with the LeTourneau University Foundation), fundraising, Alumni Relations,  and the Student Foundation.

*Fundraising*

Students and student organizations wishing to raise funds or obtain donated materials must have prior approval from the Office of Development before soliciting any off-campus individuals or organizations. All solicitations must conform to the Fundraising Policy listed here and no solicitation of any kind should be made without first consulting with the Office of Development.

***Fundraising Policy (Including In-Kind Gifts)***

LeTourneau University recognizes the vital importance of charitable contributions received from individuals, churches, foundations, corporations, associations and government entities to the financial health of the institution. All appeals for funds, equipment or supplies must be coordinated through and be approved by the Office of Development. This will allow the University to present a cohesive fundraising strategy that maximizes the funding of established priorities.

Before any gift (whether cash, in-kind gifts or materials) is received on behalf of the University, the Office of Development must be notified and will officially receive the gift. All gifts must be reported to the Office of Development for acknowledgment and appropriate donor recognition. The Vice President for Development will make recommendations to the President on in-kind gifts. To ensure the effective solicitation and receipt of gifts by the Office of Development, the LeTourneau University Gift Policies and Guidelines on the receipt of gifts apply to all faculty, staff and students.

## LIBRARY / LEARNING RESOURCE CENTER

The Margaret Estes Library offers a variety of books, periodicals, electronic resources, and other media covering multiple areas of interest for student use. The online catalog provides quick searching of the library collection, immediate access to electronic books, and convenient

online renewals. Interlibrary loan allows patrons to borrow books and articles from other participating libraries. Students have access to 30 computers, printers, copier, scanners, headphones, portable device chargers, photography equipment, virtual reality gaming set, and four collaboration rooms based on availability. Library hours including holiday times are posted on the Library website: https://www.letu.edu/library/hours.html

*LIBRARY HOURS OF OPERATION*

| | **FALL and SPRING (August - April)** | **SUMMER (May - August)** |
|---|---|---|
| **SUNDAY** | 3 pm – 8 pm | Closed |
| **MONDAY - FRIDAY** | 8 am – 8 pm | 8 am - 5 pm |
| | | |
| **SATURDAY** | Noon - 8 pm | Closed |

*Costs*

Students can print and make copies for free. Color printing is available for 25 cents per page. Circulating books are loaned for three weeks at no cost with the option to renew items for an additional three weeks; just present your LETU ID card. Reserve materials may be used in the library or checked out (if applicable). Fines are charged daily for overdue items. Library staff are available to answer questions about using the library and doing research. More information and resources regarding the library's services can be found on the Library's website at www.letu.edu/library.

## MAIL CENTER

The Mail Center is located on the first floor of the Allen Family Student Center and is open from 9:30AM to 4:30PM, Monday-Friday.

A campus post office (CPO) box will be provided to all students living on campus, and to Traditional commuter students. Assigned CPO numbers and combinations are available in MyLETU under "Student Life" -> "LETU Residence Information". If a CPO is not assigned, students should come to the Mail Center to open their CPO Box and receive their combination.

It is the student's responsibility to check their mail on a regular basis. If a commuter student does not desire to maintain a CPO Box, they must come to the Mail Center to close the box provided for them. However, all student workers will be required to maintain a CPO Box.

United States Postal Service (USPS) mail should be addressed as follows:

Student Name, CPO #
P.O. Box 7001
Longview, TX 75607-7001

When having parcels shipped to you via UPS, FedEx, etc., please use the following address:

Student Name, CPO #
2100 S. Mobberly Ave.
Longview, TX 75602

The Mail Center sells stamps and envelopes, sends and receives faxes for students, and ships Domestic USPS parcels and FedEx parcels up to 70 pounds.

When leaving the University, students must fill out a form at the Mail Center to leave a permanent forwarding address. USPS First Class mail is forwarded for one year and magazines for 3 months. Students should change addresses with all correspondents and magazine subscriptions.

Students leaving for the summer will need to fill out a summer address form at the Mail Center. First class mail and magazines will be forwarded for the summer and will stop forwarding two weeks before school starts.

More information about the Mail Center and its services and pricing structure can be found at the Mail Center Website.

## PRINT SHOP

The LeTourneau University Print Shop is located on the first floor of the Allen Family Student Center in the same location as the Mail Center and is open Monday through Friday from 9:00AM to 5:00PM. Personal printing services are available at a considerable discount of what can be found at off-campus printshop@letu.edu. Removable storage devices will not be accepted in the print shop. Copying requests may be dropped off at the Print Shop. A list of services offered and costs for printing is available on the Print Shop Website. Please keep in mind the print shop is not open on weekends, or on campus observed holidays. Please allow ample time for your request to be completed. All personal requests must be paid for by cash or check. The Print Shop is unable to accept credit/debit cards.

## PUBLIC TRANSPORTATION

The University does not provide public transportation except for specific times as advertised. Shuttles to and from the airport, bus station, or train depot are the responsibility of the student. Students should make complete travel arrangements prior to the opening and closing dates of each semester.

Longview Transit is the designated urban public transportation provider in the Longview (TX) area. For the most up to date times, routes and rates please visit the Longview Transit website at www.longviewtransit.com.

Transit is provided to the Abbott Aviation Center, Monday through Friday, on a set schedule. The transit schedule can be viewed at the following link: http://www.letu.edu/start/publications/schedules/AirportTransportationSchedule.pdf.

**Commented [TZ1]:** check

## REGISTRAR

The Office of the Registrar at LeTourneau exists to serve the academic needs of all LeTourneau University students. This office handles graduation requirements, keeps record of grades, publishes the catalog, manages transcript requests, works with the Department of Veteran Affairs and provides multiple other services for the students of LeTourneau University. The Registrar's office is located at the Longview campus on the second floor of the Margaret S. Estes Resource Center (the library).

## SOLHEIM RECREATION AND ACTIVITY CENTER

The Solheim Recreation and Activity Center contains a swimming pool, weight rooms with machines and free weights, racquetball courts, sand volleyball courts, exercise classes, traversing wall, indoor walking track, activity room, two gymnasiums, and lounge areas. There are also classrooms and Kinesiology and athletic staff offices in the Center. Recreational use of the facility is available free of charge for all student, faculty, and staff in accordance with posted hours.

Special memberships may be obtained for qualified individuals. Those who do not qualify are ineligible to use the Solheim facilities.

## SPEER MEMORIAL CHAPEL

[only remaining original structure from the Harmon General Hospital. Historic Landmark]

This small chapel is available by request through Conference and Event Services by calling 903-233-3090 or using the online reservation system.

QUICK REFERENCE GUIDE

| QUESTION | WHERE TO GO | WEBSITE www.letu.edu + | PHONE | LOCATION |
|---|---|---|---|---|
| **Academic Calendar** | Registrar | catalog.letu.edu | 903-233-4370 | Estes Library - 2nd Floor |
| **Academic Support** | Achievement Center | /achievementcenter | 903-233-4470 | AFSC – 2nd Floor |
| **Accounts - Students** | Student Accounts | /studentaccounts | 903-233-4130 | Estes Library - 2nd Floor |
| **Allen Family Student Center (AFSC)** | AFSC Student Attendant | | 903-233-3099 | AFSC – 2nd Floor |
| **Airport Bus** | Facilities Services | /bus | 903-233-3550 | Facilities Services |
| **Athletics** | Solhiem Center | letuathletics.com | 903-233-3790 | Solheim Center |
| **Best Semester Programs** | Global Initiatives | /global-initiatives | 903-233-3170 | AFSC – 1st Floor |
| **Campus Jobs** | Career Services | /campusjobs | 903-233-4467 | AFSC – 1st Floor |
| **Campus Mail** | Mail Center | /mailcenter | 903-233-4190 | AFSC – 1st Floor |
| **Career Information** | Career Services | /careerrvices | 903-233-4467 | AFSC – 1st Floor |
| **Cashier** | Student Accounts | /studentaccounts | 903-233-4134 | Estes Library - 2nd Floor |
| **Change of Major** | Registrar | /registrar | 903-233-4370 | Estes Library - 2nd Floor |
| **Change Class or Schedule** | Registrar | /registrar | 903-233-4370 | Estes Library - 2nd Floor |
| **Chapel** | Belcher Center | /chapel | 903-233-3115 | Belcher Center |
| **Complaints** | Student Life | /complaints | 903-233-4400 | AFSC – 2nd Floor |
| **Computer Information** | Information Tech | /it | 903-233-3500 | IT Building |
| **Corner Cafe** | Bon Appetit | /reslife | 903-233-3663 | Corner Cafe |
| **Counseling** | Counseling Center | /counseling | 903-233-3490 | Longview Hall |
| **Cultural Events** | Student Life | | 903-233-4400 | AFSC – 2nd Floor |
| **Dining Hall** | Bon Appetit | letu.cafebonappetit.com | 903-233-3663 | Corner Cafe |
| **Diplomas** | Registrar | /registrar | 903-233-4370 | Estes Library - 2nd Floor |
| **Disabilities Support** | Achievement Center | /achievementcenter | 903-233-4470 | AFSC – 2nd Floor |
| **Discipline/Student Conduct** | Student Life | /student-life | 903-233-4400 | AFSC – 2nd Floor |
| **Discrimination** | Student Life | /student-life | 903-233-4410 | AFSC – 2nd Floor |
| **Drug or Alcohol Counseling** | Counseling Center | /counseling | 903-233-3490 | Longview Hall |
| **Emergencies** | University Police | /upd | 903-233-4444 | UPD (near AO) |
| **Employment (On/Off-Campus)** | Career Services | /careerservices | 903-233-4467 | AFSC – 1st Floor |
| **Excused Absences** | Student Life | /student-life | 903-233-4410 | AFSC – 2nd Floor |
| **Financial Aid Information** | Financial Aid | /financialaid | 903-233-4350 | Estes Library - 2nd Floor |
| **First Year Support** | Achievement Center | /achievementcenter | 903-233-4474 | AFSC – 2nd Floor |
| **Food Services / Allergies** | Student Life | /reslife | 903-233-4400 | AFSC – 2nd Floor |
| **Global Studies** | Global Initiatives | /global-initiatives | 903-233-3173 | AFSC – 1st Floor |
| **Graduation Information** | Registrar | /registrar | 903-233-4370 | Estes Library - 2nd Floor |
| **Housing** | Student Life | /reslife | 903-233-4400 | AFSC – 2nd Floor |
| **ID Card Replacement** | Student Life | /student-life | 903-233-4400 | AFSC – 2nd Floor |
| **Illness or Injury** | Student Life (Nurse) | /healthservices | 903-233-4445 | AFSC – 2nd Floor |
| **International Support** | Global Initiatives | /global-initiatives | 903-233-3170 | AFSC – 1st Floor |

| **Loan Information** | Financial Aid | /financialaid | 903-233-4350 | Estes Library - 2nd Floor |
|---|---|---|---|---|
| **Lost and Found** | Student Life | /student-life | 903-233-4410 | AFSC – 2nd Floor |
| **Mail and Fax Support** | Mail Center | /mailcenter | 903-233-4190 | AFSC – 1st Floor |
| **Marriage Preparation** | Counseling Center | /counseling | 903-233-3490 | Longview Hall |
| **Meal Plans (Commuter)** | Bon Appetit | letu.cafebonappetit.com | 903-233-3660 | Corner Cafe |
| **Meal Plans (Residential)** | Student Life | /reslife | 903-233-4400 | AFSC – 2nd Floor |
| **Medicine (Over-the-Counter)** | Student Life (Nurse) | /healthservices | 903-233-4445 | AFSC – 2nd Floor |
| **Notary Public** | Student Life | /student-life | 903-233-4410 | AFSC – 2nd Floor |
| **Off-Campus Housing** | Student Life | /reslife | 903-233-4400 | AFSC – 2nd Floor |
| **Orientation - New Students** | Student Life | /orientation | 903-233-4431 | AFSC – 2nd Floor |
| **Parking** | University Police | /upd | 903-233-4440 | UPD (near AO) |
| **Payment of University Fees** | Student Accounts | /studentaccounts | 903-233-4130 | Estes Library - 2nd Floor |
| **Posting Signs** | Student Life | /student-life | 903-233-4400 | AFSC – 2nd Floor |
| **Pregnancy Support** | Counseling Center | /counseling | 903-233-3490 | Longview Hall |
| **Scholarships** | Financial Aid | /financialaid | 903-233-4350 | Estes Library - 2nd Floor |
| **Sexual Assault Information** | Student Life | /titleix | 903-233-4410 | AFSC – 2nd Floor |
| **Sexual Harassment** | Student Life | /titleix | 903-233-4410 | AFSC – 2nd Floor |
| **Student Government** | Student Life | /impact | 903-233-4410 | AFSC – 2nd Floor |
| **Study Abroad** | Global Initiatives | /global-initiatives | 903-233-3173 | AFSC – 1st Floor |
| **Summer School** | Registrar | /registrar | 903-233-4370 | Estes Library - 2nd Floor |
| **Technology Problems** | Information Tech | /it | 903-233-3500 | IT Building |
| **Title IX** | Student Life | /titleix | 903-233-4410 | AFSC – 2nd Floor |
| **Transcripts** | Registrar | /registrar | 903-233-4370 | Estes Library - 2nd Floor |
| **Vehicle Registration** | University Police | /upd | 903-233-4440 | UPD (near AO) |
| **Veteran Support** | Registrar | /registrar | 903-233-4374 | Estes Library - 2nd Floor |
| **Withdraw from University** | Registrar | /registrar | 903-233-4370 | Estes Library - 2nd Floor |
| **Work Orders - Residential** | Residence Life | /reslife | RA or RD | Your RD's Office |
| **Work Orders - Technical** | Information Tech | /it | 903-233-3500 | IT Building |
| **Work Study Programs** | Career Services | /campusjobs | 903-233-4467 | AFSC – 1st Floor |

CAMPUS HOURS OF OPERATION

| Facility | Phone | Days | Hours of Operation |
|---|---|---|---|
| **Achievement Center** | 903-233-4470 | Monday-Friday | 8 am - 5 pm |
| **Allen Family Student Center** | 903-233-3099 | | |
| **Business Office** | 903-233-4100 | Monday-Friday | 8 am - 5 pm |
| **Campus Entrance - Green Street** | | Everyday | 6 am - 10 pm |
| **Civil Engineering I, II, III** | | Monday-Friday | 8 am - 5 pm |
| **Corner Cafe** | 903-233-3660 | Monday / Wednesday / Friday | 7:30 am - 9:30 am |
| | | | 11:30 am - 1:30 pm |
| | | | 4:45 pm - 7:00 pm |
| | | Tuesday / Thursday | 7:30 am - 9:30 am |
| | | | 10:50 am - 1:30 pm |
| | | | 4:45 pm - 7:00 pm |
| | | Saturday | 11:30 am - 1:30 pm |
| | | | 4:45 pm - 6:00 pm |
| | | Sunday | 8:00 am - 9:15 am |
| | | | 11:30 am - 1:30 pm |
| **Common Grounds / The Hive** | 903-233-3113 | Monday-Friday | 6:30 am - 9:00 pm |
| | | Saturday | 6:30 pm - 9:00 pm |
| | | Sunday | 5:30 pm - 9:00 pm |
| **Financial Aid** | 903-233-4350 | Monday-Friday | 8 am - 5 pm |
| **Glaske Building** | | Monday-Friday | 7 am - midnight |
| | | Saturday-Sunday | noon - midnight |
| **Information Technology (IT) Help Desk**<br><br>*(in Longview Hall Computer Labs)* | 903-233-3500<br><br>www.letu.edu/it | Monday-Saturday | 8 am - midnight |
| | | Sunday | 2 pm - midnight |
| **Kielhorn Materials Joining Lab** | | Monday-Friday | 8 am - 5 pm |
| **Longview Hall** | | Monday-Friday | 8 am - midnight |
| | | Saturday-Sunday | 2 pm - midnight |
| **Machine Tool / Senior Design Lab** | | As Authorized by Engineering Faculty | |
| **Mail Center / Print Shop** | 903-233-4190 | Monday - Friday | 9:30 am - 4 pm |
| **Margaret Estes Library**<br><br>*(Public Hours are M-F, 8 am - 5 pm only)* | 903-233-3260 | Monday-Thursday | 8 am – 8 pm |
| | | Friday | 8 am - 8 pm |
| | | Saturday | noon - 8 pm |
| | | Sunday | 3 pm – 8 pm |
| **Registrar's Office** | 903-233-4370 | Monday-Friday | 8 am - 5 pm |

| | | | |
|---|---|---|---|
| **Solheim Athletic and Recreation Center** | 903-233-3790 | Monday / Wednesday / Friday | 6 am - 10 pm |
| | | Tuesday / Thursday | 6:30 am - 10 pm |
| | | Saturday | 8 am - 10 pm |
| | | Sunday | 10 am - 9 pm |
| **Solheim Center Swimming Pool** | 903-233-3790 | Mon, Tues, Thurs, Fri | 6:30 am - 9 pm |
| | | Monday-Friday | 11:30 am - 1:30 pm |
| **Speer Chapel** | | Monday-Friday | 7 am - 5 pm |
| **Student Accounts** | 903-233-4130 | Monday-Friday | 8 am - 5 pm |
| **Student Life Offices** | 903-233-4400 | Monday-Friday | 8:30 am - 5 pm |
| **Sling Shot Campus Store** | 903-233-3690 | Monday-Friday | 9 am - 4 pm |
| **University Police** | 903-233-4444 | Available 24 Hours per Day | |

# LETU Community Expectations

LeTourneau University provides an educational setting that is distinctive. Emphasis is placed on high academic standards, problem-solving experiences, and spiritual development centered on our faith in Jesus Christ.

Beyond imparting knowledge, LeTourneau University is committed to the total development of its students. Standards have been established to provide the framework for an environment that is conducive to emotional, intellectual, physical, social, and spiritual growth. It is the purpose of this handbook to provide information about student life, and to make students aware of the lifestyle they are voluntarily accepting while enrolled as a student at LeTourneau University. Enrollment is defined as the entirety of the time students are a member of the LeTourneau community between matriculation and graduation, including all breaks and holidays. Students are responsible for the information contained in this Student Handbook until they graduate, transfer, or withdraw.

A student's enrollment at LeTourneau University involves a moral agreement with the University that the guidelines will be followed. Faithful adherence to the standards and regulations of the University is a matter of each student's personal honor and integrity. The Board of Trustees, Administration, and Faculty of LeTourneau University have a deep sense of responsibility and desire that significant personal and spiritual growth will occur in the disciplined life of each student.

Student Life expectations at LeTourneau University are based on two basic principles that will support the academic, practical, and spiritual commitment of the institution: Biblical standards and community standards.

## BIBLICAL STANDARDS

Believing the Word of God to be of supreme and final authority in faith and life, the absolutes of the Scriptures speak directly to certain standards. Those practices that are forbidden in the Bible will not be condoned for members of the LeTourneau University community.

It is also recognized that Scripture condemns "sins of the spirit" such as covetousness, jealousy, pride, and lust. These by their very nature are more difficult to discern, but they lie at the heart of relationship between God and humanity and thus are central in the concern of our community.

Though a handbook necessarily deals with observable behavior, it is the desire of the University that students also realize the Biblical imperatives relating to the heart and the mind. Jesus Christ should be glorified in the lives of its campus community, not only in actions, but also in words and thoughts.

### LETU COMMUNITY COVENANT

Adopted in February 2017, LeTourneau University has developed our Community Covenant that guides how we approach life in the University setting. The Community Covenant is a philosophical document and provides clarity to our foundational beliefs and practices. Within the Student Handbook, we have developed and continue to refine policies, rules, and regulations in order to provide clarity and order within our community.

## COMMUNITY LIVING STANDARDS

In order to provide a structure that allows for social order and cohesiveness - while protecting individual rights - certain common courtesy guidelines are necessary. These include appropriate procedures, guidelines, and regulations concerning social relationships and personal behavioral choices. These are not to be interpreted as standards of spirituality, but as standards of one's ability to function as an individual within this particular community of University students, faculty, and staff.

### SPECIFIC BEHAVIORAL GUIDELINES

Whether they are observed by a member of the community, verbally described, or personally shared for the public in verbal or written form (for example, through a personal website or social network), these behaviors are prohibited and subject to administrative intervention and disciplinary action.

1. **Sexually immoral or immodest conduct, or the promotion of sexual activity outside of marriage.** These include activities such as (but not limited to): sexually graphic text messaging, chatting, or video conferencing; fornication; sexual promiscuity; and adultery - whether they are heterosexual or homosexual in nature. Cohabitation (sharing a room, apartment, or home) with a member of the opposite gender is included in this prohibition.

   Based on biblical standards, we believe that God has created the institution of marriage to be between one man and one woman, and only within this institution does God bless intimate sexual expression; all other intimate sexual expression outside of marriage is considered immoral behavior. Consistent with our desire to celebrate and model a Scriptural approach to sexuality, the University prohibits same-sex dating behaviors and public advocacy for the position that sex outside of a biblically-defined marriage is morally acceptable.

   Any student concerned about their experiences with sexual temptation, participation, or addiction - either heterosexual or homosexual in nature - may proactively seek assistance from the Office of Student Life or the LETU Center for Counseling without fear of disciplinary action (see "Personal Growth Initiative").

2. **The possession, manufacturing, use, sale, or distribution of tobacco, alcoholic beverages, or illicit drugs.** The prohibition against the use or possession of these items is a matter that the University takes seriously. Each has been widely recognized as a source of serious health and social problems. Their prohibition reflects LeTourneau University's tradition in keeping with the teaching of Scripture that we are to view our bodies as the temple of the Holy Spirit and thus treat them accordingly. Abstinence from these items will foster discipline and self-control, and the University will be drawn closer together as a community if all of its members avoid their use.

3. **The use, sale, or possession of literature, games, pictures, posters, paraphernalia, movies, music, or other media** that (a) depict lewd, obscene, sexually suggestive, or sexually degrading or demeaning material as determined by the Student Life staff; or (b) portray or promote the use of alcohol, tobacco, or illicit drugs, or (c) advocate Satanism, occultism, witchcraft, or any other spiritual philosophy that is blatantly inconsistent with Christian principles.

4. **Gambling**, as it distracts from the academic environment and Christian community, threatens financial security, displays or promotes greed and materialism, and/or undermines spiritual and mental health.
5. **Theft** attempted or actual, to property of the University or property of a member of the University community or other personal or public property (including copyright infringements and violations).
6. **Dishonesty,** including, but not limited to the following:
    a. cheating, plagiarism, or other forms of academic dishonesty;
    b. furnishing false information to any University official, faculty member or office; or
    c. forgery, alteration, or misuse of any University document, record, or instrument of identification.
7. **Profanity, obscenity, or vulgarity,** whether spoken, written or visual, including language within personal websites, blogs, and social networks.
8. **Disorderly or destructive actions.**
9. **Abuse, harassment, bullying, or assault**, including physical abuse, verbal abuse, written abuse (online or in print), threats, stalking, intimidation, humiliation, pestering, coercion, or other conduct that threatens or endangers the physical, psychological, or emotional health - or the belongings - of any person. Bullying typically includes, but is not limited to, aggressive behavior that seeks to control or harm others, often involving an imbalance of power (such as physical strength, access to embarrassing information, or status) and repetition.
10. **Unauthorized access** to or entering of campus buildings, whether by possession, use, or duplication of authorized or unauthorized keys, or by use of any lock-evading instruments.
11. **Violation of the residence hall visitation policies.**
12. **Hazing**, defined by Texas law as an act which endangers the mental or physical health or safety of a student, or which destroys or removes public or private property, for the purpose of initiation, admission into, affiliation with, or as a condition for continued membership in a group or organization. The express or implied consent of the victim will not be a defense. Apathy or acquiescence by another student in the presence of hazing are not neutral acts; they are also violations of this rule.
13. **Failure to comply with directions of University officials or law enforcement officers** acting in performance of their duties, and/or failure to identify oneself to these persons when requested.
14. **Violations of standards of character, conduct, and scholarship** to the extent that the student's attitude and actions are detrimental to the University and its students. Included in this category is assisting with or creating of space for others to violate the guidelines and policies articulated in the Student Handbook.
15. **Any other activity that is in violation of the laws of the land** (the local community, the state, and the federal government), except in those rare cases wherein obedience to the civil authorities would require behavior directly in conflict with the teaching of

Scripture. A student charged with a misdemeanor or felony is required to notify the Dean of Students within five (5) business days of being charged.

16. **Abuse of technology**, including, but not limited to:

- Theft of equipment or service.
- Unauthorized entry into a file to use, read, or change the contents, or for any other purpose.
- Unauthorized transfer of a file.
- Unauthorized use of another individual's identification, password, MAC address, etc.
- Use of computing facilities that interferes with the work of another student, faculty member or University Official.
- Use of computing facilities to send obscene or abusive messages.
- Use of computing facilities to interfere with normal operation of the LETU computing system.
- Use of computing facilities and resources in violation of copyright laws.

**17. Abuse of the student conduct process,** including but not limited to:

- Failure to obey the notice of a conduct meeting or University official to appear for a meeting or a hearing.
- Falsification, distortion, or misrepresentation of information within a conduct meeting.
- Initiation of a conduct meeting knowingly without cause.
- Attempt to discourage an individual's proper participation in, or use of, the student conduct system.
- Failure to comply with the sanctions imposed by University officials.

Where the laws of God, society, and our community standards do not speak explicitly, the University holds that each Christian must decide what actions are appropriate for themselves. It is important to remember, however, that orderly community life and the reaching of common goals may require the individual to limit his or her own freedoms and privileges for the good of the group.

## CHURCH ATTENDANCE

There are many opportunities to participate in and receive Christian fellowship, worship, and service on our campus; additionally, we believe engagement in a local church is extremely valuable for both our students and for the community. The University does not sponsor Sunday church services on campus so that students may choose a local fellowship.

## DANCING

Social dances and opportunities for social dancing will be permitted at the discretion of the Office of Student Life.

Examples of acceptable forms of dancing include (but are not limited to):

- Choreographed dancing for a school-sponsored performance (e.g., Hootenanny)
- Dancing as part of a worship experience
- Cultural dancing as part of an educational event or experience
- Dancing with an instructor as part of an exercise/fitness program
- Social dances hosted by official university organizations (such as YAC)

For questions about dance-related activities, please contact the Dean of Students or Office of Student Life.

Students choosing to participate in social dancing off-campus should exercise caution as to their witness (of themselves and the University). The University strongly discourages students from attending dance clubs, dance bars, and other establishments that would be inconsistent with a Christian lifestyle.

## DATING AND SOCIAL LIFE

Behavior in a public place between couples should be such that the couple always appears approachable, rather than reclusive. Sitting or lying in each other's laps, and prolonged hugs or kisses are examples of unacceptable behavior. If a couple's public behavior is considered inappropriate, a faculty or staff member will address the behavior accordingly.

## DRESS GUIDELINES

A good personal appearance characterized by cleanliness and neatness is expected of all students. Therefore, it is the responsibility of the individual student to exercise good taste and judgment in selecting clothing that is modest, neat, and appropriate while enrolled at LeTourneau University. Dress that distracts from the academic purpose or that would reflect values contrary to Biblical or community standards is not acceptable. A faculty or staff member may decide whether a given mode of dress disrupts the academic process in that instructor's classroom. Student Life staff may determine appropriate attire for other areas of campus. Clothing should be modest so that it does not draw unnecessary attention to the wearer. Footwear must be worn in all nonresidential campus buildings, with certain exceptions applicable to the Solheim Center. Sunbathing is not allowed on campus.

Examples of Appropriate Men's Attire

- Classroom and Chapel: slacks, jeans, shirts, modest length shorts, and t-shirts without holes, and appropriate footwear. Specific classes may require different dress standards based on safety concerns.
- Casual: any of the above, shorts or cutoffs of modest length, tank tops, sleeveless shirts, or casual apparel designed for play are appropriate.
- Recreation: racing style briefs are not considered appropriate swimwear for men.

Examples of Appropriate Women's Attire

- Classroom and Chapel: dresses, skirts, blouses, pants, jeans without holes, modest length shorts, and appropriate footwear. Specific classes may require different dress standards based on safety concerns.
- Casual: any of the above, shorts or cutoffs of modest length are appropriate.
- Recreation: swimwear must be one piece and modest in appearance.

## SELF-CARE

Part of being a member of community is to demonstrate through day-to-day actions that one is able to assure one's own welfare and meet normal obligations. This essentially means that students must agree to care for themselves and behave in ways that will not cause problems for themselves or those around them, nor negatively impact the welfare, safety and success of other community members. Examples would include, but are not limited to, caring adequately for one's physical and emotional health, dealing appropriately with life challenges, getting along with others successfully, making adequate academic progress, and not causing or threatening to cause harm to one's self or others. It is also expected that students will seek out and/or accept professional assistance for those situations that they are unable to resolve on their own.

If these self-care expectations are not met, students will be held accountable for their inappropriate behavior and the negative impact on the community. Accountability may include

being removed from campus housing and/or suspension from the University. (See: Interim Measures).

Students seeking accommodation due to a documented disability or significant, ongoing medical condition are required to contact the Director of Student Achievement to discuss accessibility issues.

## HOSPITALIZATIONS
In the case where a student has been admitted to a health care facility, the student must meet with the Dean of Students, or designee, and other University personnel as deemed appropriate to coordinate return to the campus community within one business day of their discharge.

The student must submit documentation from the health care facility regarding the condition of the student and follow-up care recommendations to the Dean of Students. The Dean of Students and/or other University personnel will develop a plan of care and next steps for the student.

## PERSONAL GROWTH INITIATIVE
If your own behavior has been in violation of the policies of the University, and if you wish to change your behavior, you are encouraged to take the initiative to discuss the behavior of concern with a member of the Student Life staff (i.e. Resident Director, Director of Residence Life, or Dean of Students). Upon proactively addressing the problem (not confessing in response to a potential or actual disciplinary inquiry), it may be defined at this point as a personal problem and may become exempt from disciplinary action. The Personal Growth Initiative is designed to assist students who initiate contact with the people above with a desire to change behavior. Counseling or other means of addressing the problem may be required as a part of the Growth Initiative. If the behavior persists, despite the initiation of the Growth Initiative, you may be subject to sanctions due to continued violation of university policy..

Students who have been confronted about their behavior and have not initiated contact for help are not eligible to enter the Personal Growth Initiative process. Those students will be subject to the standard student conduct process. Other exceptions to this approach may be when behavior is repetitive, self-destructive, harmful or hazardous to others, violates the university Sexual Misconduct Policy (Title IX), or involves a significant legal issue in which the university is obligated to uphold the law.

## STUDENT CONDUCT PROCESS
The University expects and encourages each student to exercise personal self-discipline and to live within the University community in a responsible manner. Students who choose to act in a manner contrary to the standards set forth by the University will be subject to the student conduct process. This process allows students to experience responsibility, growth in self-discipline, and assistance in their journey. The desired outcome is helping students learn and grow, as well as encouraging them through an intentional process designed to help them make better decisions. Our desire is that it will be redemptive, with the care and development of the student in mind.

Honesty and integrity are highly valued aspects of the student conduct process. Honesty is honorable, even if it means being honest about making a poor choice. Students are expected to be honest when asked questions about a situation where potential violations have occurred. Dishonesty in the process may increase the severity of the circumstances and consequences.

Any student who violates Community Living Standards or University policy is held accountable through the student conduct process as outlined below.

1. Student Life personnel receive notification of a possible violation and create an incident report to document the situation.

2. Student Life personnel conduct an investigation and meet with the student(s) to discuss the incident report and collect further information regarding the incident. Student Life may seek other evidence such as witness testimony to provide additional insight into the situation. Students will be notified of their expected participation in an investigation through email from a Student Life staff member.

3. Student Life personnel conclude an investigation and make a finding. If a student is found to be in violation, sanctions may be assigned. The student will be notified of findings and sanctions by email from the lead Student Life investigator.

## STUDENT CONDUCT PROCESS RESPONSES

The following are possible responses for students found in violation of University policy.

*Admonition*

An oral statement to the student that s/he is violating or has violated behavioral guidelines.

*Warning*

A notice in writing to the student that the individual is violating or has violated behavioral guidelines.

*Loss of Privileges*

Denial of specified privileges for a designated period of time.

*Fines*

Certain monetary charges may be assessed (for damage repair and/or punitive response) and are typically applied to the student's account. (Specific amounts are listed throughout the Student Handbook or may be determined through the disciplinary process.)

*Restitution*

Compensation for loss, damage, or injury. This may take the form of appropriate service and/or monetary replacement.

*Assignments*

A student may be assigned a specific number of work hours (community service) as a disciplinary measure. Failure to complete the work assignment within the required time limit and precisely as directed may result in additional disciplinary action. Another option may include research and study assignments designed to learn more about the topic of the disciplinary response, or to further enhance one's understanding of our faith and world around us. In many cases, a student will be asked to interact in a mentoring relationship with a faculty or staff member of the student's choice.

*Community Service*

An assignment of appropriate community service that is both beneficial to the community and likely to assist the individual in understanding the harm caused by his or her actions.

*Parent / Guardian Notification*

Communication with parents or guardians in cases of alcohol or drug policy violations, abuse or injury to self, or in conjunction with suspension from campus housing or university suspension.

*Discretionary Sanctions*

Participation in classes or assignments designed to address decision-making and consequences of behavioral choices within a Christian educational community; mandatory drug or alcohol assessments, or other related discretionary assignments.

*Disciplinary Probation*

A written reprimand for violation of specified regulations and likely notification of parents and the probability that the student will experience a more severe response (up to and including suspension) if the student violates the conditions stated in the written notice or is found to be violating any other institutional regulation(s) during the disciplinary probation period. Disciplinary Probation is defined as being in poor standing with the University; therefore, students placed on disciplinary probation may be excluded from participation in leadership roles in student organizations, membership on an intramural or intercollegiate athletic team, and/or participation in other privileged institutional activities (e.g. off-campus or study-abroad programs). Written notice of probation is maintained in the student's file in the Office of Student Life.

*Suspension from Campus Housing*

Separation of the student from on-campus housing (residence halls or apartments) for a definite period of time, after which the student is eligible to return. Conditions for return to on-campus housing may be specified.

*University Suspension*

Separation of the student from the University for a specified period of time, after which the student is eligible to return. Suspension normally requires the student to leave campus immediately. Suspension may occur if a student incurs consecutive or two concurrent probations. Conditions for readmission may be specified. Parents of students shall be notified of the suspension sanction by the Vice President for Student Affairs or designated officer. During suspension, the student is not permitted to be on LeTourneau University property except by prior permission from the Vice President for Student Affairs. Written notice of suspension is maintained in the student's file.

*University Dismissal*

Dismissal is regarded as the last resort and means of permanent separation of the student from the University. During dismissal, the student is not permitted to be on LeTourneau University property except by prior permission from the Vice President for Student Affairs. Written notice of dismissal is maintained in the student's file.

## DUE PROCESS AND APPEALS

A student may appeal a disciplinary action by submitting a letter to the Vice President for Student Affairs for review by the Student Judicial Review Committee. This letter must be received within three (3) business days after the student receives notification of the disciplinary outcome of the conduct process. One function of this committee is to consider cases where student conduct is cause for serious discipline, including dismissal. In such cases, this committee reports its recommendations to the Vice President for Student Affairs. Final action rests with the administration of the University. Please note: Sanctions given are put into immediate effect upon notification and remain in effect until overturned by an appeal.

An appeal must meet appropriate grounds to be reviewed by the Student Judicial Review Committee. Appeal letters should present clear and convincing evidence relating to at least one of the valid grounds for appeal.

**Grounds for Appeal**
- Procedural error that would significantly affect the outcome of the case
- New information that was not available at the time of the investigation that would significantly affect the outcome of the case
- Sanction imposed is grossly disproportionate with the violation

**Not Grounds for Appeal**
- Disagreement with findings
- Disagreement with sanctions

## INTERIM MEASURES

LeTourneau University makes all efforts to provide students with due process. However, the University reserves the right to take interim measures in order to:

- Help ensure the safety and well-being of members of the College community or preservation of College property,
- Help ensure the student's own physical or emotional safety and/or well-being,
- Help prevent disruption or interference with the normal operations of the College.

Interim measures may include temporary suspensions from class, campus housing, campus facilities, and/or University functions. These measures will remain in place until appropriate assessments and/or investigations can be completed.

## EVALUATION

The office of Student Life may refer a student for evaluation by an independent licensed psychiatrist or psychologist chosen by the institution if it is reasonably believed the student has violated the above criteria. The student will be responsible for the costs of the evaluation.

## INCIDENT REPORTS

When a student violates a University rule or policy, a Residence Life, Student Life, or University Police staff member may file an incident report. The student may receive a copy of this report upon their request. The incident report is used as documentation for disciplinary measures carried out by the University.

## MISCELLANEOUS FINES

The chart below is designed to provide general parameters for fines associated with infractions. Fines constitute one category of disciplinary action; other measures may be included in the complete disciplinary response.

| INFRACTIONS | FINE |
|---|---|
| Firearms, weapons, or unauthorized knives stored in rooms | $250 – 500 |
| Disregard for, tampering with, or misuse of fire alarms, smoke detectors, extinguishers, emergency lights or exit lights | $200 |

| | |
|---|---|
| Possession or use of fireworks, firecrackers, or other pyrotechnic or miniature explosive devices | $100 – 500 |
| Flammable liquids stored indoors | $200 |
| Unauthorized use or possession of University keys | $200 |
| Open flames of any kind without prior administrative approval (includes candles and incense) | $100 |
| Possession or use of paintball guns within any building or on campus without previous approval | $100 |
| Possession of prohibited pets | $50 per day |
| Prohibited items in the room | $50 |
| Roof-walking or climbing the exterior of any campus building (not in a construction zone) | $200 |
| Throwing food inside or outside of the Dining Hall | $50 |
| Causing a fire (indoors or outdoors) | $200+ |

# Residence Life

## RESIDENCE LIFE INTRODUCTION

LeTourneau University is a residential community that emphasizes growth and development within the living/learning environment. We are committed to providing a residence life program that nurtures the integration of the whole person intellectually, socially, emotionally, physically, and spiritually. The residence halls are more than just buildings in which to sleep and study. They are centers for growth and for learning to live with other people.

The Residence Life staff promote the following basic objectives aimed at helping achieve unity and an atmosphere conducive to community life:

- To explore and experience the concept of a Christian community as it is affected by the diverse backgrounds and patterns of thought in a national and international student body such as ours.
- To help each other learn about living with ourselves as well as with others.
- To promote meaningful communication among students, faculty and administration.
- To learn to make decisions that will positively affect us, as well as those in our living area.
- To develop an understanding of individual and corporate accountability.

Residence Life works in conjunction with the Housing Coordinator to provide engaging and transformative living areas on the LETU campus. For more information about Housing (facilities, options, and policy), please see Residency, Housing, & Dining page in the handbook.

## RESIDENCE LIFE PERSONNEL

### *Director of Residence Life*

The Director of Residence Life, under the direction of the Dean of Students, is responsible for providing structure to the Residence Life program, leadership to the Resident Directors, and guidance in the conduct process.

### *Resident Director*

The Resident Director is a Master's level, full-time, live-in, professional staff member of the Department of Student Life, under the direction of the Dean of Students, and the immediate supervision of the Director of Residence Life. The Resident Director works directly with students in developing comfortable living environments and assists individuals in their personal development. Each Resident Director is directly responsible for the Resident Assistants within their living area.

### *Assistant Resident Director & Resident Assistant*

Each living area is assigned a student to serve as a Resident Assistant. The responsibility of the RA is to lead members in developing an atmosphere that will help students in spiritual, academic, and social growth. As representatives of the Department of Student Life, they are also entrusted with the responsibility to see that all regulations concerning housing and conduct are maintained.

### *Spiritual Life Assistant*

Each hall floor has a Spiritual Life Assistant (SLA) who facilitates and encourages the spiritual life of the students in the living areas. The SLA serves as an extension of the Spiritual Life

Office in the student living areas of LeTourneau University. The Chaplain Intern will assist in the promotion of Christian faith and life within the LeTourneau community, particularly within the living area in which he or she resides.

## CAMPUS POLICIES

The following policies are in place to preserve the facilities and provide for the safety of each student. Failure to abide by these policies may result in disciplinary action.

### *Antennas and Satellites*

The University does not provide television service in residential area. Exterior antennas and satellite systems give residence halls and apartments a cluttered appearance and are potentially damaging to roofs and buildings; therefore, they are not allowed. Student are permitted to have a small, indoor, digital TV antenna.

### *Appliances*

Students are permitted to use microwave ovens, small refrigerators (4.6 cubic feet or smaller with 1.5 amps or less), coffee makers, popcorn poppers, hot pots, slow cooker, and blenders in their rooms. These items must be plugged directly into the wall outlet and, combined, cannot exceed 15 amps. Window air conditioning units, hot plates, and deep fryers are not permitted in any campus building. Other appliances such as George Foreman grills, electric skillets, counter top ovens, and any other high-temperature appliances with or without exposed heating elements are not allowed in rooms due to electrical wiring, smoke damage, and fire hazards but may be used in areas designated by the Resident Director. Questions regarding the use of appliances not specifically mentioned in this section should be directed to the Resident Director.

Irons used in the residence halls must have an automatic-off feature. Ironing must not be done on a bed or on the floor without proper protection from the heat. Extension cords are not permitted; however, outlet center/power strip surge-protectors that are UL-rated are allowed. If a student's use of any power cord is considered a fire hazard, the Residence Life staff will instruct the student accordingly.

### *Bicycles*

Students must register their bicycles with the University Police Department for protection and identification in case of theft. Registration can be arranged by contacting UPD at 903-233-4440 or registering online. Students will need to provide the make, model, and serial number (see Vehicle Registration). The University also provides bicycle racks outside each residence hall and in several areas around campus. ***All bikes must remain outside of buildings.***

Because of the possibility of theft, the University strongly recommends that bicycles be locked with a heavy-duty lock when not in use. LeTourneau University assumes no liability for loss of or damage to bicycles while they are on university property.

At the end of each spring semester, all bicycles (except those used by students attending Summer Sessions) must be removed from the campus. During the summer, University Police will dispose of any bicycles remaining at bicycle racks that do not belong to summer residents.

### *Bonfires / Campfires*

All requests for a bonfire or campfire on-campus must be approved in advance by Student Life and University Police. The City of Longview prohibits most forms of these type of fires, and dry conditions often cause Gregg County to establish a burn ban in the region.

Use of a portable fire pit is acceptable, provided appropriate approval has been received through Student Life and University Police in advance. Once approved, the following are general safety guidelines:

- Set up your fire bowl and maintain at least two buckets of water nearby for extinguishing the fire in an emergency or once finished.
- Your fire must be made with clean firewood. Scrap lumber, old furniture pieces, etc. are not allowed.
- It may not be started with accelerants such as gasoline, Coleman fuel or other combustible fuels. (A starter log or other commercially available fire-starter may be used.)
- The flames may not exceed three feet above the rim of the bowl, and the wood may not extend beyond the rim of the bowl.
- The fire may not be placed within 30 feet of any structure or under the branches of any tree.
- You are personally responsible for the COMPLETE extinguishing of the fire and embers BEFORE you leave the bowl.
- You are personally responsible for the clean-up and removal of all evidence of the fire and the gathering within 12 hours after the event.
- The fire must be strictly supervised at all times.
- Contact RD for appropriate storage of fire pits/bowls.

Grills / barbecues may be used on campus but must remain 30 feet of any structure or under the branches of any tree while in use. Grills/BBQs may not be brought indoors, but may be stored outside of living areas as approved by Resident Directors. Propane tanks and lighter fluid may not be brought inside any living area.

### *Camping*

Camping on university property is strictly prohibited.

### *Communication with Students*

Students are responsible for reading emails sent to their LETU account and for letters sent to their home address, local address, and/or campus post office box. Faculty, staff, and administrators have access to students' contact numbers in order to conduct official university business. It is the student's responsibility to receive and respond to this communication in a timely manner.

### *Construction on Campus / Projects in the Residence Halls*

Students are permitted to construct additional shelving units (bookshelves) for their residence hall room. Such construction must be limited in size so that they can be fully built or assembled outside the residence hall and easily carried directly into your room. Construction should occur in such a way that no object resting on the shelves rests within 18" of the ceiling (except in Tyler Hall and the Trinities where the limit is 24"), and also so that shelves are free-standing. All loft and shelving construction must be completed by the second weekend of the semester. For more information see: www.letu.edu/ResLife and Residence Hall Fire Safety Policies.

All construction projects must occur outside the residence hall unless specific permission has been received from the Resident Director. Students will be held responsible for any damage incurred during construction.

*Construction Zones Throughout Campus*

Due to the numerous risks and potential for serious injury, anyone found inside a fenced-in construction zone will be handed over to the local authorities for trespassing. Furthermore, anyone discovered on any structure or piece of construction equipment inside a construction zone fence will be suspended immediately.

*Curfew*

Although the University does not maintain a formal curfew, students are required to sign out with their Resident Assistant prior to leaving overnight or longer. It is an issue of courtesy, providing the ability to make contact in case of emergency and to know when to expect the student's return to campus. Students are subject to fines or other disciplinary action for failure to sign out. Persons outside the residence halls between 1 am and 6 am may be questioned by University Police primarily for reasons of personal and campus security.

*Damage to School Property*

The student is responsible for the cost of repair and/or replacement of any University property damaged regardless of whether the damage was caused by accident, neglect, or intent by the individual causing damage. In accidental damage, the student may wish to contact family members to decide if costs will be covered by their Homeowner's Policy.

*Darts*

Due to the possible damage to person and property, metal-tipped darts may not be used in the residence halls.

*Explosives / Fireworks*

Improvised explosive devices will not be tolerated anywhere on University property. Furthermore, any person using University resources to create explosive, hyper-expansive incendiary, or noxious fume/smoke devices is subject to immediate and severe disciplinary action, whether or not it is activated.

*Fire Alarms*

All students are expected to leave the building immediately when a fire alarm sounds, regardless of the cause of the alarm. Students not evacuating for an alarm are subject to disciplinary action. It is important that individuals take precautions to avoid accidentally setting off a fire alarm on campus. It is critical to avoid false alarms, especially in the residence halls. Our primary concern is that a number of false alarms can desensitize students from the importance of leaving the building in potentially life-threatening situations. The secondary reason to avoid false alarms is that the City of Longview allows the Fire Department to charge the University for LFD's response to our false alarms. Below are descriptions of the differing fines and their amounts:

- **Negligent** actions that result in the activation of the fire alarm (e.g., burnt food in a microwave) will result in a minimum $50 fine.
- **Flagrant** actions that result in the activation of the fire alarm (e.g., burning a candle) will result in a minimum $100 fine.
- **Tampering** with any components of the fire system (see "Fire Protection") incurs a minimum $200 fine and further disciplinary action. Please pay special attention not to

use an aerosol product directly under a smoke detector and never leave a microwave or toaster unattended.

*Fire Drills*

Fire drills for each living area will be held once each semester. Evacuation routes and meeting areas are posted in the hallways of each residence hall. Disregard for fire drills will result in immediate disciplinary action.

*Fire Hazards*

The following items are considered fire hazards and are not allowed in the residence halls: motorcycles, motorcycle parts, automobile parts, go-kart parts, tires, engines, gas tanks or containers that contain gasoline, space heaters, halogen lamps without protective grill covers, and any other flammable materials/liquids. Prohibited items found in the residence halls may be confiscated, and a fine may be assessed. Storage of flammable liquids in the residence halls will result in a minimum fine of $100 and/or other disciplinary action. Excessive accumulation of newspapers, shredded paper, clutter, trash, or other items in rooms, hallways, or stairwells is also considered a violation of fire code and therefore is prohibited. By order of the Longview Fire Marshal, hallways and stairwells must always be clear of lumber, lofts, boxes, furniture and other obstructions, at all times. (See also Open Flames).

*Fire Protection*

All residence hall rooms and hallways are equipped with smoke detectors that will be checked regularly by Residence Life and/or Facilities Services staff. Tampering with or disabling a smoke detector by removing the battery, disconnecting power, or covering in any way will result in a fine of up to $200, and/or other disciplinary action. Emergency flood lights and overhead emergency night lights are located in the hallways of all residence halls. Tampering with emergency lights by disengaging the light bulbs will result in a fine of up to $200, and/or other disciplinary action.

*Guests*

If an invited guest desires to stay with a resident overnight, he/she must sign the register on the Resident Assistant's door as well as notify the RD (in person or by phone/email). A guest may stay a maximum of five nights within one semester (consecutive or not). The guest's first three nights of stay are at no cost; the cost for the fourth and fifth nights is $5.00 per night. The hosting resident is responsible for their guest's actions.

*Hazing / Initiation*

Texas State Law and the University do not allow initiation activities which can do mental or bodily harm to any person, or which is offensive to the dignity of an individual. No person may be forced against his/her will to do anything he/she does not want to do. Violations of this principle may result in loss of university status for the individual or group, in University discipline, and/or in State prosecution.

**STATEMENT FROM THE TEXAS STATE PENAL CODE:**

"Hazing" means any intentional knowing, or reckless act, occurring on or off the campus of an educational institution, by one person alone or acting with others, directed against a student that

endangers the mental or physical health or safety of a student for the purpose of pledging, being initiated into, affiliating with, holding office in, or maintaining membership in any organization whose members are students at an educational institution. The term "hazing" includes, but is not limited to:

- Any type of physical brutality, such as whipping, beating, striking, branding, electronic shocking, placing harmful substances on the body, or similar activity.
- Any type of physical activity, such as sleep deprivation, exposure to the elements, confinement in a small space, calisthenics, or other activity that subjects the student to an unreasonable risk or harm or that adversely affects the mental or physical health or safety of the student.
- Any activity involving consumption of a food, liquid, alcoholic beverage, liquor, drug, or other substance which subjects the student to an unreasonable risk of harm or which adversely affects the mental or physical health or safety of the student.
- Any activity that intimidates or threatens the student with ostracism that subjects the student to extreme mental stress, shame, or humiliation, or that adversely effects the student from entering or remaining registered in an educational institution, or that may reasonably be expected to cause a student to leave the organization or the institution rather than submit to acts described in this subsection.
- Any activity that induces, causes, or requires the student to perform a duty or task that involves a violation of the Penal Code.
- A person commits an offense if the person:
- Engages in hazing.
- Solicits, encourages, directs, aids, or attempts to aid another in engaging in hazing.
- Intentionally, knowingly, or recklessly permits hazing to occur; or
- Has firsthand knowledge of the planning of a specific hazing incident involving a student in an educational institution, or firsthand knowledge that a specific hazing incident has occurred and knowingly fails to report said knowledge in writing to the Dean of Students or other appropriate officials of the institution.

**ONLINE RESOURCES:**

http://www.stophazing.org/texas/

http://www.stophazing.org/hazing-view/

**ASSUMPTIONS ABOUT COMMUNITY LIVING AT LETU**

Beyond the laws of the state of Texas, our desire is for every organization and living area on campus to create an atmosphere of love where we can live well together and outdo each other in showing honor to those around us (Romans 12:10).

- We value students' desire to enhance the sense of belonging and community in your living area, and we believe team-building activities—along with intentionally practicing relationship skills, participating in spiritual formation exercises together, etc.—can play a significant role in that process.
- Building community is an integral component of LETU's educational mission—where students, faculty, and staff can help each other to cultivate aspirations, nurture commitments, and practice what we profess as Christians.
- At its best, LETU seeks to weld community members together around the beliefs that all are made in God's image and that members of Christ's church need one another, such

that our educational endeavors, interpersonal relationships, and personal actions all reflect God's mercy and grace more closely.

- We are part of this community because God has placed us together; therefore, no one on our campus may be required to earn the right or prove their worth to be a part of our community.
- Building community does not occur automatically; it requires commitment and perseverance; it suggests intentionally striving to enact self-control (not succumbing to a desire to suppress and exert influence/power over others), integrity (involving being above reproach in dealings with others), and justice (a desire to pursue righteousness, compassion, and peace in private and public settings).
- Diversity of strengths, gifts, desires, beliefs, and personality enhance community.
- While certain aspects of the beginning of the schoolyear facilitate intensive interaction, the tasks of building community and interacting with members of the floor or organization should take place throughout the entire year.
- A key role of the organization leader is that of guardian/protector/warrior for "the weakest among us" (1 Corinthians 12:21-26).
- As members of a greater Community, students who choose to leave one group or residential living area for another should be respected and honored in that choice.

**SPECIFIC GUIDELINES FOR TEAM-BUILDING ACTIVITIES**

Guidelines are maintained by the Office of Residence Life and will be provided upon request.

### *ID Cards / Identification & Building Access*

As a means of ensuring the safety and security of the University community, all students, faculty, and staff are required to present their University-issued ID card upon request by University Police officers, guards, or University officials. ID cards are created in the Student Life Office or during SWARM and Orientation events.

Residential students will be granted 24/7 access to the building where they reside, plus visitation access. Commuter students must request that visitation access be added to their cards each semester. Commuter students will not be granted resident-level access. All traditional students are also granted student-access to the Allen Family Student Center. Access at the Abbott Aviation Center is managed by Airport campus staff. Access will remain under proper usage.

Students living in a Residence Hall must have and should always carry an active and operational student ID card for access to their building. If a student identifies an access issue with their student ID card, they should contact their RD or the Office of Student Life as soon as possible to have the issue corrected.

### *Airport Access*

All individuals at the Abbott Aviation Center (AAC) campus must be identified by a name tag or ID card as specified below. All tags and/or ID cards must be clearly displayed on or above the waist AT ALL TIMES when on the AAC campus.

All LeTourneau University faculty, staff, and students must have their university name tags or ID cards clearly displayed.

Aviation and law enforcement personnel (e.g. TSA, FAA, Lakeport Police Department, Gregg County Sheriff's Office, airport management personnel, etc.) are not required to have LETU identification, but must have their personnel badge or ID card clearly displayed.

All others must check in at the receptionist desk, admissions office, or dispatch counter and be issued a visitor tag (e.g. visitor, vendor, admissions, alumni, etc.).

All children must be accompanied by an adult with appropriate identification at all times.

No one may enter the Airport Operations Area (AOA) unless escorted by an authorized person wearing a blue identification badge issued by the Gregg County Sheriff's department.

*Impeding*

LETU reserves the right to remove from the residence halls and/or campus any student whose behavior and/or action impedes the success of other students, staff, or faculty.

*Keys and Locks*

Only University-approved locks are to be used on residence hall rooms and within the residential societies. If a lock does not work properly, the Resident Assistant should be notified immediately to initiate repairs or replacement. Tampering with locks, replacing existing locks with personal ones, or adding personal locks to university equipment is strictly prohibited. The Resident Director, University Police, and Facility Services must have a key to any door locks (building, room, and any storage area) in any residence on campus. The possession or use of unauthorized copies of keys, keys created by people other than designated University staff, or any lock-picking equipment will result in disciplinary action that may include suspension (See also Security / Access Systems).

*Lounges*

Lounge areas are provided for enjoyment and fellowship and are to be kept neat and orderly. Lounge furniture must not be removed from the lounge for any reason without prior approval from the Resident Director. Lounges are open according to posted schedules; they are available for special events and reservations through the Resident Assistant or Resident Director.

The main lobbies for the residence halls (including the Village Center) are open to members of the opposite sex from 8 am to 12 midnight, Sunday through Thursday, and from 8 am through 1 am, Friday and Saturday. Please note that hours may vary slightly from building to building.

*Mattresses*

University mattresses are not to be removed from rooms for any reason. Sheets must be used at all times and washed on a regular basis. Mattress pads are recommended. Our mattresses are 39" x 80" and require Twin-XL (extra-long) bedding.

Waterbeds are prohibited in the residence halls. Exceptions may be considered for individuals who display a specific need for a waterbed that can be verified by a physician.

*Media Usage*

There are certain copyright laws that govern the use of rented or purchased video-recorded materials, limiting the use of these materials to personal and/or home settings. These laws are ambiguous as to whether a residence hall or its lounges qualify as a "home setting," so it is important that caution and restraint are exercised in using rented or purchased video-recorded materials on campus. Therefore, campus residents must abide by the following guidelines concerning a video that is not purchased through a licensing agency and is categorized as "home use only."

- Printed materials must not be used to advertise the video showing and it may not be a fundraiser.

- A fee must not be charged (either formally or informally) and donations must not be requested from the viewing audience.
- The video must only be viewed in a student's room or in a floor/wing/house lounge.
- The video must not be viewed in any area that would be considered public, such as outdoors.
- The viewing audience must be limited to residents of the floor/wing/house in which the video is being viewed, and the residents' invited guests.

### *Microwaves and Refrigerators*

Students may bring their own microwave and mini refrigerators for their rooms. These items must be plugged directly into the wall outlet. Refrigerators must not exceed 4.6 cubic feet in size or use more than 1.5 amps of electricity (all items requiring electricity cannot total more than 15 amps in one room). Students are expected to clean these units regularly as part of room inspections. Refrigerators are to be unplugged, and perishable food/beverage items are to be removed from these units during Christmas break each year (See also Appliances). We do not offer storage for refrigerators anywhere on campus over summer.

### *Open Flames*

Open flames or incense is not allowed in the residence halls and are allowed in other areas only as approved by the Director of Residence Life. Open flames or heating coils of any kind without administrative approval will result in a fine of up to $100, and/or other disciplinary action (See also Fire Hazards).

### *Paintball Guns*

Paintball guns may not be used or stored on campus, though they may be stored in the trunk of a personal vehicle for off-campus recreational use.

### *Pets / Animals in the Residence Hall*

For sanitary reasons, and for protection of private and school property, fish are the only pets allowed in campus housing. LETU does not allow cats, dogs, birds, rodents, or reptiles to be kept in campus housing. This also includes feeding and temporarily keeping animals in or around living areas.

Students may have aquariums. An aquarium is defined as a self-contained ecological tank that houses living organisms in a totally aquatic environment of up to, but no more than, 10 gallons. Some plants and animals that may be found in aquariums include, but are not limited to, fish, crabs, anemones, corals, various mollusks, algae, and other elodea. This does not include amphibians, reptiles, or any organisms that live in a semi-aquatic environment.

To have an aquarium in the residence hall, all of the following must be followed:

- The student is fully responsible for proper maintenance of the aquarium at all times, including holiday breaks.
- The student is financially responsible for any damage that occurs in the room because of the aquarium. Charges will be made to the student's account.
- Students with aquariums must respect the rights of their roommates. If the roommate(s) of the aquarium owner complains about the use or misuse of the aquarium, Residence Life Staff have the authority to either modify/restrict use of the aquarium or remove the aquarium from the room.

- If a routine inspection by the Resident Assistant reveals that an aquarium is not being properly maintained, the owner of the aquarium will be ordered to improve aquarium maintenance or remove the aquarium from the room.
- Aquariums are limited to personal rooms, and only one per room is allowed.
- Gravel in tanks must be disposed of properly, not dumped down the toilets or in the sinks. Students will be assessed for damages resulting from aquariums.
- Screens or hoods are required on top of the tank.
- Tanks will be unplugged during Winter Break and arrangements made for fish to be taken care of in a location other than LETU housing.
- Only aquatic animals and plants listed in this policy are permissible.

LeTourneau University asks students, faculty, staff, and guests with Service Dogs to register with the Director of Student Achievement to allow the University to provide adequate support. Residents with an appropriately prescribed Emotional Support Animal (ESA) must begin their ESA approval with the Director of Student Achievement.

*Quiet / Courtesy Hours*

Quiet hours are from 11 pm to 9 am for all living areas. Additional evening quiet hours will be decided by each floor at the beginning of the year and should correspond to those set elsewhere in the residence halls. During quiet hours, noise and music must be contained within one's room.

Throughout the rest of the day, students are expected to observe "courtesy hours" by being sensitive to the quiet needs of those around them. Each student is encouraged to confront his/her neighbor when noise or music volume is excessive. Further complaints concerning excessive noise and music volume should be directed to the Resident Assistant or Resident Director. Continued problems with excessive music volume may result in sanctions such as the confiscation of the student's equipment.

*Right of Entrance*

The University reserves the right of entrance by approved University personnel into students' rooms at any time for the purpose of maintenance, repairs and/or inspection. Such inspections may routinely take place during scheduled breaks and at other times during the semester. A room search, conducted by Student Life personnel, is authorized when there is reason to believe that an individual is violating University community standards or using the room to conduct illegal or immoral activity. Access for such a search will be gained in accordance with Residence Life policies for room entry. If an illegal activity is discovered in such a search, it will be stopped and University Police will be notified. The search may then be resumed in accordance with the laws of the State of Texas concerning search and seizure. In the case of an emergency involving clear and present danger that life or property is in immediate or imminent danger, any University personnel may also enter a room immediately.

*Roofs*

Due to the high risk of personal injury and the accelerated deterioration of the roofs, no student is allowed on the roof of any building without permission from the Dean of Students.

*Room Furnishings and Wall Hangings*

University-provided furnishings are not to be removed from a room without permission from the Resident Director, nor are they to be stored anywhere other than the room or apartment. In the Village Apartments, University furniture may not be stored in the attic or moved outside of the apartment at any time.

In living areas with sheet rock walls (Gilbert Hall, Thomas Hall, Davis Hall, the Quads, South Hall, Village Apartments and Societies), posters may be attached to the walls with straight pins or brad nails. Use brad nails or straight pins with moderation. In these residence halls, Plasti-tac should be used on all wood surfaces. In Tyler Hall and the Trinities, no items of any kind may be attached to any surface of the room other than with Plasti-tac. The use of 3M Brand Command Strips and Mavalus Brand Dorm Tape is recommended as another method of hanging items on either drywall or cinder block. Other items are allowed only as approved by the Resident Assistant or Resident Director. Please seek counsel from your RD if you have questions.

For complete room set-up safety guidelines (as coordinated with the Fire Marshal of Longview), please review the Residence Hall Fire Safety Polices and the ResLife FAQ web page.

### *Room Inspections*

For reasons of hygiene, personal responsibility, and community safety, rooms are to be kept clean at all times. Each Resident Director will work with his or her Resident Assistants to complete regular room inspections to ensure that the room is clean and orderly. A majority of the room inspections will be held at regular intervals (in residence halls, these will occur every two weeks; in the Village Apartments, once a month) and should be announced well in advance. A member of the Residence Life Staff will hold regularly scheduled room/safety inspections. In addition, "spot" inspections may be held without prior notice. Each room should be maintained in a clean and orderly manner. The neatness and cleanliness of a living area are the responsibility of each student.

### *Storage*

There are limited storage areas in most residence halls. The maximum allowable number of boxes for storage will be communicated to each resident by their Resident Assistant or Resident Director. There is no provision for storage of junk vehicles or furniture; those items are the responsibility of the student. When the residence halls close, all items stored in the floor storage room must be prepared as follows:

- Stored within a closed box: use a rigid carton with flaps intact. If reusing a carton, be sure it is in good condition with no holes. Wrap items separately and use adequate cushioning material.
- Boxes must be completely closed and taped with a strong tape designed for shipping.
- The box must be labeled as if it were being shipped. The student's permanent delivery address must be written clear and complete.
- Stored items may not include food or any other perishable item likely to cause mold or other decomposition damage. If a student does not return to LeTourneau University, his/her items in floor storage will not be held longer than 30 days.

It is the student's responsibility to retrieve the items in person or request that the stored items be mailed. The Mail Center will mail the student's items only after payment is received from the student to cover shipping costs. The Mail Center will not mail stored items that are not ready to be shipped as described above.

***PLEASE NOTE: Storage service is provided for convenience only and is offered at the student's risk. The University accepts no responsibility for loss or damage to items stored in residential storage areas.***

### *Security / Access Systems*

Abusing and/or vandalizing the security or access system is considered injurious to fellow students and compromises the safety of the building's residents. Serious disciplinary action

(including fines, the possibility of suspension, and the potential for criminal prosecution) will be taken in the case of a student who compromises the safety of residents (See also Keys and Locks).

*Street Signs*

In order to assure compliance with state law, students may only possess and display street, construction, or traffic signs if he or she has a proof of purchase, or can demonstrate that the sign was formally discontinued by traffic authorities.

*Surveys*

Surveys for any purpose, including those academically related, may be administered only after the originator of the survey has submitted a copy to the Dean of Students and has obtained subsequent approval. (See also X. STUDENT RESEARCH POLICY)

*Telephones**

**updated after 2018 publication*

LeTourneau University does not provide telephone service to our on-campus housing facilities. Students who desire to have a "land-line" are able to connect a service such as Vonage in their room. Please see https://servicedesk.letu.edu/TDClient/2460/Portal/KB/ArticleDet?ID=122098for additional information.

Students are not to accept collect calls, charge long distance calls to any telephone number on campus, or charge telegrams through Western Union to any telephone number on campus. Any student responsible for a charge to a campus telephone number will be billed for the charge and fined. These restrictions are discussed in detail in the University's telephone policy. Copies of the policy may be obtained from the Department of Student Life.

Any student found committing telephone fraud in any way with the intent of using service without being charged for the usage or by using an authorization code that does not belong to them to obtain service will be subject to disciplinary action or prosecution by LeTourneau University.

*Televisions*

Students may have televisions in their rooms and LeTourneau University expects discretion in students' viewing behaviors. The University does not provide televisions for Residence Hall common areas. The AFSC Media Room, Corner Cafe, and Solheim Center Cardio room have televisions for student usage.

See also "Antennas and Satellites"; Selcted University Policies | #5 Media Restrictions.

*Vaping & E-Cigarettes*

E-cigarettes, e-liquid and other vaping paraphernalia is not permitted for use or storage on campus.

*Water Fights*

Due to the potential damage to residents, their belongings, and the facility as a whole, water fights are not allowed in the residence hall or between non-consenting individuals anywhere on campus. Fines will be imposed, and students held responsible for any damage that occurs.

*Weapons*

LeTourneau University is a weapons-free campus except to the extent allowed under applicable federal and state law.

No person may:

- enter into any building of the University bearing a firearm;
- possess, on campus, any weapon otherwise prohibited under state or federal law;
- enter into any sporting venue where a University-sanctioned or UIL event is in progress while bearing a firearm;
- possess a firearm on any grounds or building on which an activity sponsored by a school or educational institution is being conducted; or
- possess a firearm while on board a passenger transportation vehicle owned, operated, or leased by the University.

Additionally, no person may carry on or about their person or store on any property owned, operated or leased by the University any of the following: ammunition, BB/pellet guns, blow guns, paint-ball guns, AirSoft guns, 3D printed weapons, sling shots, facsimile weapons, fixed-blade knives, long-blade knives, swords, spears, martial arts weapons, explosives, archery bows and arrows, or any other non-firearm weapons as defined by Chapter 46 of the Texas Penal Code.

The following are exceptions to this policy:

- a) A licensed peace officer may be in possession of weapons/firearms in accordance with applicable laws and departmental policies.

*Vandalism*

Especially due to its destructive, disrespectful, and dishonoring nature, acts of vandalism will not be tolerated and participation in acts of vandalism will result in disciplinary action. Vandalism is defined as "a deliberate act of property destruction; the severe disruption of normal University operations; or the malicious, intentional, and willful destruction or defacing of public or private property."

*Visitation*

Members of the opposite sex are not allowed in rooms or hallways without permission from the Resident Director. The exceptions to this policy are during scheduled visitation hours or open houses held periodically throughout the year. The visitation hours below are in effect only on days when classes are in session and do not include days before or after classes each semester or holiday breaks throughout the semester unless specifically noted by postings in the residence halls.

- **Residence Halls**
    - Thursday, Friday, and Saturday: 6 – 11 pm
    - Sunday: 5 – 9 pm
- **Apartments, Quads, and Societies**
    - Every Day: Noon – 11 pm

During visitation hours or open house, a resident's door must be completely open with a light on when a member of the opposite sex is in the room. Failure to comply with these visitation policies will result in loss of visitation privileges and/or other disciplinary action.

## RESIDENCE HALL FIRE SAFETY POLICES

It is the intent of the University to maintain safety for all students as well as to provide residents the opportunity to enhance the function of residence hall rooms. The following guidelines represent the latest collaboration between the Fire Marshal of Longview and the LETU Residence Life staff, all with the intent to protect our residents, the emergency responders, and the facilities. Given these purposes, the guidelines are not intended to be all-inclusive: the ResLife staff may provide other specific instructions based on individual circumstances.

### *Additional Furniture*

The University provides each room with two desk chairs. Additional seating in each room is limited to 1 sofa/loveseat/futon or 2 chairs/recliners provided such items fit without violating other safety considerations outlined below.

### *Raising Furniture*

Furniture in residents' rooms and in floor lounges/lobbies must be resting on the floor as intended with the following exceptions:

- Standard beds may be bunked or lofted with provided loft kits only two high; that is, bed ends (whether bunked or extended with a loft kit) may only be two pieces high. Taller bed ends, such as those found in South Hall, may not be bunked or lofted.
- Two dressers may be stacked on each other.
- Standard University bookcases may be stacked on each other, on the desks, or on the dressers.

### *Ceiling Space*

There is a limit regarding the distance individuals and personal belongings must be from the ceiling. In Tyler, Penn, and Mabee Halls (Residence Halls without fire sprinklers), nothing may be within 24" of the ceiling. In ELH, Gilbert, Thomas, Davis, and South Halls, the Village Apartments, the Quads, and the Societies, nothing may be within 18" of the ceiling. (This policy excludes permanent University fixtures, bunked bed-ends, or built-in furniture that might extend into this area.)

### *Open View of Beds*

Due to specific procedures of the fire department and the limitations of thermal imaging, at least 50% of each bed (or mattress on the floor) must remain unobstructed by large furniture. For example, sofas, bookcases or shelving may not be situated in front of a mattress in a way that blocks more than half the view of a sleeping individual. Hanging blankets or sheets that cover a sleeping area to minimize light are acceptable.

### *Ingress and Egress*

There must be a clear pathway from the window to the hallway door (though not necessarily in a straight line). No furniture or appliances—including shelving or constructed items—may be situated within 48" of the window, from floor to ceiling, since those items can become obstacles for residents exiting or firefighters entering a room. In Mabee and Pennsylvania Halls, this applies to the center two windows. In Evelyn LeTourneau Hall, this applies to the window that opens and one of the adjacent windows. In all areas, window coverings and small decorative items on the windows or in the windowsills are acceptable. Also, caution should be taken not to build or purchase items which could fall and obstruct the door or window during an emergency. Doorstops must be removed from doors when the room is unoccupied or residents are asleep.

*Power Suites*

Placing all 4 beds in one room and using the other room as a study space/living room is available in ELH, Thomas, Davis, and South Halls; however, no infrastructure (physical or technological) will be altered to accommodate these power suites. Those choosing to power suite, must comply with all other regulations.

*Electrical*

- The only approved extenders of electrical outlets are UL-certified surge protectors. Surge protectors may not be connected to themselves—there may be only one surge protector used per outlet.
- No extension cords of any kind may be used inside the residence hall rooms. For questions regarding temporary use in the residence hall, please contact your Resident Director.
- All electrical components must be used according to the manufacturer's specifications. Residents may not alter the electrical wiring in the residence hall in any way, nor may a purchased or home-made product's wiring be altered for use in the rooms. (This does not include low-voltage wires like speaker wires.)
- Stringed lights - including rope lights in the incandescent or LED variations (i.e. Christmas lights) - may only be in place and used from November 1 through the end of the Fall semester. Any other time, such lights may be used as lighting for a specific event, and must be removed and stored away immediately following the event. When used, they must be installed according to the manufacturer's specifications. No more than three strands may be connected, and no nails or staples or other metal objects may be used to secure them.
- LED light strips may be used throughout the year but must be unplugged when the room is unoccupied or residents are asleep. When used, such lights must be installed according to the manufacturer's specifications. No more than three strands may be connected, and no nails or staples or other metal objects may be used to secure them.
- Lamps with halogen bulbs are not allowed in the residence halls.
- Care should be taken not to have electrical wiring on or near combustible items (for example, do not run electrical wires under carpet; do not stack papers near an outlet; etc.)
- Soldering irons may be used, but with extreme caution. Soldering must not take place near or under any fire detection units, near any combustible materials, and care must be used to avoid damage to room furnishings. Students will be held responsible for any damage or fire alarms.

*Construction of Shelves and Furniture*

Bookshelves and small tables (such as coffee tables or end tables) are the only personally constructed furniture permitted in the residence halls (desks, lofts, and raised beds are not permitted). *DO NOT BEGIN CONSTRUCTION, ASSEMBLY, OR INSTALLATION UNTIL YOU HAVE RECEIVED APPROVAL FROM THE RESIDENT DIRECTOR*. You are subject to a fine and removal of construction if you begin construction without approval or build contrary to the approved design.

- Any additional furniture and shelving must also comply with all other regulations in this document.
- All additional furniture and shelves must be free-standing and not attached (i.e. by bolt, nail, screw, glue, adhesive tape or hooks, etc.) to any permanent surface or piece of University furniture.

- No (University-owned) furniture or furnishing may be altered.
- Only non-treated lumber may be used in your construction.
- The air conditioning unit must be fully accessible for maintenance and airflow.
- The total combined length of all constructed shelves must not exceed 32 feet in length and 18 inches in depth. For example, a 6' wide bookcase with 5 shelves totals 30' of shelving, allowing 2' to use elsewhere in the room.

*Shelving Units*

- In the Residence Halls with cinderblock construction (Tyler, Penn, ELH, & Mabee Halls) shelving unit construction is also permitted with additional restrictions.
- In Penn and Mabee Halls, shelving placement is limited to the side walls (from the back wall by the window, over the beds, to the end of the desks). It is acceptable for the shelves along the wall to cover a portion of the outer two windows; the two middle windows must remain unobstructed.
- No cross-room support may be used.
- All sides and corners of the shelving that touch the walls must be padded with carpet or a similar material. No wood may touch the walls or University furniture/furnishing.

All construction (sawing, drilling, sanding, finishing, painting, etc.) must be completed outside the residence halls. You may connect or attach shelves with screws inside the building. No construction may be done in buildings or in courtyards, and you must thoroughly clean your work area immediately as you finish each work session.

*Installation*

During the installation or removal of your furniture/shelving, DO NOT STORE ANY WOOD OR OTHER MATERIALS IN THE HALLWAY. Hallway and stairwell congestion of any kind is considered a high risk safety hazard. Furthermore, any and all furniture and materials must be brought into the building through one of the main doors, not through a window. The ResLife Staff will inspect furniture/shelving during and/or after construction to ensure that the structure adheres to these guidelines. Failure to comply with this policy may result in fines and/or the need to modify or remove the furniture/shelving.

*Storage and Responsibility*

All personal items, including furniture and shelving cannot remain in the room/building over the summer and must be removed before checkout. All materials must be stored off campus, and the student is responsible for storage. The student is also financially responsible for all damage caused by the construction, presence, and/or removal of personally constructed furniture and shelving. Any charges will be assessed to the student's account by the ResLife staff.

# Residency, Housing, and Dining

## CAMPUS RESIDENCY

We believe it is necessary for students to be immersed in community living for key life-to-life encounters to be possible. Within community, students give and receive, are shaped by and contribute to campus life, and are challenged to integrate their classroom learning with their life experiences.

## RESIDENCY REQUIREMENT

Therefore, as a condition of attending LeTourneau University, non-married undergraduate students are required to live on-campus in college-owned residence halls, apartments, or houses. A few exemptions exist for this policy. If one-or-more of the following circumstances exist and the Petition to Live Off-Campus has been submitted and approved, a student is considered exempt from residency while those conditions are met. For more information on exemptions and exceptions, see: OFF-CAMPUS LIVING.

- Local Residency: students physically residing with parent(s) or legal guardian(s) within 40 miles of campus (drive, straight?)
- Age: students 22 years of age or older by the first day of classes each semester
- Family Status: students who are currently married or are a custodial parent
- Super Senior Status: students who have already completed a four-year degree from a college or university or have attended LeTourneau University for 8 semesters
- Minimal Hours: students enrolled in six (6) or fewer credit hours
- Military Service: students who have served at least two years of continuous active military duty (please provide a copy of your DD-14 or discharge paperwork)
- Senior Option: students who have earned at least 90 credit hours and have achieved at least a 3.0 cumulative GPA by the first day of class with no academic or disciplinary probations for the previous three semesters.

### *Students Who May Seek Permission to Live on Campus*

Conversely, students enrolled in six or fewer credit hours desiring to live in campus housing need special permission from the Director of Residence Life. You may email BenGoller@letu.edu for more information.

### *Students Under Age 18*

Students who enroll in LeTourneau University under the age of 18 and will not be turning 18 within 6 months of moving on to campus for classes will need special permission from the Director of Residence Life (DRL) to live on campus. Such students will need to interview with the DRL who will determine their viability for living in campus housing. LeTourneau University reserves the right to refuse on campus housing to minor students who are determined to be unprepared for university residence.

Students who enroll in LeTourneau University at the age of 17 and who will be turning 18 within 6 months of their orientation will not need to meet for special permission.

All students while under the age of 18 are considered minors and will need to follow a few extra guidelines, including curfew hours set by the City of Longview for minors. The City's weekday curfew hours are:

- During the months of September, October, November, December, January, February, March, April, May and the first 15 days of June, the period of time commencing at 11:00 p.m. on Sundays, Mondays, Tuesdays, Wednesdays, and Thursdays, and ending at 6:00 a.m. the following day.
- During the second 15 days of June, and the months of July and August, the period of time commencing at 12:01 a.m. each day and ending at 6:00 a.m.

Longview's weekend curfew hours are the period of time commencing at 12:01 a.m. on Fridays and Saturdays, and ending at 6:00 a.m.

For students who qualify as minors, their parent(s) or guardian(s) will be required to sign other documents along with their student, including but not limited to: housing contracts, medical release forms, and mental health treatments forms.

## HOUSING OPTIONS

### *Residence Halls*

All rooms have central air conditioning and heat, with laundry facilities available nearby. Residence halls have lounges for study and social activity along with storage rooms that have limited space for personal belongings. Most rooms are designed to house two students and are furnished with beds, dressers, desks, chairs, bookcases and closet space. For more information, including diagrams, dimensions, and descriptions, visit www.letu.edu/ResLife.

| ***Men's Living Areas*** | ***Women's Living Areas*** |
| --- | --- |
| Honors Commons (Davis Hall, First and Second Floor) | Honors Commons (Davis Hall, Third Floor) |
| Mabee Hall | Gilbert Hall |
| Evelyn LeTourneau Hall (ELH) | South Hall (First East and Third Floor) |
| Tyler Hall East and West | Carpenter House (Private, Upper-Division/Grad) |
| Thomas Hall | Howe House (Private, Upper-Division, Nursing) |
| South Hall (First West and Second Floor) | Village Apartments |
| Durham & McKinley Houses (Private, Upper-Division/Grad) | |
| Society (AO, KZX, LAS) | |
| Village Apartments | |

*APARTMENTS ON CAMPUS*

LeTourneau University offers two types of University-operated apartments: "Family and Married Student Housing" and upper-division student housing in the "Village Apartments." Both sets of apartments are typically in high demand, and interested students are encouraged to apply early.

Family and Married Student Housing apartments are available for LeTourneau's married students and/or students with custodial children. These apartments are available for both graduate and undergraduate students. Apartments are determined on a first-come, first-served basis, so early applications are critical for this area. Based on the history of applications, we suggest applying at least 6 months prior to your desired move-in date. The 850-square-foot, unfurnished apartments offer a kitchen, dining room, living room, two bedrooms, one bathroom, and an attic for storage space. The kitchen is equipped with a refrigerator and an oven/range. Network connections are also provided in each apartment. Laundry facilities, a playground, and lounge are located in the Village Center, a community facility adjacent to the apartments. Applications for these apartments are available at http://starrez.letu.edu/. More information for Family and Married Student Housing can be found at www.letu.edu/ResHalls.

Our upper-division Village Apartments are designated as a transitional living area and are available to our qualified, non-married, undergraduate students. One of the greatest advantages of these apartments is the quiet and mature environment they provide. As upper-division students who have demonstrated self-discipline and academic success, more privileges and freedoms are provided to our apartment residents. With that in mind, we expect apartment residents to act with the highest degree of common courtesy and respect for others in maintaining a particularly mature environment. Applications are distributed to qualified students early each Spring semester and may also be obtained online at www.letu.edu/ResLifeForms.

**Qualifications for Upper-Division Village Apartments**

- A minimum total of 60 credit hours
- A minimum cumulative GPA of 2.50
- No Disciplinary Probation during the past two semesters

**Conditions for Upper-Division Apartments**

- If a student's cumulative GPA drops below 2.5, he/she may have one semester to raise it above 2.5.
- If a student is placed on Disciplinary Probation while living in upper-division Village Apartments, he/she may be reassigned to another living area.

### *SOCIETIES*

Residential areas Alpha Omega (AO), Kappa Zeta Chi (KZX), and Lambda Alpha Sigma (LAS) are chartered as society organizations located on the LeTourneau University campus. Societies operate under an elected group of officers with the president serving as a member of the Residence Life staff. A Resident Director is designated to serve the societies, and the faculty sponsor(s) for each society works alongside the Residence Life Staff to provide mentoring, discipleship, and direction for the societies.

## SUMMER HOUSING

Limited summer housing is available each year, primarily for students taking LETU courses on-campus. As space allows, those taking online courses or working locally may also reside in summer campus housing. Applications are available online at http://starrez.letu.edu/ and are typically published in early March. The Residency Policy does not apply to the summer term, and therefore students are not required to reside on campus if enrolled for summer sessions.

## Housing Procedures and Policies

### OPENING AND CLOSING DATES

#### *Fall 2021*

Residence halls open Thursday, August 12 at 9 am for new students (after check-in). Residence halls open for returning students Saturday, August 14 at 9 am. Meal plans begin with breakfast on the first day of classes: Monday, August 16

**PLEASE NOTE:** The residence halls will close for Christmas break, Tuesday, November 23, at 5pm to all students. All residence halls are closed over Christmas break. The Apartments and the Private/Grad Quads remain open over the break.

#### *Spring 2022*

Residence halls open Friday, January 7 at 9 am. Meal plans begin with breakfast on the first day of classes: Monday, January 10. Residence halls close Friday, May 6 at 5 pm for all students not participating in Commencement or residing in summer housing on-campus. Residence halls close Saturday, May 7 at 5 pm for all Commencement participants or students moving into on-campus housing for summer terms.

**NO STUDENT WILL BE ALLOWED TO STAY IN THE RESIDENCE HALLS BEFORE THE OPENING DATE OR AFTER THE CLOSING DATE WITHOUT PRIOR PERMISSION. PLEASE MAKE TRAVEL PLANS ACCORDINGLY.**

**CHECK-IN AND CHECK-OUT INFORMATION**

When a student arrives on campus, and before items are moved into the student's room, each resident must complete the online room condition form (StarRez.letu.edu) by logging into his or her account and confirming the recorded the condition of listed furniture, furnishings, and room surfaces. When he or she leaves, in order to avoid damage fines, the resident will be responsible for seeing that the room is in the same condition as when he or she arrived. Each resident must check-out in person through the appropriate methods and/or with the appropriate Residence Life staff member at the end of each semester and in the case of a room change or withdrawal. Upon check-out, residents must again review the online room condition form and turn in their room key. A fine will be charged if a student fails to check out in the proper manner unless specifically excused by the Resident Director.

#### *Changes in Room Assignment*

The changing of rooms and/or roommates may be permitted during Christmas break between the fall and spring semesters but must be approved and administered by the Residence Life staff in advance. We understand that conflicts between roommates can arise during the semester, and residents experiencing distress are encouraged to seek counsel from the

Resident Assistant or Resident Director as early as possible. Please note that changing rooms is not seen as the first option for resolving roommate conflict. Our Residence Life staff are trained and equipped to walk through these situations with residents and seek to provide a positive resolution, in whatever form that may take.

### *Single Room Requests*

If a room is (or becomes) vacant, and the Office of Residence Life identifies that space as available, a student can apply to move into that private room at an increased room rate of $750 per semester (or $1500 per semester in the Village Apartments). If accepted, the amount will be pro-rated based on the date the student moves in. Students will not be permitted to move into single rooms without receiving permission and agreeing to pay for the private rate. Single Room Requests are available online at www.letu.edu/ResLifeForms and must be signed by the appropriate Resident Director before a move is permitted. Students will not be charged a single-room fee if their room becomes vacant due to an assigned roommate move or withdrawal from housing.

### *Off-Campus Living*

All students in the Residential program taking 7 or more credit hours must reside on-campus unless one or more the off-campus exemption circumstances exist and the Petition to Live Off-Campus has been submitted and approved:

See ABOVE SECTION for details

### *Expectations for Off-Campus Living*

Students who are living off-campus must:

- Commit to living out the Behavioral Guidelines from the Student Handbook in their homes and community while enrolled at LeTourneau University.
- Live in apartments, town houses and houses at or under the occupancy limit set for that residence by the homeowner, landlord, or by city ordinance.
- Represent LeTourneau University well in how they care for the home and property.
- Obtain the appropriate "Commuter" parking permit from University Police to replace any previous parking permits from other living areas.
- PROVIDE LOCAL ADDRESS AND CONTACT INFORMATION TO THE OFFICE OF STUDENT LIFE BY THE END OF THE FIRST WEEK OF CLASSES. FAILURE TO DO SO WILL RESULT IN A $50 FINE, ADMINISTERED EACH FRIDAY AFTERNOON.

#### **OFF-CAMPUS PETITIONS**

The Petition to Live Off-Campus is available online at StarRez.letu.edu. Submitted petitions that do not meet one of the qualifications listed above will be processed as an appeal. The deadline for such petitions is four (4) weeks before the end of the previous semester in order to allow time for the Committee to meet. The specific dates will be announced in advance.

Should your request be denied by the Committee, you have the opportunity to appeal in written form. Appeals should be submitted to the Director of Housing and Operations within (5) business days after the student receives notification of the denial. The Dean of Students and the Director of Housing and Operations will provide a final ruling on the appeal.

Appeals must meet appropriate standards to be considered. Appeal letters should clearly indicate the student's desire to appeal, should contain any and all additional information that should be considered related to the petition, and present clear reasoning/evidence relating to a valid reason for an appeal. Valid grounds for an appeal are:

- A procedural error or omission.
- New or previously non-considered information that could alter the outcome of the petition.

Disagreement with the denial is not a valid reason for appeal.

## ROOM AND BOARD

All students living on-campus at LeTourneau University are provided a meal plan as part of "room and board" costs. This is one fee and we are not able to separate these charges. Students who have reached Junior status may be able to elect to not have a meal plan when living in the Village Apartments. Meal plans are not included for "rental" students, and are not available over the summer term.

## ALLERGIES AND DIETARY RESTRICTIONS

The Office of Student Life will work with students who require a specialized diet due to issues such as food allergies/intolerances. Students with dietary concerns should contact the Director of Housing and Operations, or Bon Appetit's Manager or Head Chef. Bon Appetit will work with the student to determine what options and accommodations they can provide before discussing the possibility of a meal plan exemption with Student Life. If applicable, medical documentation may be requested to verify an allergy/intolerance or for further guidance.

See also: DINING SERVICES

# Spiritual Formation Program and Chapel

The spiritual formation program at LeTourneau University is central to the total educational experience, seeing spiritual growth as foundational to one's social, intellectual, and emotional development. Chapel is the most visible expression of the program and highlights LeTourneau University's mission as a Christ-centered institution.

Through a variety of chapel programming, including guest and campus speakers, music and drama programs, and student-led services, an environment is provided which enhances fellowship and worship while encouraging one's growth in relationship with God. Chapel gatherings are also times where the LeTourneau Community – students, faculty, staff - assembles to experience a variety of worship experiences, to celebrate community victories, and to mourn community losses. Corporate chapel services are typically held in the Belcher Chapel and Performance Center from 10:35 to 11:35 am on four Mondays, every Wednesday, and four Fridays of the fall and spring semesters. Programming for the balance of the Mondays is given to Academic Chapels (3) and Life Groups (7). Additional Tuesday, Thursday, or evening spiritual growth opportunities are held at various times throughout the year, including Spiritual Emphasis Week and Justice Week in the fall and GO Week in the spring.

There are a variety of other spiritual formation opportunities through Life Groups, LeTourneau Student Ministries (LSM), and Spiritual Life Assistants (SLA) to help students grow in relationship with God, other believers, and the world. Students are also encouraged to find ways to serve in the community and the local church as a part of their spiritual formation.

The Spiritual Formation requirements follow:

| | **Spiritual Formation Credits (SFCs Required)** | **SFCs available from the following options:** | |
|---|---|---|---|
| | | **Chapel Services** | **Other Spiritual Formation Opportunities including Life Groups** |
| All Full-Time Residential Students and Global Student-Athletes | 25 | At least 18 | Up to 7 |

To fulfill these requirements, students may simply attend 25 chapels if they desire. The following outlines examples of other spiritual growth opportunities that students may pursue. Additional options will be considered on a case by case basis. Spiritual Formation Credits are given per occurrence and are not necessarily based on the amount of time spent. Any questions should be directed to (and all final decisions about credit rest with) the Campus Pastor and should be addressed before credit is sought.

- Appropriate service to the local church and/or community (AWANA, worship leaders, youth leader, Sunday school teacher, Chaplain Intern Service Projects) = typically 1 SFC per occurrence
- Fall or Spring Prison Ministry = typically 3 SFCs
- One-week LSM missions trips (spring break, summer, or winter) = up to 7 SFCs
- Various other spiritual retreats and conferences deemed appropriate by the Spiritual Life Department (Passion, Marriage and Relationship Enrichment, Urbana)

- Seniors may also elect to do a Spiritual Formation reflection paper which will be granted 1 - 7 SFCs depending on quality and evaluation according to the assessment rubric.

We recognize that none of these activities guarantee Spiritual Formation in any way. That only happens when our hearts and souls are open to the moving and working of the Holy Spirit, the Word of God and the Body of Christ in our lives. It is our hope, that through being involved in the above spiritual formation activities, every student will actively pursue God and His church, grow in Him, and find their place in His body.

## Guidelines Concerning Spiritual Formation Credit Requirements

- Degree-seeking Residential LeTourneau students (living on or off campus) enrolled in twelve (12) or more credit hours and all student-athletes (Residential and Global) are required to attain 25 Spiritual Formation Credits (SFC)s each semester.
- Because Chapel is a unique and significant gathering of our campus community, all degree-seeking students are required to attend a specified number (18) of corporate chapel programs in person.
- Other Spiritual Formation Credit options are described above.
- The only students wholly exempt from Spiritual Formation Credits will be those continuously enrolled in eleven (11) or fewer hours.
- Each student is responsible to ensure sufficient progress in obtaining his or her own Spiritual Formation Credits. The official Spiritual Formation Credits records may be found at MyLETU.
- Spiritual Formation Credit requirements do not apply during the semester in which the student has applied and been approved to graduate.
- Spiritual Formation Credit requirements do not apply to fifth year seniors who have completed seven (7) consecutive full-time semesters of successful Spiritual Formation Credit requirements.
- Spiritual Formation Credit requirements do not apply to graduate students.

## Chapel Behavioral Expectations

Individual behavior affects the community experience of corporate Chapel. When attending and participating in corporate Chapel, please remember the following:

- Arrive on time and stay the entire service. Chapels vary in length. You must stay for the whole event to receive credit.
- Refrain from conversation with your neighbors when someone is speaking, singing, or presenting from the platform.
- Act in a manner which communicates courtesy and respect.
- Attendance consists of both physical presence and active listening; use of computers, cell phones, or any other device that may distract you or others around you is prohibited in Chapel.
- Do not study in Chapel.
- Your chapel credit for a specific chapel may be revoked without notice or warning for failure to comply with these requirements.

## Conflicts with Chapel Attendance

- Chapel Make-ups will only be allowed under certain circumstances.
- Students involved in student teaching and official LeTourneau University internships exempt students from chapel when these activities prevent students from being on campus during chapel.

- Students with flight blocks scheduled by the University receive graced attendance for Chapel only on those days when flight blocks conflict.
- Students with nursing clinicals scheduled by the university receive graced attendance for Chapel only on those days when clinicals conflict.
- Other official university conflicts will be determined by the Campus Pastor and the department involved.
- On- or off-campus jobs do not exempt students from the Chapel requirement.
- Students with work and other conflicts may petition the Office of Spiritual Life at the beginning of the semester to turn in make-ups. It is the student's responsibility to make these arrangements.
- Students arriving more than five (5) minutes after the beginning of Chapel are considered late and may not receive credit for that date unless they submit a written make-up; students may not leave Chapel early.
- Problems with Chapel attendance records and Spiritual Formation Credits (including counting you absent when you were present or vice versa) must be resolved with the Office of Spiritual Life within two weeks of the Chapel service or Spiritual Formation activity in question.

## Make-Ups

- A make-up consists of listening to or watching a Chapel program that you have not attended in person and typing a 500-word summary of its content. This summary of content must include: the student's name, ID number, and the date and time the chapel occurred at the top of the page.
- Chapel recordings are available online through Canvas, but we do not guarantee that all Chapels will be available online during any given semester.
- Chapel make-ups should be submitted through Canvas. All approved chapel makeups must be turned in by 5:00 PM on the final day of final exams for semester they address.

## Disciplinary Responses to Chapel Deficiencies

- 25 Spiritual Formation Credits must be completed by the end of each semester.
- In the event that a student does not complete the required 25 Spiritual Formation Credits by the end of exam week for a semester in question, a chapel delinquency hold will be placed on that student's registration for the following semester. Chapel delinquency holds may be cleared by doing makeups as described above. All makeups must be submitted to the Office of Spiritual Life by August 1st for the hold to be lifted for fall semester enrollment or January 1st for the hold to be lifted for spring semester to remain in good standing and maintain registration in classes.
- Students with chapel delinquency holds will not participate in intercollegiate athletics or university academic competitions.

**If you have a conflict or a problem meeting the chapel attendance requirement, please do not wait until the end of the semester. Please see the Campus Pastor immediately.**

# Academic Policies

## ACADEMIC INTEGRITY

A foundation of mutual trust is essential to the learning community. Students and faculty break that trust when they violate ethical standards that the community of scholars expects each member to uphold. Academic dishonesty is a serious breach of trust within the LeTourneau University community because it violates the regard for truth that is essential to genuine learning and Christian consistency. From a broader perspective, it hurts both offending students and their peers who complete their work with integrity. Therefore, the LeTourneau University community will not tolerate academic dishonesty and encourages a student who experiences particular difficulties in a course to discuss the problem with the instructor rather than succumb to the pressure to commit academic dishonesty.

Academic dishonesty is not qualitatively different from other types of dishonesty. It consists of misrepresentation in an attempt to deceive. In an academic setting, this dishonesty may take various forms including, but not limited to, the following:

*Cheating*

- Obtaining, distributing, or using a test, unauthorized information regarding a test, or other unauthorized assignment material.
- Using unauthorized files, tests, problems, or lab reports from previous classes other than allowed by the instructor.
- Copying or using unauthorized technological or print aids in tests, examinations, or laboratory reports.
- Looking at an examination paper or answer sheet of another student.
- Cooperating or aiding in any of the above.

*Plagiarizing*

- Submitting someone else's words, works, or ideas as if they were one's own.
- Presenting the words, works, or ideas of someone else without accurately or completely citing the source.
- Self-plagiarizing or recycling (without permission of the instructor) one's own work as original in one course when it was created in another course or for another assignment.

*University Responses to Academic Dishonesty*

Cases of academic dishonesty are typically first handled by the instructor teaching the course in which the violation occurs. If a instructor finds a student guilty of violating the Academic Integrity Policy, the possible sanctions he or she may impose include but are not limited to the following:

- A requirement to redo the paper or assignment.
- A significant score reduction, failing grade, or zero given on the specific exam, paper, or assignment.
- A grade reduction or failing grade given for the course.

The above are examples of typical sanctions, but the instructor is free to determine an appropriate course penalty given the severity of the specific violation. This is left to the

discretion of the professor, but he or she may elect to consult a supervisor or dean, and/or the Dean of Students.

*Reporting the Violation to the Academic Integrity Council*

The faculty member should report the violation to the Academic Integrity Council by submitting a written report to the Student Life Office. This must be done within 10 business days of the violation. This system will help identify students who may be violating the academic integrity policy in multiple courses, allowing for better student remediation and a more appropriate disciplinary response.

The Dean of Students will register the violation in the student's file for future reference should there be subsequent offenses or decisions for campus leadership positions. For complex cases, repeated violations, or at the request of the instructor, the Dean of Students may convene the Academic Integrity Council on the instructor's behalf to determine the appropriate course of action in the particular course and/or with regard to the student's future at the university. When the Academic Integrity Council is convened, it must be within 10 business days of the discovery of the violation. The purpose of the Council is to allow for better student remediation and consider a wise disciplinary response to the particular situation.

The Academic Integrity Council will issue the student a formal letter of review to inform him or her of the university's identification of the violation status and describe any imposed sanctions. For severe or repeat offenses, the Academic Integrity Council may apply sanctions including, but not limited to, probation, suspension, or expulsion from the university.

Violations of the Academic Integrity Policy may be considered when determining student eligibility for applicable internal positions, such as IMPACT and student worker positions.

**Appeals Process**

- The student will have an opportunity to appeal any sanctions imposed by either the accusing instructor or the Academic Integrity Council. For sanctions imposed by the instructor, the student is encouraged to first make an appeal to the instructor.
- If the faculty member rejects the student's appeal, the student may submit a further appeal to the Academic Integrity Council within 10 business days.
- Prior to hearing any appeal, the Academic Integrity Council will invite the accusing instructor to either attend the appeal hearing or submit a written statement, at the instructor's choosing. The student may appeal sanctions imposed by the Academic Integrity Council within 10 business days of receiving the letter of review, and the Academic Integrity Council will hear the appeal at the closest upcoming meeting.
- For any appeal of an initial Academic Integrity Council decision, the Academic Integrity Council will expand to include one additional faculty representative from the school in which the alleged infraction occurred. This representative must not be the accusing instructor.
- No one other than members of the Academic Integrity Council or those involved in the current appeal may attend Academic Integrity Council meetings.

- After hearing verbal or written statements from the student and the accusing faculty representative, the Academic Integrity Council will convene in private and determine whether to dismiss, reduce, or uphold the sanctions by a majority vote in the initial appeal or two-thirds majority vote in the further appeal. If a majority vote cannot be reached, the sanctions will stand.

## ACADEMIC APPEALS

Once a grade has been submitted to the Office of the Registrar, only the instructor can change the grade except in the case of a grade appeal. If a student believes that a final course grade has been improperly given, the student may appeal the grade by following these steps.

- The student must contact the instructor in writing to seek a solution no later than four weeks after the end of the course. The instructor must notify the student of the decision within five business days of being contacted by the student. If the instructor decides that a grade change is warranted, the instructor must submit a change of grade form approved by the dean of the academic school to the Office of the Registrar.
- If the decision of the instructor is not acceptable to the student, an appeal may be made in writing to the dean of the academic school within five business days after notification by the instructor. The written appeal must specify both the complaint and the action requested. The dean must notify the student of the decision within five business days.
- If the decision of the dean is not acceptable to the student, the written appeal may be made to the Office of the Provost within five business days after notification by the dean. The Office of the Provost will seek a solution or may refer the matter to the Admissions and Standards Committee. The decision of the Office of the Provost is final unless the Office of the Provost refers the appeal to the Admissions and Standards Committee, in which case the decision of that committee becomes final.

## CLASS ATTENDANCE AND ABSENCES

Regular attendance at classes is expected. It is the responsibility of each student to know the attendance requirements and procedures of each instructor. Any anticipated absence that might qualify as excused should be requested from the instructor before the absence.

### *Absences Due to Illness*

If an instructor requests verification of health-related absences, the following procedures should be followed:

- The student requests verification from Health Services and a Health Information form is sent to the appropriate instructors.
- The Director of Health Services sends this to appropriate instructors through campus mail.
- The instructor then has information from the Director of Health Services by which a decision may be made about whether to accept the excuse.

### *Absences for Official University Trips and Events*

Absences due to university sponsored trips or activities are handled by memo to the instructor from the sponsor of the group involved. While students are responsible for making up work missed, excused absence notification will be handled by the Office of the Provost.

*Absences for Personal Reasons*

Absences for personal business should be arranged with the instructor. The course syllabus may indicate any effect this absence may have on the student's grade. Family or other types of emergencies should be reported to and handled by the Dean of Students.

## CLASSROOM DISCIPLINE

Students are expected to behave with respect and decorum in the classroom, both for their classmates and for the instructor. The instructor has authority to address minor disruptions or behavioral issues within the classroom, typically with removal from that class session. Any decision regarding longer-term removal from class for significant concerns or persistent and/or egregious classroom behaviors shall be in consultation with the Dean of the School and the Dean of Students, since behavior that warrants this response is most likely a violation of broader University expectations. Ultimate disciplinary decisions, up to and including administrative withdrawal from an individual class or from the University is the decision of the Dean of Students (as the sole source of discipline for the University) in close consultation with the instructors and deans involved.

# Information Technology Services and Guidelines

## HELP DESK INFORMATION

The Information Technology Help Desk provides assistance to users with problems or questions related to campus computers, networks, phone systems, and LETU services such as courses.letu.edu (LETU's online courses platform), MyLETU, Office365, and others. The LETU IT Help Desk is not able to provide support for personal computers or non-LETU owned systems/services.

- Knowledge Base: Check out 100s of articles to help yourself with technology questions: http://wiki.letu.edu.
- Email: Requests for support can be sent via email to support@letu.edu.
- Phone: Call IT at 903-233-3500 or toll-free at 866-TEC-LETU. Help is available to midnight most every day (exact hours listed here: wiki.letu.edu/x/YQKSAQ)
- Website: The Information Technology website is available at www.letu.edu/it and Twitter feed @LETUIT. Website contains detailed info about technology at LeTourneau University. Self-Service help, discounts, knowledge base, FAQs, support resources, instructional references, news, project information, policies, and staff contact information.

## ACCOUNTS

LetNet accounts provide students access to LetNet resources using the same user name and password used to access the MyLETU Portal (my.letu.edu) during the application process. If you forget your password or are unable to login, you can recover a new password by going to the MyLETU portal and clicking the "Forgot My Password" link.

## COURSES

Courses.letu.edu (LETU's online courses platform) is an online extension of LETU courses. Every student attending LeTourneau University is automatically enrolled into course sites according to their registered schedule. Students use their LetNet account to access courses.letu.edu.

## FILE SHARING AND P2P

LeTourneau University has put together information regarding your responsibility as a student concerning File Sharing and Peer-to-Peer (P2P) networks. Please review this information and look for the link on using Legal Alternatives to ensure you are following not only LeTourneau policy but Federal Guidelines. Review all of this information as well as a tutorial by going to www.letu.edu/filesharing. In addition, be sure you understand the policy for copyright violations available on this web site.

## E-MAIL

Every student attending LeTourneau University is automatically assigned a LeTourneau E-mail account. Every student is responsible for reading their email on a regular basis and will be held accountable for official University communication sent through electronic mail, voicemail, and campus mail. Information about email services may be found at wiki.letu.edu/x/HIBcAQ

## LETU CAMPUS NETWORK ACCESS

Wired Ethernet jacks are available for residential students in each residence room. Wireless access is available to all students and is available in all residential, academic, and other areas

around campus. More information on Wireless can be found at wiki.letu.edu/display/itkb/Wireless

### BUZZ APP, HOME PAGE, MYLETU WEB PORTAL, AND CALENDAR

The LETU Buzz app is the central source of information for students: http://www.letu.edu/_Student-Life/LETUBuzz.html. Students can find on this page https://www.letu.edu/student.jsp a list of links and resources. The MyLETU web portal provides access to specific information such as online course registration (my.letu.edu).

### COMPUTER LABS

Four general-purpose computing centers containing Windows computers are available in Longview Hall. Software available in the labs includes Microsoft Office, Web browsers, and other software required for specific courses. See How to Contact IT in our Knowledge Base for current computing center hours. Help Desk technicians are available for in-person assistance in the Longview Hall Computing Center during the evenings and weekends. Special purpose labs are in the Glaske Center, the Education Center, and the Abbott Aviation Center. In addition, computers are available for students in the Margaret Estes Library.

### OFFICE365

Every student has access to the full Microsoft Office Suite software at http://o365.letu.edu to be used online or installed on laptops, desktops and mobile devices. Additionally, items like OneDrive (which includes one terabyte of space), Planner and other tools are available at no charge.http://o365.letu.edu to be used online or installed on laptops, desktops and mobile devices. Additionally, items like OneDrive (which includes one terabyte of space), Planner and other tools are available at no charge.

### MOVE-IN GUIDE

Recommendations for technology purchases and resources for preparing to use technology at LETU can be found at IT's Move-In Guide. This guide can be found on the IT home page at https://www.letu.edu/administrative/infotech/resources/movein/index.html.

## Technology Policies and Guidelines

As in any organization, policies are designed to allow smooth operation of resources and facilities especially when we work with each other and share so many resources. Students are responsible for following University policies governing technology usages. These are policies 6.1 - 6.10 published at www.letu.edu/policy. For more information also see IT's Policy and Guidelines webpage (http://www.letu.edu/administrative/infotech/resources/policies) and Selected University Policy | #5 Media Restrictions). These policies have various actions attached to them when violated. These come in three different levels:

*Green*

Violations that IT will investigate and collaborate with Student Life to determine the best course of action. Green violations include:

- Any interference with the primary purpose of our network for academic pursuits (listed under Acceptable use)

- Connecting equipment not permitted by the Technology Policy and Guidelines to a ResNet jack
- Not maintaining an antivirus solution on your computer

*Orange*

These are significant violations. Disconnection from the network and/or deactivation of LetNet account may occur without prior warning if necessary to identify and address Orange violations. Orange violations include:

- Connecting another network to LetNet (whether through VPN or network hardware)
- Extending access to or impersonating the LetNet network; including running a wireless access point on campus (connected to LetNet or not)
- Using "mass mailings" to address large quantities of LetNet users via email

*Red*

These are critical violations and/or major security threats. Disconnection from the network and/or deactivation of LetNet account are likely to occur immediately and without prior notice to identify and address. Red violations include:

- Possessing, distributing, or otherwise making available network information, personal information, or illegal material as defined in the guidelines
- Attempting to circumvent existing LetNet security or network management measures or the spirit of such measures; including things such as using static IP addresses, MAC spoofing, configuring network protocol settings to circumvent policy, etc.
- Sharing your LetNet account information or using the LetNet account information of another LETU user
- Undue use of network resources which is unusually intense and/or disruptive

These lists are for ease of reference and not all-inclusive. Please consult the policies in their entirety as linked above.

# Campus Safety / Emergency Guidelines

## EMERGENCY PHONE NUMBERS

| Number | Emergency Service |
|---|---|
| 911 | Emergency – Use in Case of Fire, Medical Emergency, or Crimes in Progress |
| 903-233-4444 | LETU University Police (answered 24/7, 365 days a year) |
| 903-237-1199 | City of Longview Police, Fire, and EMS Communications |
| 800-746-7661 | East Texas Poison Control Center (have all necessary information ready) |
| 903-233-4445 | LETU Health Services – Non-Emergency (Available Mon-Fri: 8-12 and 1-3) |
| 903-233-4441 | LETU University Police Department – Chief of Police |

REMEMBER: When reporting an emergency, information can be more important than speed in providing the proper response. Please:

- Take time to talk with the person on the phone
- Be prepared to respond to questions they will have
- Stay on the line until instructed to do otherwise

The City of Longview EMS ambulance service does not charge any fee for responding to a medical emergency or for treating injuries. Charges are only incurred when they transport an individual for further medical treatment.

## IN AN EMERGENCY…

When calling in an emergency to off- or on-campus emergency response teams, state:

- Your name
- The nature of the emergency
- The location
- Type of assistance required.

Stay on the phone until the operator dismisses you, then go to a location from which to direct emergency vehicles or services.

If 911 is dialed, next call University Police at 903-233-4444, or have someone else call if possible, and explain the emergency. Often, trained campus personnel can assist or provide immediate care as well as communicate directly with the emergency responders.

## FIRE SAFETY

Soon after you check into your room, take a few minutes to familiarize yourself with the building. Find the two unlocked exits nearest your room. Exit routes for each floor are displayed on the back of the door in each room. Also, note the location of the nearest wall-mounted alarm and fire extinguisher.

*IF YOU SEE A FIRE…*

If the fire is contained (e.g. in a small trash can) or in a limited space, extinguish if possible. If you put out a fire, no matter how small, immediately call University Police at 903-233-4444 and report it. If the fire cannot be quickly contained, or if there is any doubt, do the following:

- Pull the fire alarm
- Get out of the building, and yell for everyone else to vacate the building as well
- Find the nearest phone from which you can safely call 911 and:
    - Identify yourself clearly,
    - Report that there is a fire at ___________,
    - Give the full location of the fire (2100 S Mobberly Ave, Tyler Hall West, 2nd floor, room ____).
    - Identify the type and extent of the fire and any known injuries, and
    - Stay on the line until the emergency operator asks you to hang up.
- Notify University Police at 903-233-4444

*IF YOU HEAR AN* ***ALARM****…*

EVACUATION IS MANDATORY - YOU MAY NOT REMAIN IN A BUILDING WHEN THE FIRE ALARM IS SOUNDING!

- Awaken anyone sleeping and get out of the building as quickly as possible; any delay may endanger the life of a friend.
- Feel your door at eye level or above.
    - If it feels HOT, do not open it! Seal the cracks with a wet towel or rug, and exit through or signal from the window.
    - If it feels COOL, then make your way to the nearest exit, closing all doors behind you.
    - In smoke, stay near the floor. Get away from the building and make your presence known to your resident assistant.

## SEVERE WEATHER PROCEDURES

The East Texas area is susceptible to tornadoes. If a tornado is sighted, a tornado warning will be indicated by the City of Longview's Early Weather Warning Siren System (EWWS) which will sound a 3-5 minute steady alarm. If you have registered for the LeTourneau University Electronic Campus Communication System (ECCS), you will receive a text message and email concerning warnings published by the National Weather Service. Regular updates will be sent out via text and email as the circumstances warrant.

If you hear this alarm, or if you are notified by University Police of an impending tornado threat:

- Locate and move quickly to the area in your building designated as a waiting area for severe weather. (You may not remain in any building with metal siding during a Tornado Warning.) These areas are noted on the exit routes posted in hallways and lounge areas. If unclear about the location of the waiting areas, then: (a) Move to the lowest level of your building, and (b) Find a central location away from windows and areas with wide spans, avoiding southwest exposures (in a residence hall, hallways on the first floor are best).
- Cover yourself with a mattress or other protection; in an apartment, the bathtub is a safe location, using the mattress as a shield against possible flying debris.
- If outside, get away from cars or loose objects and find a ditch, culvert, or other low area; be watchful of rising water. Do NOT watch the storm from overhangs or underneath an open bridge.

- If storm damage is heard or observed, stay indoors for an additional time until the storm has passed. Call 903-233-4444 to report damage or injury. Larger tornadoes may have a storm "eye" just as a hurricane does, and winds may recur after as long a minute or two.

**NOTE: The City of Longview's Early Weather Warning Siren System is tested the first Wednesday of each month at noon, unless severe storm conditions exist.**

During electrical storms, athletic fields will close. If caught on a field or out in the open on campus during a storm, move quickly to a reinforced structure. Avoid taking shelter under trees. Thunderstorms can also produce large hail, so it is imperative to find a structure in which to wait out the storm. If someone has been struck by lightning, check to see if the individual is breathing. If the person is not breathing, begin CPR and notify persons as outlined in medical emergencies. A person struck by lightning holds no electrical charge and can be handled safely.

## EMERGENCY COMMUNICATION

From time to time, direct efforts are made by LeTourneau University to keep students informed of campus safety and security issues. This is done in a variety of ways including chapel assembly, residence hall staff training, emergency medical training for appropriate students and staff, campus emails, text messaging and other forms of communication. Students are encouraged to ask questions of university staff about any safety or security issues.

Students, faculty, and staff may opt to register for the Emergency Campus Communication System (ECCS) for notification via text message and email of specific warnings or circumstances as they develop. The ECCS will also be used to send timely updates informing subscribers of the progress or resolution of any such systems. The ECCS will NOT be used to publicize university events or programs. It is an emergency information distribution system only.

## CRIME PREVENTION AND SUSPECT IDENTIFICATION

LeTourneau University is a private institution and therefore access to the campus, buildings, and grounds is limited to students, faculty, staff, and invited guests. Presence on the campus is not a right but a privilege, and university personnel--including University Police and local law enforcement agencies--have the right to remove people from campus upon request.

The University Police Department is our first line of protection; however, the University also has a cooperative relationship with the City of Longview Police Department, the Gregg County Sheriff's Department, and Texas Highway Patrol. These law enforcement agencies are authorized to enforce the law in order to add to the safety of our campus. University Police is here to provide service to the students, faculty, and staff of LeTourneau University. It cannot function effectively without the concerned assistance of responsible students and employees; the department depends on students to call and report all suspicious persons or activities.

**Call University Police IMMEDIATELY about suspicious persons or activities**

Do not assume that someone else has already called and do not send an email assuming that someone will retrieve it immediately.

903-233-4444 LeTourneau University Police (answered 24 hours a day, 7 days a week)

903-237-1199 City of Longview Police, Fire, and EMS Communication Center - Non-Emergency Line

THINGS TO LOOK FOR:

Anything that seems out of place could be criminal activity. Some things to watch for and report include:

- Any unknown person loitering in the residence halls, rooms or offices unoccupied by the regular residents, or a vehicle moving slowly through the same parking lot several times.
- A person exhibiting unusual mental or physical symptoms.
- Anyone trying to gain entrance to another person's office or room.
- A stranger leaving an office, classroom, or residence hall with University property or carrying large, expensive items to a car.
- Anyone peering into parked cars or removing accessories, license plates, or gas from a car.
- Anyone cutting a lock or chain from a bicycle and/or loading a bicycle in a vehicle.
- Unknown person screaming or shouting.

Statistics concerning criminal occurrences on campus are maintained by University Police, in their offices and online at www.letu.edu/upd.

## FALSE REPORTS OR ALARMS

It is a Class A Misdemeanor for any person to make a false alarm or report that causes any emergency services agency or organization to create a response operation. If the report/alarm involves an institution of higher education, Texas Law prosecutes it as a State Jail Felony. A "Class A Misdemeanor" is punishable by a fine of up to $4,000 and/or up to one year in a county jail. If prosecuted as a "State Jail Felony," the offense is punishable by 180 days - 2 years in a State Jail and/or a fine of up to $10,000. For more information, visit the University Police website at www.letu.edu/upd.

## DISCIPLINE IN EMERGENCY SITUATIONS

Formal discipline and/or criminal prosecution will occur for students who:

- Tamper with fire alarm/smoke detector equipment,
- Intentionally activate fire alarms or create a situation causing an alarm to sound,
- Give false report of the existence of an emergency creating a response by University or local emergency service providing agencies, or
- Do not respond to University staff directing them during an emergency

## OPERATION IDENTIFICATION

Operation ID is a citizen's burglary prevention program that involves the marking of property with an identifying number for discouraging theft and facilitating recovery.

- Mark each item of your personal property with a portion of your Social Security or Driver's License number. This number should be in an area that is not easily dismantled and which cannot be seen.
- List all the items identified and keep this list in a safe place, away from any valuables.
- Report stolen items immediately to the University Police Department at 903-233-4444. If the stolen items are valued at more than $500, University Police will notify LPD.

## LOSS AND THEFT LIABILITY

The University accepts no responsibility for loss or damage to your personal possessions, whether by theft, fire, or other disasters, or by technological or electrical interruptions. You are encouraged to obtain your own insurance for personal belongings. Check with your parents

concerning coverage on their Homeowner's Policy, or consider purchasing your own college student dormitory or renter's insurance policy.

## University Police and Vehicle Regulations

The LeTourneau University Police Department is authorized by the State of Texas and LeTourneau University to function as a fully empowered law enforcement agency in accordance with the provisions of the Texas Education Code. The Police Officers of the Department are duly sworn Peace Officers in and for the State of Texas and, as such, bear all the rights, authority, responsibilities, protections, powers and privileges of their sworn office. These sworn officers serve the University alongside the traditional Guards that have provided service and safety for the community for over forty years. Combined as an integrated and well trained agency it is our goal to ensure safety during your educational experience at LeTourneau University. We are committed to the ideals of community oriented policing guided by the principles of the scriptures and empowered by the University so that we may continuously strive to meet the goal of a safe and secure campus through training and quiet preparedness.

All personnel within the University Police Department, whether on or off-duty, in plain clothing or in uniform, are empowered to enforce the regulations of the University by issuing citations or initiating other corrective, investigative or restorative measures.

The following regulations are designed to (a) promote the safety and convenience of LeTourneau University students, employees and visitors, (b) provide access for emergency equipment and (c) facilitate University functions. All vehicle regulations apply to all students, faculty members, and staff of the University as well as contract and sub-contract employees or vendors operating on University property. These regulations are in effect and enforced 24-hours a day throughout the year, both during and between academic terms.

Remember all LeTourneau University rules governing the use and operation of vehicles on campus as well as all State laws are enforceable under the authority of the University Police Department (UPD).

Persons having questions related to these or other regulations should contact the Chief of University Police at 903-233-4441.

### Chief of Police
### LeTourneau Police Department

*Walking Campus*

LeTourneau University is a pedestrian campus, therefore campus community members are required to walk to classes and other campus commitments from parking areas that are specifically assigned for the individual's particular type of campus registration decal. Motor vehicle traffic should be kept to the minimum possible in order to promote the safety of our pedestrian population. Pedestrians and bicyclists should be given right-of-way however it is imperative that pedestrians and bicyclists not assume that such right-of-way is being given by an approaching motorist.

### LETU VEHICLE REGISTRATION AND PARKING REGULATIONS

*Vehicle Registration*

All members of the LETU community (student, faculty, staff, contract/vendor personnel) are required to register their vehicles with UPD. Registration decals are provided by UPD at no charge. Fees and fines may be assessed to any vehicle owner for failure to register. Additional fines will be assessed if the vehicle remains unregistered. Registration cards are distributed at all student registration functions, Swarm and Preview events, as well as daily from the UPD Offices. Registration may be completed in person at UPD or online at: www.letu.edu/UPD.

There are appropriate forms available for students' vehicles as well as faculty/staff-owned vehicles. New employees are provided an opportunity to register vehicles during new employee orientation. Online registrations will be received by University Police via email. They will be processed and a decal will be mailed to the applicant via campus mail.

- Community members must obtain and properly display a registration decal on their vehicle within the first two weeks of the initiation of the current semester or within two weeks of obtaining a vehicle. Residential students are limited to ONE automobile (car or truck) on campus at any given time.
- Residential students may have a motorcycle and/or bicycle registered on campus in addition to an automobile.
- Faculty, staff and contract employees must obtain and properly display a registration decal on their vehicle(s) within two weeks of becoming employed or within two weeks of obtaining a vehicle. Faculty and staff members may register more than one vehicle.
- All community members who have a bicycle on campus must obtain and properly display a LeTourneau University parking decal on their bicycle. This is a theft prevention initiative as well as a means of recovering property if it should be stolen.

### *Temporary Visitor Permits*

Permits are provided at no charge through the Police Department for:

- Persons who are temporarily using a different or other than the one they registered, for a short period of time (fewer than 30 days)
- Guests on campus overnight or longer; the guest's vehicle may be issued a temporary permit for their visit at no charge
- Visiting faculty, vendors, contractors who will be on campus daily over three consecutive days or more.

### *Registration Update*

Every vehicle owner/operator is personally responsible for maintaining their vehicle registration current with respect to the information contained in the registration.

- Living area assignment must be kept current even if you change living areas in mid-semester
- License plate number and state of registration must be kept current at all times
- Liability insurance information (company and policy #) must be kept current at all times If a new vehicle is purchased or placed into service at any time, the owner/operator is required to register that vehicle with UPD within 10 days of acquiring the vehicle or within 10 days of placing the vehicle into service on campus. Updating your vehicle registration is FREE of charge.

**Display of Registration**
All vehicle registration decals issued by UPD must be displayed on the vehicle to which it is assigned. Decals are not transferable.

- Cars and Trucks: Decals will be displayed on the exterior of the lower left corner of the rear windshield so as to be visible from behind the vehicle.
- Motorcycles, motor scooters, mopeds: Decals will be displayed on one of the following areas; windshield (if present), right front fork or license plate bracket. The decal must be visible and not concealed from view.
- Bicycles: Vertical frame tube below the seat post or cross-bar in front of the seat. New and replacement decals are free of charge.

### *Vehicle Operation*

#### Cars, Trucks and Motorcycles

All cars, trucks and motorcycles must be maintained in safe working condition in compliance with the original manufacture specifications. Vehicles may NOT be altered so that they are substantially reduced in ability to protect the occupant/operator/rider. All lights, signals, warning devices, and drive/braking systems must be fully operational. All motorized vehicles (regardless of type of motor/engine) must be covered by a liability insurance policy in compliance with Texas State law, regardless of the state of license plate registration. Vehicles not in such working order may be removed from campus at the owner's expense after reasonable opportunity has been given to make appropriate repairs to the vehicle.

#### Driver's Licenses

Every operator of a motor vehicle on the LeTourneau University campus must have in their possession, a current and valid State issued driver's license for the type of vehicle being operated. Every driver is required to display their driver's license upon demand of a UPD Officer or Guard.

#### Insurance

Texas State law requires that every motor vehicle be covered by a liability insurance policy (minimum). All vehicles operated on LeTourneau University property must have such an insurance policy. The driver of a vehicle is personally responsible to be able to show—upon demand of any UPD Police Officer or Guard— current, valid liability insurance coverage.

#### Towed Vehicles, RVs and Vehicle Extensions

There is limited space on campus for utility/moving trailers, other towed vehicles. University Police and Student Life will identify a location on campus where these items may be stored for a fee.

#### All trailers will be required to be:

- Registered with University Police and have coverage under a vehicle liability insurance policy
- Secured by a tongue lock to be supplied by the owner. A chain and padlock on the wheel/frame as an added security measure is highly recommended.

Recreational Vehicles (i.e. motor homes, RV trailers, campers, boats, trailered personal watercraft and trailered motorcycles) are not permitted to be stored on campus. These types of vehicles/trailers may be maintained at a local RV park or commercial storage area.

### *Parking*

All vehicles must be parked on a paved surface and within the confines of a single parking space unless otherwise directed by a UPD officer or guard. Vehicles with a trailer attached are considered to be two units of traffic and may occupy two adjoining (end-to-end) parking spaces.

#### Limited Parking Areas

- Some parking areas are restricted to 30 minutes as a loading area.
- White curb or stripe on pavement adjacent to the curb indicates limited time parking (30 minutes).
- Yellow curb or stripe on pavement adjacent to curb indicates no parking at any time.
- Red curb or stripe on pavement adjacent to the curb indicates a fire lane and no parking at any time. A violation of the fire lane restriction is a violation of State law and City ordinance as well as University rule. Fire Lane violations may be addressed through University processes or through the Longview Municipal Court system depending on circumstances present at the time of the violation.

#### Handicapped Parking

Parking in Handicap parking areas without proper handicap credentials displayed inside or on your vehicle is a violation of State law as well as University rules. This will be strictly enforced. Handicap parking areas may NOT be used as a loading area for loading or unloading cargo from any vehicle unless it is properly marked with handicap credentials and being used in support of a handicapped person. The handicap parking space consists of the space for the vehicle and a diagonally striped area to facilitate special needs of the owner/operator. Handicap Parking violations may be addressed through University processes or through the Longview Municipal Court system depending on circumstances present at the time of the violation.

#### Special Prohibited Parking

Some areas are marked by signage that indicates that it is prohibited to park in that immediate area. All such signage indicating a prohibition to park in an area refers to BOTH sides of the street on which it may appear and includes an area of at least 100 feet on either side of the sign indicating the prohibition.

#### Reserved Parking

Certain parking areas are reserved for various reasons. This may include guest parking, specific types of customers or utility or other University vehicles. Only the specified by the sign may park in such reserved areas.

#### Parking/Driving on Non-Paved Areas

Vehicles may only be operated or parked on paved surfaces. Vehicles may park on grassy or dirt areas only at the direction of UPD personnel or by signage authorized or placed by UPD

personnel. Special events which require vehicle operation on grassy or dirt areas must obtain approval through the Chief of Police at least one business-day in advance of the event.

**Zone Parking Rules**

Each vehicle is assigned to a color-coded parking area according relationship and status with the University

- Residential Students: **Blue** parking decal
- Non-Residential (Commuter) Students: **Orange** parking decal
- Society (AO, KZX, LAS) Resident Students: **Green** parking decal
- The Village Apartments Resident Students: **Red** parking decal
- Faculty/Staff employees: **Purple** parking decal
- Vendor/Staff (contract) employees: **Purple** parking decal

Blue residential parking areas are assigned by specific named living areas and parking rules are as follows:

- Quads Houses: (Durham, Carpenter, Howe, and McKinley) – parking 24/7 is solely for residents of the Quad Houses.

Other Blue residential parking areas of Residential Halls (Tyler East, Tyler West, Mabee, Pennsylvania, ELH, Gilbert, Thomas, Davis, and South Hall) may park in any of the following lots 24/7:

- Tyler West lot
- Tyler East lot
- Trinity Halls lot
- Speer lot
- South lot

Responsibility for finding an authorized parking space within the zones designated rests with the motor vehicle operator.

- Orange Commuter lots are for all non-residential students (traditional and global). During the Zone Parking hours listed above, Commuter & global students may use the following parking lots: Belcher Center, Solheim Activity Center, Margaret Estes Library, Glaske Engineering and Science lot.
- Green Society Resident decals are solely for residents of the society buildings. Residents of AO, KZX and LAS must park on the parking lots immediately adjacent to their society house.
- Red Village Apartments decals are solely for the residents of The Village Apartments. These consist of married students, honors students, graduate students, and some faculty/staff members from time to time. Faculty/Staff members housed in The Village Apts will have a purple Faculty/Staff decal. During the Zone Parking hours residents of The Village Apts, must park on the Village parking lot most immediately adjacent to their apartment

# Selected University Policies

## I. DRUG AND ALCOHOL PREVENTION POLICY

LeTourneau University (LETU) seeks to foster a drug and alcohol free environment in which to learn, work, live, and grow. As a Christian university, we seek to approach alcohol and drug abuse with compassion, concern, and directness. This approach requires a consistent enforcement of the policies on alcohol and other drugs and substances as outlined in this policy. The purpose of this policy is to ensure a safe environment that reflects the mission of LETU and our goal to foster a healthy campus community.

The LETU campus, all other University-owned or leased property, and all University-sponsored activities – on or off campus – are alcohol, drug, and tobacco free. The use, possession, or distribution of alcoholic beverages, illicit drugs, tobacco, or other controlled substances (including the misuse of prescribed medications or use of any substance with the intent of becoming impaired/intoxicated) on the LETU campus is prohibited and violates this policy as well as the University's standard of conduct. This policy applies to all students, faculty/staff, registered student organizations, visitors, and guests on or in university owned or operated property or engages in on-campus and off-campus activities that are considered university activities, including events and officially sanctioned field trips. LETU is operating in conformity with the Drug-Free Schools and Communities Act of 1989 (Public Law 101-336) and the Drug-Free Workplace Act of 1988. The following summarizes LETU's policy and program.

### Health & Lifestyle Risks

Alcohol. Health hazards associated with the excessive use of alcohol or with alcohol dependency include dramatic behavioral changes, retardation of motor skills, and impairment of reasoning and rational thinking. These factors result in a higher incidence of accidents and accidental death for such persons compared to nonusers of alcohol. Nutrition also suffers and vitamin and mineral deficiencies are frequent. Prolonged alcohol abuse can cause any or all of the following: bleeding from the intestinal tract, damage to nerves and the brain, impotence, psychotic behavior, loss of memory and coordination, damage to the liver often resulting in cirrhosis, severe inflammation of the pancreas, and damage to the bone marrow, heart, testes, ovaries and muscles. Damage to the nerves and organs is usually irreversible. Cancer is the second leading cause of death in alcoholics and is 10 times more frequent than in non-alcoholics. Sudden withdrawal of alcohol from persons dependent on it will cause serious physical withdrawal symptoms. Drinking during pregnancy can cause fetal alcohol syndrome. Overdoses of alcohol can result in respiratory arrest and death.

Drugs. The use of illicit drugs usually causes the same general types of physiological and mental changes as alcohol, though frequently those changes are more severe and more sudden. Death or coma resulting from overdose of drugs is more frequent than from alcohol.

Cocaine. Cocaine is a stimulant that is most commonly inhaled as a powder. It can be dissolved in water and used intravenously. The cocaine extract (crack) is smoked. Users can progress from infrequent use to dependence within a few weeks or months. Psychological and behavioral changes which can result from use include over-stimulation, hallucinations, irritability, sexual dysfunction, psychotic behavior, social isolation, and memory problems. An overdose produces

convulsions and delirium and may result in death from cardiac arrest. Cocaine dependency requires considerable assistance, close supervision and treatment.

Amphetamines. Patterns of use and associated effects are similar to cocaine. Severe intoxication may produce confusion, rambling or incoherent speech, anxiety, psychotic behavior, ringing in the ears, and hallucinations. Intense fatigue and depression resulting from use can lead to severe depression. Large doses may result in convulsions and death from cardiac or respiratory arrest.

MDA and MDMA (XTC, ecstasy). These amphetamine-based hallucinogens are sold in powder, tablet, or capsule form and can be inhaled, injected, or swallowed. They cause similar, but usually milder, hallucinogenic effects than those of LSD. Because they are amphetamines, tolerance can develop quickly and overdose can happen. Exhaustion and possible liver damage can occur with heavy use. In high doses, these drugs can cause anxiety, paranoia and delusions. While rare, these drugs have been associated with deaths in users with known or previously undiagnosed heart conditions.

Rhohypnol (rophies, roofies, rope). This drug is in the same category of drugs as Valium, a benzodiazepine, but is more potent than Valium. Initially, it causes a sense of relaxation and a reduction of anxiety. At higher doses, light-headedness, dizziness, lack of coordination and slurred speech occur. The drug affects memory and, in higher doses or if mixed with other drugs or alcohol, can result in amnesia for the time period the user is under the influence. Because of this amnesia effect, Rhohypnol has been given intentionally to others to facilitate sexual assault and other crimes. Combining this drug with other sedating drugs, including alcohol, will increase the intensity of all effects of the drug and, in sufficient doses, can cause respiratory arrest and death. Dependency can occur.

Heroin and other opiates. Addiction and dependence can develop rapidly. Use is characterized by impaired judgment, slurred speech, and drowsiness. Overdose is manifested by coma, shock, and depressed respiration, with the possibility of death from respiratory arrest. Withdrawal problems include sweating, diarrhea, fever, insomnia, irritability, nausea, vomiting, and muscle and joint pains.

Hallucinogens or psychedelics. These include LSD, mescaline, peyote, and phencyclidine or PCP. Use impairs and distorts one's perception of surroundings, causes mood changes, and results in visual hallucinations that involve geometric forms, colors, persons, or objects.

Solvent inhalants (e.g., glue, lacquers, plastic cement). Fumes from these substances cause problems similar to alcohol. Incidents of hallucinations and permanent brain damage are more frequent with chronic use.

Marijuana (Cannabis). Marijuana is usually ingested by smoking. Smoking marijuana causes disconnected ideas, alteration of depth perception and sense of time, impaired judgment and impaired coordination. Prolonged use can lead to psychological dependence.

Damage from intravenous drug use. In addition to the adverse effects associated with the use of a specific drug, intravenous drug users who use unsterilized needles or who share needles with other drug users can develop HIV, hepatitis, tetanus (lock jaw), and infections in the heart. Permanent damage or death can result.

Synthetic cannabis (K2 and Spice). This is a psychoactive designer drug derived of natural herbs sprayed with synthetic chemicals that, when consumed, allegedly mimic the effects of cannabis.  Synthetic cannabis can precipitate psychosis and in some cases it is prolonged. These studies suggest that synthetic cannabinoid intoxication is associated with acute psychosis, worsening of previously stable psychotic disorders, and also may have the ability to trigger a chronic (long-term) psychotic disorder among vulnerable individuals such as those with a family history of mental illness.

## University Regulations Regarding Students and Alcohol and Other Drugs

All students are held responsible to applicable federal, state, and local laws, as well as LETU policies regarding alcohol and other drugs and substances. When violations of law or policy come to the attention of LETU officials, students may be referred for prosecution and University sanctions will be imposed. Harm to persons or damage to either private or University property arising from actions of intoxicated individuals on the premises of the University will be the full and sole responsibility of such individuals. The University reserves the right to require a student to show proof of an alcohol or drug free condition. Refusal of sobriety or drug testing will be treated as admission of use.

- For all students enrolled as traditional/residential or dual enrollment students, or for those participating in University Athletics or living in University housing, it is a violation to promote, distribute, sell, possess, or use alcohol, narcotics, or tobacco on or off campus regardless of the student's age.
- For all students enrolled as global/online students who are not participating in University Athletics or living in University housing, it is a violation to promote, distribute, sell, possess, or use alcohol, narcotics, or tobacco on or off campus regardless of the student's age.
- It is a violation to be in the company of others who are drinking alcohol, using a controlled substance, or displaying alcohol containers or drug-related paraphernalia on University property or in vehicles parked on campus.
- It is a violation to misrepresent one's age for the purposes of purchasing or consuming alcohol. This includes possessing a fraudulent ID. Possessing a fake ID may result in University probation on the first offense.
- Operating a motor vehicle while under the influence of alcohol or a controlled substance is a serious threat to oneself and the community and may result in immediate suspension, expulsion, or dismissal. Anyone who injures another person as a result of driving under the influence may be permanently dismissed.
- The attempt to obtain, use, possess, distribute, or sell and amount of any potentially harmful or illegal drug (including marijuana), any substance with the intent of becoming impaired/intoxicated, or drug-related paraphernalia is strictly prohibited. Anyone involved in the sale or distribution of any such drugs or substances on or off campus may be dismissed.
- Promoting the consumption of drugs or alcoholic beverages is prohibited. Displays of any kind that promote a lifestyle of alcohol or drug use are not allowed.
- Any student or student organization who supplies alcohol at University sponsored off campus events will be subject to disciplinary action.
- Hosting, assisting, or promoting an off-campus gathering that includes drinking, drunkenness, or drug use is a violation of University policy and may result in suspension.
- Any student who encourages another to consume alcoholic beverages or any substance as a means to induce that individual to engage in behavior that would otherwise be against that person's will is subject to dismissal.

- Any student who sexually assaults another person who is intoxicated or impaired is subject to immediate dismissal.

## Sanctions for Students

Sanctions, alone or in any combination, may be imposed upon any student found to have violated the Community Standards. Sanctions for violating LETU's Drug and Alcohol Prevention Policy may include any combination of the following:

- Warning, probation, suspension, or dismissal
- Restriction or loss of privileges
- Discretionary sanctions such as writing a paper or completing a project
- Housing reassignment
- Restitution for losses or damages
- Participation in an alcohol/drug education course at the student's expense
- Parental notification
- Random and routine drug testing at the student's expense for a prescribed period of time.
- Withholding or revocation of degree

In addition to any of the individual sanctions listed above, student organizations and clubs may also be subject to:

- Loss of registration as a registered student club or organization. Loss of registration includes loss of all student activity fees and University funding and all rights and privileges accorded to registered student organizations

## Amnesty Statement for Students

Students who seek help for substance abuse problems can be assured that confidentiality will be observed within the limits of the law. Where federal and state laws permit, the University will not impose sanctions when a student seeks assistance for substance abuse or any other problem of a similar nature.

In addition to on-campus amnesty, during the 2011 Texas Legislative Session, a new law was passed commonly referred to as the 911 Lifeline Law. This new law states that "there is no penalty for consumption or possession of alcohol by a minor if the minor was the first person to request emergency medical assistance in response to the possible alcohol overdose of the minor or another person, and remained on the scene until the medical assistance arrived, and cooperated with medical assistance and law enforcement personnel." [Texas Alcoholic Beverage Code Sec. 106.04, 106.05]

## University Regulations Regarding Employees and Alcohol and Other Drugs

Other members of the University community will use careful and loving discretion in any use of alcohol. They will avoid the serving and consumption of alcohol in any situation that residential students of LeTourneau are likely to be present.

The behavioral expectations of LeTourneau for every member of its community includes the prohibition of manufacture, distribution, dispensing, possession, sale, purchase or use of illegal drugs at all times.

## Employee's Responsibility

The employee must act as a responsible representative for the University. It is the employee's responsibility to report known manufacture, distribution, dispensing, possession, sale, purchase or use of illegal drugs, to the employee's immediate supervisor. All employees are responsible for cooperating fully with law enforcement officials to punish the violation of laws relating to illegal drugs.

Employees are required to inform their supervisors of any use of prescribed or over-the-counter medicine that could affect their performance. It is the employee's responsibility to determine from the physician whether or not the prescribed drug would impair the employee's job performance. When reporting such use, the employee is required to have a written statement from their doctor regarding the prescription's effect on the employee's performance of job duties and present this to his/her supervisor. When risks of accident potential are unacceptable, the employee will be directed to take leave with or without pay or reassigned to an existing vacant position until the use is discontinued. Paid leave may be charged to sick leave and/or current vacation time if either is available.

## Supervisor's Responsibility

Everyone in a supervisory role is held accountable for being familiar with this policy and its administration. The supervisor must keep good records of employee performance. Any situation involving an employee under the influence of drugs or the use, sale, possession, or distribution of drugs, arrest and convictions should be reported immediately to one's cabinet administrator and Human Resources. It is the supervisor's responsibility to document situations of suspected or actual drug use.

### *LeTourneau University Sanctions*

- The unlawful manufacture, distribution, dispensing, possession, sale, purchase or use of a controlled substance or illegal drugs is wrong, harmful, and prohibited.
- Being under the influence of alcohol, inhalants, or other drugs is prohibited. The unauthorized use or possession of alcoholic beverages and abuse of prescription drugs or over-the-counter drugs is prohibited.
- Employees who violate the substance abuse policy are subject to appropriate disciplinary action up to and including termination. In the case of exempt employees, docking of pay may only be done in full-day increments.

### *Employee Penalties for Violation of Policy*

Any employee who violates this policy shall be immediately suspended pending completion of an investigation. During the course of an investigation, the suspected employee shall have the opportunity to provide an explanation. In the event that a determination is made by the University that the employee or student worker has violated this policy, further disciplinary action may result, up to and including termination of employment, suspension or expulsion from attending LeTourneau University.

Any employee arrested for a criminal drug or alcohol related infraction will be required to notify their supervisor prior to returning to work and, the supervisor will make written notification to Human Resources as soon as possible but no later than 24 hours of the employees return to work. Employees that have been convicted of any criminal drug or alcohol related offense shall notify their supervisor prior to returning to work and the supervisor shall notify Human Resources prior to scheduling the employee for work. The University will take the following actions: Place the employee on administrative leave pending investigation. Take appropriate

disciplinary action against such employee, up to and including job termination.  Failure to notify the supervisor of arrest or conviction could result in disciplinary action up to and including termination.

Bus Drivers and other faculty, staff or students who may be otherwise authorized to drive students and others on trips or athletic events will be required to comply with the arrest and conviction notification requirements of this policy and CDL codes if applicable.

## Legal Penalties and Sanctions Applicable to Drug and Alcohol Use of Students or Faculty/Staff

**A. Federal Penalties and Sanctions**
**<u>21 United States Code 844(a):</u>**
**1st conviction: Up to one year imprisonment and fined at least $1,000 but not more than $100,000, or both.**

After 1 prior drug conviction: At least 15 days in prison, not to exceed 2years, and fined at least $2,500 but not more than $250,000, or both. After 2 or more prior drug convictions: At least 90 days in prison, not to exceed 3 years, and fined at least $5,000 but not more than $250,000, or both.

- Special sentencing provisions for possession of crack cocaine: Mandatory at least 5 years in prison, not to exceed 20 years, and fined up to $250,000, or both, if:
  (a) 1st conviction and the amount of crack possessed exceeds 5 grams.
  (b) 2nd crack conviction and the amount of crack possessed exceeds 3 grams.
  (c) 3rd or subsequent crack conviction and the amount of crack possessed exceeds 1 gram.

Special sentencing provisions for possession of flunitrazepam: Imprisoned for not more than 3 years and/or fined.

**<u>21 United States Code 853(a)(2) and 881(a)(7):</u>**
**Forfeiture of personal and real property used to possess or to facilitate possession of a controlled substance if that offense is punishable by more than one year imprisonment. (See special sentencing provisions re: crack.)**

**<u>21 United States Code 881(a)(4):</u>**
**Forfeiture of vehicles, boats, aircraft, or any other conveyance used to transport or conceal a controlled substance.**

**<u>18 United States Code 922(g):</u>**
**Ineligible to receive or purchase a firearm.**
**Miscellaneous:**
**Revocation of certain federal licenses and benefits, e.g., pilot licenses, public housing tenancy, etc., are vested within the authorities of individual federal agencies.**

**B. State Penalties and Sanctions**
**<u>Texas Penal Code Sec. 49.02:</u>**
**Being intoxicated in public such that one is a danger to oneself or others is a Class C misdemeanor, punishable by a fine of up to $500.**

**Texas Alcoholic Beverage Code Sec. 1.05, 101.31:**
**It is illegal to possess or distribute alcoholic beverages in a dry area. Violation of this law is a Class B misdemeanor and carries a penalty of up to $2,000 and/or up to 180 days confinement.**

**Texas Alcoholic Beverage Code Sec. 106.02, 106.04-106.05, 106.071:**
**The purchase, possession, or consumption of alcoholic beverages by a person under 21 years of age subjects that person to a fine of up to $500 for the first offense and at least $250 up to $2,000 for the second offense and/or 180 days confinement.**

**Texas Alcoholic Beverage Code Sec. 106.06:**
**Furnishing alcoholic beverages to a minor is a Class A misdemeanor and punishable by a fine of up to $4,000 and/or up to one year in jail.**

**Texas Education Code Sec. 37:122:**
**The possession of an intoxicating beverage on the grounds of any public school is a Class C misdemeanor and carries a penalty of up to $500.**

**Texas Penal Code Sec. 49.04:**
**Driving under the influence of alcohol is a Class C misdemeanor and punishable by a fine of up to $500 and a minimum confinement of 72 hours and/or up to 180 days in jail for the first offense and up to a $2,000 fine and a minimum of 30 days confinement and and/or up to 180 days in jail for subsequent offenses.**

If found with an open container in the person's immediate possession, the minimum confinement period extends to six days.

**Texas Alcoholic Beverage Code Sec. 106.07:**
**A person under 21 years of age who misrepresents his or her age for the purpose of purchasing alcohol beverages commits a Class C misdemeanor and may be punished by a fine of up to $500.**

**Texas Health and Safety Code Sec. 481.102-106, 481.115-118:**
**The illegal distribution, possession, or use of controlled substances may be punished by 5 years to life in prison and up to a $250,000 fine.**

**Texas Health and Safety Code Sec. 481.112-120:**
**The delivery or possession of controlled substances with the intent to manufacture controlled substances is punishable by a jail term of 10 years to life and up to a $250,000 fine.**

**Texas Health and Safety Code Sec. 481.122:**
**The distribution of marijuana to a minor is punishable by 2 to 20 years in prison and/or up to a $10,000 fine.**

## C. Local Penalties and Sanctions

Longview Code Sec. 10-8 (b): During certain hours in public unlawful:

It shall be unlawful for any person in the city to consume any alcoholic beverage in any public place or for any person to possess any alcoholic beverage in any public place for the purpose of consuming the same in such public place at any time on Sunday between the hours of 2:15 a.m. and 12:00 noon, and on all other days at any time between the hours of 2:15 a.m. and 7:00 a.m. Alcoholic beverages may not be sold in public places at any time on Sunday between the hours of 2:00 a.m. and 12:00 noon, and all other days at any time between the hours of 2:00 a.m. and 7:00 a.m., unless otherwise provided for by statute or ordinance.

Longview Code Sec. 64-21. Alcoholic Beverages in Parks:

- A person commits an offense if the person possesses or consumes an alcoholic beverage in a park.
- A person commits an offense if the person enters or remains in a park while having any detectable amount of alcohol in the person's system.
- Unless otherwise specifically set forth in state law as adopted, allegation and evidence of culpable mental state are not required for the proof of an offense defined by this section.

## Alcohol and Drug Abuse Support Services

LETU's Student Life Staff and the LETU Center for Counseling are available to assist students seeking help for alcohol and drug abuse problems. The support offered includes:

- Assessment – meeting with students to assess the extent of their problem with alcohol or other drugs.
- Intervention – working with various personnel in an attempt to reach out to people in trouble and provide them access to appropriate help.
- Short-term Counseling – as appropriate, providing counseling to students who can benefit from therapy sessions.
- Referral/Aftercare – assisting students in finding specialized care including outpatient therapy or inpatient treatment.
- Campus Awareness – working with student organizations to coordinate projects or programs to focus attention on the dangers of drug and alcohol abuse and also problems of dependency.
- Education – giving presentations and online training on the effects of chemical dependency and/or alcohol and drug abuse.

Long-term rehabilitation and therapy is not provided through the University, but information and referrals to such services available locally will be furnished.

The following organizations provide assistance to individuals dealing with drug and alcohol problems:

- LeTourneau University Center for Counseling—903-233-3490
- Health Core Mental Health Crisis Line – 1-800-832-1009
- Good Shepherd Medical Center Switchboard – 903-315-2000
- East Texas Clinic (Opiate Addiction Support) – 903-759-4966
- Women's Center of East Texas – 1-800-441-5555
- East Texas Council of Alcoholism and Drug Abuse – 903-753-7633 or 1-800-441-8639
- National Helpline (Substance Abuse and Mental Health Services Administration) --1-800-662-HELP
- Alcoholics Anonymous -- www.aa.org
- Celebrate Recovery – www.celebraterecovery.org

Further information about drug and alcohol treatment options for employees is described in the University Faculty/Staff Handbook.

## Administrative Responsibility

The Dean of Students has overall responsibility to administer, support, and enforce the Drug and Alcohol Prevention Policy to students.

The Director of Human Resources has overall responsibility to administer, support, and enforce the Drug and Alcohol Prevention Policy to employees.

The University has appointed a Standing Committee to implement and review programs and policies to support alcohol and drug prevention. This committee is composed of:

- Dean of Students
- Director of the LeTourneau University Center for Counseling
- Chief University Police
- Director of Human Resources
- Director of Health Services
- Student Representative
- Director of Residence Life
- Senior Director of Student Financial Services
- Director of Athletics

Any member of the campus community who violates the Drug and Alcohol Prevention Policy will be subject to disciplinary action:

- A student who violates the Drug and Alcohol Prevention Policy is subject to referral and adjudication through the student conduct process and applicable local or state legal authorities.
- A student organization that violates the Drug and Alcohol Prevention Policy is subject to referral to the applicable student organization conduct process with possible sanctions including a written reprimand, education mandates, restriction, or loss of privileges, and loss of official recognition. Individual members of the student organization may also be referred to the student conduct process for their involvement in the violations pursuant to this section.
- An employee (e.g., faculty and staff) who violates the Drug and Alcohol Prevention Policy will be referred to the Office of Human Resources for appropriate action according to the Faculty/Staff Handbook and applicable local, state, and federal law.
- A contractor or vendor performing work on University property found to be in violation of the Drug and Alcohol Prevention Policy will be subject to sanctions commensurate with the offense consistent with local, state, and federal law, up to and including termination of contract.
- A visitor to campus found to be in violation of the Drug and Alcohol Prevention Policy will be subject to sanctions commensurate with the offense consistent with local, state, and federal law, up to and including removal from University property.

## Distribution of Annual Notification

Annual Notification will be distributed to students each Fall and in the Spring to students beginning their LETU enrollment in Spring through email. Notice of this policy will also be included in the Student Handbook, which is available on the university website. A notice of this handbook and links to it is sent out by email at the start of each semester. This process is coordinated by the Office of Student Life.

Annual Notification will be distributed to employees through email each September. New employees will also receive notification of this policy during New Employee Orientation. This process will be coordinated by the Human Resources office.

## Biennial Review

In compliance with the Drug-Free Schools and Campuses Regulations, LETU will conduct a biennial review of Drug and Alcohol Prevention programs and policies to determine program effectiveness and consistency of policy enforcement, and to identify and implement any needed changes. This review will be conducted by the Dean of Students, with support and cooperation from the University Drug and Alcohol Prevention Program Committee. The biennial review will be published in January of odd years reporting on the previous two years of program efforts.

## II. COMMUNITY COVENANT

### *A VISION FOR LIFE TOGETHER*

How beautiful on the mountains are the feet of those who bring good news, who proclaim peace, who bring good tidings, who proclaim salvation, who say to Zion, "Your God reigns!" (Isaiah 52:7)

LeTourneau University is an institution of higher learning with a rich history of preparing students for meaningful work across the globe, a life of faithfulness to Jesus Christ, a particular vocational calling, and the advancement of the Kingdom of God. The University's Purpose Statement reflects the history, mission, vision, and goals of the school and its own vocation as a Christian organization.

As an academic faith community in the evangelical Christian tradition, LeTourneau University offers a residential and online community experience conducive for Christian growth. The institution has always been committed to Christian discipleship through strong academics and hands-on training, mutual spiritual encouragement of faculty and staff, intentional mentorship of students, and devotion to Christian practices in accordance with the Scriptures. As an interdenominational institution with a broadly Christian and evangelical Statement of Faith, LeTourneau is a community bonded by the essentials of historic and orthodox Christian beliefs and practices that are common to Christians across the world and through the ages. Holy Scripture is the institution's cornerstone for faith, life, and practice. LeTourneau University exists to serve the local and universal Church by offering particular gifts to the world that are possible through a healthy academic faith community. LeTourneau University is a collection of trustees, administrators, faculty, and staff, committed to its evangelical Christian heritage and mission, who seek to show Christian charity and hospitality to people of all backgrounds, perspectives, and faith walks. Therefore, we are an institution that welcomes students and guests who identify with our Christian faith, and we also welcome those who may not—those who may be devoted to another religion or are unsure of faith and religion as a whole, and who also desire to contribute to LeTourneau's particular academic and Christian faith community.

For the sake of fulfilling the community's purposes, its diverse members and guests voluntarily enter into a social compact. At LeTourneau we call this social compact our Community Covenant. For LeTourneau's Community Covenant to serve its stated purposes, it is crucial that each person understand and embrace it as the guiding document for life and work together. In joining this covenant we are joining in a compact with others of the LeTourneau University community. If one does not wish to abide by the provisions of this compact, they should not participate in the LeTourneau University community. But if we do agree to it, it should be with the full intention of living with integrity under its provisions.

## COMMUNITY LEADERS: TRUSTEES, ADMINISTRATION, FACULTY, AND STAFF

### *Community Aspirations*

Christians believe that when God, who is Father, Son, and Holy Spirit, calls us, he gathers us into community and promises to live in our midst. By the grace of God, this community becomes godly and in this way participates in the Triune God's mission by becoming a beacon of light and hope like a candle on a stand or a city on a hill. In response to this gracious call, the community cultivates virtues: qualities, habits, and dispositions that shape us for membership in community and sharing in God's mission to bless all nations through his people. All of the behavioral policies at LeTourneau, whether stated positively or negatively, aim at this blessing: godly life in community, that is, human flourishing.

The Scriptural foundation of this godly community is represented in Jesus' two great commandments: "Love the Lord your God with all your heart and with all your soul and with all your mind," and, "Love your neighbor as yourself" (Matt. 22:37-40). Jesus himself perfectly demonstrated this pattern of loving God and loving others in obedience to God's Word. Acknowledging our dependence on the power and grace of God, the leaders of the LeTourneau University community humbly covenant to live according to this ideal.

The goal of academic life at LeTourneau University is to live, work, serve, and worship together as an educational community in response to this vision of loving God and neighbor as human flourishing. For this reason, our aim as an academic community is not merely the transmission of information; it is the development of whole persons who will build the church and benefit society worldwide, "…who see life's work as a holy calling with eternal impact." Along with the privileges and blessings of membership in such a community come responsibilities. The leaders of the LeTourneau University community take these responsibilities seriously.

With that context, the trustees, administration, faculty, and staff of LeTourneau University aspire to:

- Cultivate a teaching and learning atmosphere that is committed to Christian growth and virtues;
- Fulfill this vision for human flourishing for life within community at LeTourneau;
- Clarify and affirm the institution's perspective on social and moral issues that bear upon life within the LeTourneau community;
- Remove whatever may hinder us from our calling as a Christ-centered academic community;
- Foster a healthy Christian environment that is sensitive to students who may not self-identify as Christian or personally align with the institution's position on particular social issues or community ideals;
- Encourage one another to see that living for Christ involves dependence on God's Spirit and obedience to his Word, rather than a passive acceptance of prevailing practices.

### *Christian Commitments*

The leaders of our community affirm the Bible as our standard for life and worship both within the LeTourneau University community and for the universal church. We believe that the Bible is the rule of faith and practice and, while application requires wisdom and care, Scripture outlines a vision of true human flourishing and is the ultimate standard for answering questions of

character and behavior in community (2 Timothy 3:16-17). In turn, we believe that Scripture outlines a human being's proper posture toward God, creation, oneself, and others. Trusting God's grace and power, we are committed to heeding God's manifold call to:

- Acknowledge the Lordship of Christ over all of life and thought. This involves a wholehearted obedience to Jesus and careful stewardship in all dimensions of life: our time, our possessions, our God-given capacities, our opportunities (Deut. 6:5-6;1 Cor. 10:31; Col. 1:18; 3:17);
- Love God with our whole being, including our minds, and to love our neighbor as ourselves. Christ-like love should be the motive in all decisions, actions, and relationships (Matt. 22:37-40; Rom. 13:8-10; 1 John 4:7-12); The call to pursue holiness in every aspect of our thought and behavior (2 Cor. 7:1; 1 Thess. 4:7; Heb. 12:14; 1 Pet. 1:15-16);
- Exercise our Christian freedom responsibly within the framework of God's Word, humbly submitting ourselves to one another (1 Pet. 5:5; Eph. 5:21) with loving regard for the needs of others (Phil. 2:3-11; Rom. 14:1-23; 1 Thess. 4:9);
- Treat our own bodies, and those of others, with the honor due the very temple of the Holy Spirit (1 Cor. 6:17-20);
- Show evidence of the Holy Spirit who lives within Christians, such as "love, joy, peace, patience, kindness, goodness, faithfulness, gentleness and self-control" (Gal. 5:22-23);
- "Put on" compassion, kindness, humility, gentleness, patience, forgiveness, and supremely, love (Col. 3:12-14);
- Seek righteousness, mercy and justice, particularly for the helpless and oppressed (Prov. 21:3; 31:8-9; Micah 6:8; Matt. 23:23; Gal. 6:10);
- "Love your enemies" and pursue peace and reconciliation even when suffering wrongdoing (Matt 5:43-44; Rom 8:18; 2 Cor 5:18; 13:11; Phil 3:10; 1 Pet 2:19; 3:8-9);
- Love and side with what is good in God's eyes, and abhor what is evil in God's eyes (Amos 5:15; Rom. 12:9, 16:19);
- Uphold the God-given worth of human beings, from conception to death, as the unique image-bearers of God (Gen. 1:27; Psalm 8:3-8; 139:13-16);
- Pursue unity and embrace ethnic diversity as part of God's design for humanity and practice racial reconciliation as one of his redemptive purposes in Christ (Isa. 56:6-7; John 17:20-23; Acts 17:26; Eph. 2:11-18; Col. 3:11; Rev. 7:9-10);
- Uphold chastity among the unmarried (1 Cor. 6:18) and the sanctity of marriage between a man and woman (Gen 2:24; Matt 19:5; Eph 5:31; Heb. 13:4);
- Be people of integrity whose word can be fully trusted (Psalm 15:1-4; Matt. 5:33-37);
- Give faithful witness to the Gospel (Acts 1:8; 1 Pet. 3:15), practice good works toward all (Gal. 6:10; Eph. 2:10; Heb. 10:24; 1 Pet. 2:11; Titus 2:7-8), and live lives of prayer and thanksgiving (1 Thess. 5:17-18; James 5:16).
- Obey the laws of our land in so far as they cohere with the laws of God as revealed in Scripture (Rom 13:1; Dan 3:14-18; Psalm 94:20; Acts 5:29; Eph. 6:12; 1 Pet 2:13);
- Keep Sabbath by resting and pausing for restoration, recreation, and worship within a particular week (Gen 2:2-3; Exod 20:8-11; 31:12-17; Levs 26:34-25; Deut 5:12-17; Mark 2:27; Luke 6:5; Heb 4:1-4).

The call to participate in the worship and activities of the local church, which forms the basic biblically-mandated context for Christian living (Acts 2:42-47; Heb. 10:25; 1 Tim. 3:14-15).

## ALL COMMUNITY LEADERS, STUDENTS AND GUESTS OF LETOURNEAU UNIVERSITY

*Embracing Campus Standards*

We believe the aspirations and commitments of LeTourneau's leaders expressed above will manifest in a distinctly Christian way of life personally and corporately, an approach to living we expect students and guests to honor and respect. To foster the kind of atmosphere most conducive to becoming the Christian community of faith, learning, and living that LeTourneau University desires to be, the University has adopted institutional standards for all leaders, students, and guests. This involves exemplifying those attitudes and actions the Bible teaches as virtues and avoiding those the Bible portrays as sinful.

As a Christian institution that draws on the best of the nearly twenty-one centuries of Christian life and reflection, LeTourneau emphasizes the importance of practices and habits that embody discipleship and offer up our hearts, minds and bodies to God. In the history of ethical reflection, "virtue" is often used to speak of a way of life that is in accord with the purpose or goal of humanity. It is for this reason that LeTourneau's mission speaks of "cultivating Christian virtue." LeTourneau seeks to orient human persons toward the goal revealed in Jesus Christ—a goal spoken of in various ways in Scripture: walking with God, friendship with God, life in the Spirit, membership in the body of Christ, participation in God, life in Christ, in short, salvation and redemption.

At the very center of virtuous Christian life is love—the love demonstrated in Jesus' birth, life, crucifixion, death, resurrection and ascension to the right hand of the Father, and poured into our hearts through the Holy Spirit. Before the final coming of Jesus Christ, this love is supported by faith and hope—the three theological virtues (1 Cor 13:13). Alongside these stand the qualities praised in Jesus' teaching and those of his apostles, and the virtue lists of the early church: humility, generosity, kindness, purity, temperance, diligence, etc. These lists build upon the declarations of God's character and the calls for human behavior that correspond to God's character in the Old Testament (Exodus 34:6; Isaiah 11:1-3a; Hosea 2:19-20; and Micah 6:8) as well as the descriptions of virtue in other texts (notably Psalms and Proverbs). We believe the LeTourneau community—leaders, students, and guests—are called to contribute to the good of one another by seeking these virtues of the Christian tradition.

Scripture also condemns a range of vices, attitudes and behaviors that run against the grain of his vision for human flourishing and community thriving. We believe the LeTourneau community is called to avoid what Scripture prohibits, such as the following:

- Pride, dishonesty, stealing, injustice, prejudice, immodesty in dress or behavior, slander, gossip, vulgar or obscene language, blasphemy, greed and materialism, covetousness, the taking of innocent life, and illegal activities (Prov. 16:18; 1 Cor. 6:10; Exod. 20:7; Rom. 13:9; Col. 3:8-9; James 2:1-13; Gal. 3:26-29; Rom. 13:1-2; 1 Tim. 2:8-10; Heb. 13:5-6);
- Violence, intimidation, harassment, or verbal and/or physical assault, including subjecting another person or group to abusive, threatening, intimidating, or harassing actions, including, but not limited to, those based on race, religion, gender, disability, age, economic status, ethnicity, national origin or sexual orientation. This includes any communication that attacks or interferes with a person conducting his or her customary affairs, puts the person in fear for his or her safety, or causes actual physical injury (Psalm 7:9; Isaiah 60:18; Eph 4:29; Gal 3:27-29).

- Hypocrisy, self-righteousness, and legalism, understood as the imposition of extra-biblical standards of godliness by one person or group upon another (Acts 15:5-11; Matt. 16:6; 23:13-36);
- Sinful attitudes and behaviors such as "impurity and debauchery; idolatry and witchcraft; hatred, discord, jealousy, fits of rage, selfish ambition, dissensions, factions and envy; drunkenness, orgies, and the like" (Gal. 5:19-21);
- Sexual immorality, such as the use of pornography (Matt. 5:27-28), pre-marital sex, adultery, homosexual behavior and all other sexual relations outside the bounds of marriage between a man and woman (Rom. 1:21-27; 1 Cor. 6:9-10; Gen. 2:24; Eph. 5:31).

We also believe that there are community practices that are wise to standardize in light of the University's particular setting. These are foundational principles that embody self-control, relinquishing personal rights for the benefit of the corporate body, and sensitivity to the heritage and practices of other Christians and those of other faiths.

- LeTourneau University and all LeTourneau University-related functions will be alcohol-free and tobacco-free. This means that the possession or consumption of alcohol or the use of tobacco in any form will be prohibited in, on, or around all campus properties, owned or leased. The same prohibition applies to all LeTourneau University vehicles, whether on or off campus, and to all LeTourneau University events or programs, wherever they may be held.
- All residential students, even if of legal age, are prohibited from the consumption of alcohol or the use of tobacco in all settings, during and in between academic semesters. This includes all undergraduate or graduate students living on campus or commuting to campus. This also includes any students technically registered as "global" (online) students but who engage in residential activities, resources, courses, or are a member of a LeTourneau athletic team or club sport.
- Other members of the University community will use careful and loving discretion in any use of alcohol. They will avoid the serving and consumption of alcohol in any situation that residential students of LeTourneau are or likely to be present.
- All members of the LeTourneau University community will take care to avoid any entertainment or behavior, on or off campus, which may be immodest, sinfully erotic, or harmfully violent. On-campus dances will take place only with official University sponsorship.

Other rules and regulations necessary for orderly community life are listed in the appropriate student, faculty, and employee handbooks, as well as in LeTourneau University policies.

### *Exercising Responsible Freedom*

Commensurate with these campus standards, the LeTourneau University community seeks to foster the practice of responsible Christian freedom (Gal. 5:13-14; 1 Pet. 2:16-17). This requires a wise stewardship of mind, body, time, abilities and resources on the part of every member of the community. Responsible freedom also requires thoughtful, biblically-grounded choices in matters of behavior, entertainment, interpersonal relationships, and applications of Christian faith and practice.

"You are not your own. You were bought at a price. Therefore honor God with your body." (I Corinthians 6:20)

Of particular concern in a collegiate environment are those issues related to alcohol, illegal drugs, and tobacco. While the use of illegal drugs or the abuse of legal drugs is by definition illicit, and the use of tobacco in any form has been shown to be injurious to health, the situation regarding beverage alcohol is more complex. The Bible requires moderation in the use of alcohol, not necessarily abstinence. Yet the fact that alcohol is addictive to many, coupled with the biblical warnings against its dangers, also suggests the need for caution. The abuse of alcohol constitutes one of our society's greatest substance abuse problem, not to mention the fact that many Christians avoid it as a matter of conscience. Thus the question of alcohol consumption, for example, represents a prime opportunity for Christians to exercise their freedom responsibly, carefully, and in Christ-like love. The LeTourneau University community also encourages responsible freedom in matters of entertainment, including the places where members of the University community may seek it, such as television, movies, video, theater, concerts, dances, gaming and the internet. The University assumes its members will be guided in their choices by the wisdom of Scripture, such as:

"Whatever is true, whatever is noble, whatever is right, whatever is pure, whatever is lovely, whatever is admirable, if anything is excellent or praiseworthy, think about such things." (Philippians 4:8) "…And whatever you do, whether in word or deed, do it all in the name of the Lord Jesus, giving thanks to God the Father through Him." (Colossians 3:17)

## CONCLUSION

LeTourneau University's community leaders—trustees, administration, faculty, and staff—desire an academic faith community of people committed to Christian and biblical aspirations for human flourishing, marked by integrity, responsible freedom, and dynamic, Christ-like love; a place where the name of Jesus Christ is honored in all we do; a place where the Christian student can be nurtured in their faith; and a place where the non-Christian student and guest respect the Christian aspirations of this community while experiencing a safe and hospitable learning and living environment as a full community participant.

This requires that all members exhibit trustworthiness by taking the commitment to this covenant seriously as covenant keepers, whatever pressures we may face to do otherwise. Being faithful to one's word is a matter of integrity. "Lord, who may live on your holy hill?" asks the Psalmist. "He who keeps his oath, even when it hurts" (15:4), is the reply. Integrity dictates that if we have voluntarily placed ourselves under LeTourneau's Community Covenant we must make every effort to fulfill our commitment by living accordingly.

Keeping our covenant may also on occasion require that we take steps to hold one another accountable, confronting one another in love as we work together to live in faithfulness both to God's Word and to our own word (Col 3:16). Such loving acts of confrontation, repentance, and forgiveness are at times difficult, but when performed in the right spirit (Gal. 6:1) they serve to build godly character for both the individuals involved and the community as a whole.

"…speaking the truth in love, we will grow to become in every respect the mature body of him who is the head, that is, Christ." (Ephesians 4:15)

*Approved by the LeTourneau University Board of Trustees on February 27, 2017.
**Thanks is due Wheaton College, Westmont College, John Brown University, Messiah College, and Gordon College for our use of various concepts and language from their institutional statements in creating LeTourneau University's Community Covenant.

## III. FAMILY EDUCATION RIGHTS AND PRIVACY ACT (FERPA)

The Family Educational Rights and Privacy Act (FERPA) is a Federal law that protects the privacy of student education records. The law applies to all schools that receive funds under an applicable program of the U.S. Department of Education.

FERPA gives parents certain rights with respect to their children's education records. These rights transfer to the student when he or she reaches the age of 18 or attends a school beyond the high school level. Students to whom the rights have transferred are "eligible students."

Parents or eligible students have the right to inspect and review the student's education records maintained by the school. Schools are not required to provide copies of records unless, for reasons such as great distance, it is impossible for parents or eligible students to review the records. Schools may charge a fee for copies. Parents or eligible students have the right to request that a school correct records which they believe to be inaccurate or misleading. If the school decides not to amend the record, the parent or eligible student then has the right to a formal hearing. After the hearing, if the school still decides not to amend the record, the parent or eligible student has the right to place a statement with the record setting forth his or her view about the contested information.

Generally, schools must have written permission from the parent or eligible student in order to release any information from a student's education record; however, FERPA allows schools to disclose those records, without consent, to the following parties or under the following conditions:

- School officials with legitimate educational interest;
- Other schools to which a student is transferring;
- Specified officials for audit or evaluation purposes;
- Appropriate parties in connection with financial aid to a student;
- Organizations conducting certain studies for or on behalf of the school;
- Accrediting organizations;
- To comply with a judicial order or lawfully-issued subpoena;
- Appropriate officials in cases of health and safety emergencies; and
- State and local authorities, within a juvenile justice system, pursuant to specific State law.

Schools may disclose, without consent, directory information such as a student's name, address, telephone number, date and place of birth, honors and awards, and dates of attendance; however, schools must tell parents and eligible students about directory information and allow parents and eligible students a reasonable amount of time to request that the school not disclose directory information about them.

More information about FERPA is available from the Department of Student Life, or visit the Academic Policies section of the academic catalog at www.letu.edu/catalog.

## IV. GUEST SPEAKER/LECTURER POLICY

As an institution of learning, LeTourneau University seeks to enrich learning by inviting speakers and lecturers that speak to student groups, classes, and other constituent groups. Invitations to speakers are made by faculty members, academic and administrative units, and by authorized representatives of recognized and approved student organizations. Student organizations that

invite speakers need the specific written approval of their approved sponsor or advisor. Individuals, acting apart from their appropriate roles, are not authorized to invite speakers to the University.

LeTourneau University reserves the right to approve the on-campus appearance of guest speakers and lecturers. When in doubt of the appropriateness of inviting a speaker, individuals or groups are expected to reference the proposed invitation with the appropriate Cabinet officer. If the speaker/guest is known for a position or is likely to promote a position inconsistent with the University mission or Christian principles described in the Student Handbook or represents a lifestyle inconsistent with the University mission, the host must take the appropriate steps as a part of that same program to also present a Christian worldview.

When inviting persons who are either candidates for public office or who represent a person running for public office or who represent a particular partisan political position, it is necessary to have as a part of that program of information, a person representing the other candidate or partisan position. In all cases, care must be given to avoid any implication of the University's involvement with or support of a particular political candidate.

In all invitations to guest speakers and in all communication with guests, great care should be taken to communicate respectfully, clearly stating the perspective of the University while providing a welcome and hospitable environment. All invitations should clearly state the purpose of the invitation, the nature and content of the requested speech, the proposed audience and the time, place, and expected length of the proposed address. Please notify the Office of University Relations when the speaker provides opportunity for publicity to the University.

## V. MEDIA RESTRICTIONS

### *PIRACY*

From a technology perspective, sharing music, videos, games and apps is easy. However, just because you can share doesn't mean legally you can. Piracy is theft. As the owner of a technology device (laptop, phone, Internet streaming) it is your responsibility to know the details of the agreement for the items you share. Generally, it is not allowed to borrow or copy digital items with someone else. Read the license carefully to make sure that it is acceptable to transfer a digital item to more than one computer or to another person. Keep in mind that streaming services like Netflix, Spotify and others are included in this restriction. Sharing passwords or accounts or adding a fellow student to your "family" plan is usually not allowed. It is equally illegal to copy or share copyrighted music, texts, videos, films, or any other media. More details can be found here: http://www.letu.edu/filesharing.

### *UNAUTHORIZED ACCESS*

LeTourneau University maintains a series of public and private computer networks. Unauthorized accesses and/or attempts at unauthorized access (hacking) into any university network or system or into any computer device not owned by the student are strictly prohibited. Hacking to gain illegal entry to any University network or the distribution of University data (gained legally or illegally) without written permission may result in suspension or dismissal from the University, civil or criminal prosecution, and other legal penalties. Individuals found to be in violation of the above policy may be subject to immediate disconnection from the network or revocation of computing and network privileges, pending the appeal process.

For additional information also see: **Information Technology Services and Guidelines**

*APPROPRIATE MEDIA CONTENT*

Beyond consideration for copyright law, video games rated 'M' or higher, television programming rated 'TV-MA', and movies rated 'R' or higher – or content equivalent Not Rated/NR media – may not be played or displayed in public areas. For purposes of this policy, public areas include, but are not limited to: residence hall lounges and lobbies, the Village Center, the Little Theater, the AFSC Game Room, the AFSC Media Room, and all classrooms. Exception to this policy can be granted for use in an educational setting or in a University sponsored event. Approval must be granted by an LETU Faculty member or a Student Life Staff member.

## VI. ANTI-HARASSMENT POLICY

LeTourneau University is committed to vigorously enforcing the policy against harassment including, but not limited to, sexual harassment, sexual violence, coercion, intimidation, and exploitation. Other examples of harassment include unwelcome slurs, jokes, comments, graphic or physical conduct, or other intimidating, hostile, or offensive communication relating to an individual's race, religion, sex, age, national origin, or disability.

If a student, student worker, employee, or University guest feels he or she has been or are being harassed, he or she should communicate with the alleged harasser and request that the behavior stops immediately and/or propose a course of action to resolve the situation. If the matter cannot be resolved at that level or if the individual does not feel comfortable communicating directly with the alleged harasser, then they should report the event. Traditional and nontraditional students should report the event(s) to the Office of the Dean of Students (903-233-4410). If the student feels uncomfortable reporting the event to the Dean of Students, the student may contact the Human Resources Director (903-233-4171) or any other University official they trust. Student Workers, employees, and guests of the University may report to the Human Resources Director (903-233-4171).

Reports of harassment should include the following information: name and contact information for both the person feeling harassed and the alleged harasser, a description of the specific acts alleged (including dates, times, and locations), names of any potential witnesses, and action taken by any party to address the behavior.

If the alleged behavior includes physical violence, the University would encourage the alleged victim to report the incident to University Police. All reported or suspected occurrences of harassment will be promptly and thoroughly investigated. The investigation will begin with 10 working days of the receipt of the complaint. All harassment complaints will be investigated as quickly as possible, generally within 30 working days. In all cases where a student is alleged as either party, the Human Resources Director will consult the Dean of Students. Harassment complaints involving minors (individuals under 18 years of age) will be reported by the Human Resource Director to the University Police, and the minor' parent or legal guardian will be notified of the complaint, as FERPA laws allow and is appropriate for the situation.

Where harassment is determined to have occurred, the University will take prompt, appropriate disciplinary action, including written warnings and possible suspension without pay, transfer and/or termination for employees; and disciplinary warning, probation, suspension, or dismissal

for students. Retaliation against anyone who files harassment complaints or cooperates in the investigation of the same is not permissible and will not be tolerated.

See also: XII. SEXUAL MISCONDUCT POLICY (Title IX)

## VII. SOLICITATION AND SIGN-POSTING

### *SOLICITATION*

For the protection of students, no solicitation of any type (selling, promoting, distributing pamphlets, and posting notices) is permitted by students or others on the University campus in offices, residence halls, village apartments, through CPOs, or University digital platforms. No personal business (music lessons, computer sales, etc.) may be operated from any campus location without a letter of permission from the Dean of Students, which will be placed on file in the Office of Student Life. Personal items may be advertised for sale in approved posting locations. Approval must be obtained through the Office of Student Life.

### *SIGN-POSTING*

Any student wanting to post a sign/poster/announcement in any campus facility must abide by the following guidelines:

- The Office of Student Life must approve all announcements before posting. You must fill out an Accountability Form (available from the Office of Student Life) each time you post. Publicity bulletin boards are located in these five buildings:, Longview Hall, Glaske Hall, Belcher Center, Solheim, and the Allen Family Student Center. Posters hung in these buildings must be confined to these bulletin boards.
- Failure to confine posters to these locations may result in loss of publicity privileges.
- Removal of posters is the responsibility of the organization represented. Failure to remove posters by the date stamped on them may result in loss of publicity privileges.
- Any postings in residence halls do not need to be approved by Student Life, but they need to be cleared with the Resident Director for that area. Any postings in the residence halls may be removed by the RD, at their discretion.
- Classifieds/Want-Ads/For Sale circulars may be posted on the Publicity bulletin boards.
- In the Dining Hall, only large, butcher-paper banners and table tents may be posted. Any posters in the Dining Hall must be approved by the Office of Student life and may be removed at the discretion Student Life or the General Manager of Bon Appetit Management Co. Table tents must be approved by both the Department of Student Life and the General Manager of Bon Appetit Management Co.
- Circulars sent out in CPOs must be approved on a case-by-case basis by the Office of Student Life and are limited to items that affect a substantial portion of the campus.
- Other creative publicity ideas are encouraged but must be approved on a case-by-case basis by the Department of Student Life.
- The LeTourneau Buzz app is not to be used to promote private businesses. Class related businesses are permissible.

## VIII. STUDENT COMPLAINT POLICY

The student complaints policy provides guidance as to how the University defines written complaints, the structure for communication and resolution of complaints, and the systematic means for documenting complaints and resolutions. A good faith effort will be made by the institution to reach a resolution that is beneficial to those involved in a formal complaint.

*Definitions*

Written student complaint – any written complaint from a student to a member of the President's Cabinet or an academic Dean. These complaints include but are not limited to complaints initially sent to a staff or faculty member, but did not reach resolution. If resolution is not reached after initially attempting resolution through a staff or faculty member, the student is responsible for making a written student complaint to a cabinet member or Dean.

Written student complaints must be sent in one of the following formats: email, letter, or the digital Formal Complaint Form. There are two types of written student complaints, which are formal student complaints and satisfaction complaints. If a student verbally expresses a complaint that meets the criteria of a formal student complaint, the staff or faculty member receiving the complaint should document it in writing and follow the student complaint policy as if the complaint had been presented in writing.

Formal student complaint – any written student complaint that involves a faculty member, staff member, the payment or refund of a charge, student financial aid, a grade, harassment, hazing, student safety, Title IX compliance, or any other issue deemed by a Cabinet member or Dean to be at a severity level requiring in depth investigation.

Satisfaction complaint – any written student complaint that involves an individual's opinion but does not provide enough information or is deemed by a Cabinet member or Dean to be at a severity level below meriting an in-depth investigation. Satisfaction complaints may evolve into a formal student complaint if the student wishes to continue the complaint after the initial attempt at resolution.

Resolution -- the answer to or solution for the complaint. Resolution does not guarantee that the complainant receives the complainant's desired outcome. Some resolutions may involve referring students to other existing appeals processes, such as the process for appealing a grade or disciplinary sanctions. Procedures for Responding to Written Student Complaints The student must submit an email, letter, or digital student complaint form to a member of the President's Cabinet or an academic Dean.

- If the complaint is a grade appeal, the student will be directed to follow the grade appeal process.
- If the complaint concerns harassment, then the University's Anti-Harassment Policy will be followed.
- If the complaint involves a spouse or relative of a Cabinet member or Dean, the Cabinet member or Dean must recuse himself or herself from the resolution process.

When one of the administrators above receives a written student complaint, the administrator must respond to the student within 5 business days for the purpose of acknowledging receipt. If the administrator receives a complaint unrelated to the administrator's area of oversight, the administrator must forward the complaint to the Office of the Provost for distribution to the appropriate party within 5 business days after receipt and communicate to the student that the complaint was forwarded. The receiving administrator must respond to the student within 5 business days of receiving the forwarded complaint for the purpose of confirming receipt.

For formal written complaints, the administrator will coordinate an investigation of the complaint and develop a resolution. The complaint will be investigated, including the source, consideration of previous efforts to resolve the issue, and evaluation of any circumstances surrounding the

event or person. The administrator will send an email to the student within 10 days after initially acknowledging receipt of the complaint for the purpose of providing a written statement of resolution or to inform the student of the progress related to reaching a resolution, as well as a date by which resolution will be reached.

For satisfaction complaints that require additional information from the complainant, the administrator will send an email to the student within 10 days after initially acknowledging receipt of the complaint for the purpose of requesting additional information necessary for facilitating resolution. Within this 10-day time frame, the administrator will provide a written statement of resolution or will inform the student of the progress related to reaching a resolution, as well as a date by which resolution will be reached. All email correspondence regarding complaints will utilize LeTourneau University email addresses.

*Student Appeal Process*

Upon receiving the resolution response to the written student complaint, the student has the right to appeal to successive levels of administration. Each successive level will have 10 days to respond after the appeal is received. For complaints that were not initially addressed by the President or Provost & Executive Vice President, the student must send the first appeal to the Provost & Executive Vice President. If the student is not satisfied by the Provost & Executive Vice President's resolution response, the student may appeal to the President. The President's decision is final.

If the student exhausts all internal complaint processes, a student may elect to appeal to external agencies.

- LeTourneau University is accredited by the Southern Association of Colleges and Schools Commission on Colleges (SACSCOC) to award associate, baccalaureate, and master degrees. Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097, telephone 404-679-4500, at http://www.sacscoc.org for questions about the accreditation of LeTourneau University. The Commission is to be contacted with a complaint only if there is evidence that appears to support the institution's significant non-compliance with a requirement or standard, according to the form and procedures located at the SACSCOC complaints website.
- Students who would like to make a complaint to the appropriate agency for the State of Texas should consult the Texas Higher Education Coordinating Board's complaint process.
- Students enrolled in online programs who live outside of Texas should contact the appropriate state agency for handling complaints in the student's state. A listing of states that LeTourneau University serves and the corresponding state agency contact information can be found here.
- Students who have exhausted all LeTourneau University appeal processes and believes that the University is in violation of federal laws concerning discrimination against a person with a disability or a member of a protected class should contact the Department of Education Office for Civil Rights, U.S. Department of Education, 400 Maryland Avenue, S.W., Washington, D.C. 20202-1100 or www.ed.gov/ocr.

*Communication Repository*

All communication between the complainant and administration concerning student written complaints, whether a formal written complaint or a satisfaction complaint, will be sent to the Office of the Provost for communication tracking and archiving. If any complaint contains

information that requires additional confidentiality, the President may choose to keep it on file in the President's office. All complaint documentation will be maintained for 7 years after the final date of resolution. The student complaint log will include:

- Date the complaint was sent to the administrator
- Date the administrator acknowledges complaint receipt to the student
- Name of the administrator overseeing the complaint resolution
- Individuals assigned to investigate the complaint
- Date of resolution communication
- General resolution details and results of the investigation
- Dates on which any follow-up communication was sent to the complainant
- Documentation and links to where the complaint communication is maintained

## IX. STUDENT INTELLECTUAL PROPERTY POLICY

Intellectual property is defined as patents (inventions and discoveries), trade secrets, copyrights (publications and computer software), and trademarks.

Ownership of intellectual property initially resides with the person who creates the intellectual property. If University personnel (including students) create intellectual property on their own time, without significant use of University facilities or equipment, the creator retains all rights of ownership. Creation of any intellectual property resulting from investigations or research conducted by employees and students of LeTourneau University, on University time or with its facilities or equipment, shall be assigned to the University or its designee. More detailed guidance can be found in the Intellectual Property Policy in the LeTourneau University Policy Index at www.letu.edu/policy.

## X. STUDENT RESEARCH POLICY

Student research is seen as a valuable part of the teaching and learning process. All student research must be done under the direction or sponsorship of a faculty or staff member of LeTourneau University. Student research is subject to the same requirements of approval, communication, and appeal as faculty or staff research.

Faculty, Staff, and Students must follow the University policy on University Research, Data Collection, and Assessment as well as the Office of Sponsored Programs (OSP) Policies and Procedures located in the and Faculty-Staff Handbook, as well as with federal guidelines. Students may access these policies by contacting OSP or Student Life.

### *Defining "Student"*

For the purposes of this policy, a student is defined as an individual for whom any of the following would apply:

- Enrolled in or auditing at least one class, lab, internship, or work-study program,
- Living in University housing, or
- Participating in or representing the university as a part of a field trip, mission experience, sport, club, or organizational activity

### *Defining "Research"*

As defined at LETU, there are many factors that determine what qualifies as research including the scope and intended purpose of the project. Generally, data collection for a course assignment will not qualify as research. Also, research activities not connected to a student's position, studies, or campus-activities and not conducted with University resources or constituencies will not qualify as LETU defined research. Participation in data collection from external groups may qualify as research. Please consult with your sponsoring faculty or staff member, or OSP for help determining if it qualifies as research.

## XI. STUDENTS WITH DISABILITIES

*Admission*

When seeking admission to LeTourneau University, a student with a disability should be aware of admission standards. The standard admissions criteria also apply to students with disabilities who are interested in attending LETU. Extended time SAT and ACT tests will be accepted. A student may choose to self-disclose a disability in the application for admissions. If self-disclosed, the disability will not enter into the admissions decision.

*Academic Program*

The appropriate academic support, deemed reasonable and necessary by law, will be provided to students with documented disabilities that have been accepted according to the University's admissions criteria. LETU has no specific programs for students with disabilities; however, the University provides students with disabilities reasonable accommodations in order to provide all students equal access to academic programs and the university experience. The University is unable to lower program requirements; provide individualized supervision; or make modifications or substitute courses if the modification or substitution would fundamentally alter the nature of the educational program. Additionally, requirements that are essential to earning a degree cannot be waived.

*Financial Aid*

All financial aid including federal, state, or private grants; scholarships; and loans will be administered without discrimination to all students, regardless of disability, who is admitted to LeTourneau University. For all LETU students, the amount of financial aid awarded is affected by a reduced course load; students with disabilities who choose a reduced course load should be aware that financial aid is affected.

*Self-Identification*

Students with disabilities are encouraged to self-identify after admission and provide required documentation to the Director for Student Achievement. Students enrolled in an institution of higher education are required to self-identify if they would like to request academic support services on the basis of a disability. Students who need facility adjustments must notify the Director for Student Achievement.

*Documentation*

Students are required to provide documentation of a disability to the Director for Student Achievement prior to the provision of academic support services or facility adjustments. In the case of a medical disability of mobility, sensory, health, or physical limitations, a complete medical report and formal diagnosis from a physician is necessary. The deadline for providing

documentation is 60 days prior to the beginning of the initial semester to allow time to provide adequate coordination of service. A student who wishes to identify himself or herself as having a disability must provide documentation of the disability and complete an Accommodation Request and Consent Form.

In the case of a learning or psychological disability, acceptable documentation includes a psycho-educational evaluation and formal diagnosis performed by a licensed therapist who specializes in learning disabilities. The evaluation must delineate the nature of the student's learning problem and describe any factors that entitle the student to academic support services.

Each evaluation must include an assessment of broad cognitive functioning (e.g. the WAIS R test), specific cognitive processing (discussing visual spatial abilities, auditory and visual memory, fine motor ability, executive functions, and selective attention), oral language ability, and achievement levels. All scores must be reported and interpreted. The physical or psycho-educational evaluations must also explain how the student's ability to perform routine school tasks is affected by the disability and recommend modifications that would be reasonable and necessary at LETU.

*Academic Support*

After appropriate documentation has been provided to the Director for Student Achievement, accommodations will be determined on an individual basis dependent upon documented need for services and the University's assessment of the individual's need as related to the chosen academic program. These services may include liaison with faculty members, promotion of self-advocacy skills, and securing appropriate classroom accommodations. All LETU students have access to study skills counseling and some tutoring. At the student's request and upon receipt of a signed consent form, the Director for Student Achievement will notify the appropriate faculty of recommended specific accommodations. The student will then meet with instructors to discuss the accommodation. Students must update their requests for accommodations each semester by completing and returning the update form to the Director for Student Achievement prior to the start of each semester. Reasonable accommodation involves a level of shared responsibility, cooperation, and communication among faculty, staff, and students in order to ensure academic integrity and provide equal educational opportunities for students with disabilities. Ultimately, the student is responsible for notifying the Director for Student Achievement if adjustments are not working well.

## XII. SEXUAL MISCONDUCT POLICY (Title IX)

LeTourneau University is a Christ-centered academic community, committed to providing and maintaining a learning and working environment that is free from sexual, racial, and other forms of harassment and misconduct. LeTourneau University believes its students, faculty members, employees, and campus guests should experience an environment free from sexual misconduct and sexual harassment.

In compliance with federal and state laws, it is the policy of LeTourneau University to prohibit unlawful harassment and sexual misconduct by any person and in any form. As a Christian institution of higher education, LeTourneau University reserves the right to take its religious tenets into consideration when making employment decisions. No student, faculty member, supervisor, employee, or other individual shall engage in sexual misconduct, threaten, or harass any other individual or insinuate harassment toward another individual through their conduct, or

through any communication of any nature. LeTourneau University will investigate all complaints of harassment or sexual misconduct, formal or informal, verbal or written, and take appropriate action or discipline against any person who is found to have violated this policy.

LeTourneau University recognizes that it may be difficult to specifically define what constitutes harassment under the law. As a result, LeTourneau University will not tolerate any type of inappropriate behavior that may lead to forms of illegal harassment. Inappropriate behavior includes, but is not limited to, unwanted physical contact; foul language; sexually oriented explicit pictures, cartoons, or other materials such as graffiti that may be offensive to another employee or student. Because many of the above may be considered offensive to another individual, these activities are prohibited at LeTourneau University.

## Statement of Compliance with Title IX

It is the policy of LeTourneau University to comply with Title IX of the Education Amendments of 1972, which prohibits discrimination (including sexual harassment and sexual misconduct or violence) based on sex in the University's educational programs and activities. Title IX also prohibits retaliation for asserting or otherwise participating in claims of sex discrimination, harassment, or misconduct. LeTourneau has designated the Dean of Students as the Title IX Coordinator and has appointed four individuals to serve as Deputy Coordinators who will collectively insure the University's compliance with Title IX. The University will also train faculty or staff to serve as investigators in potential Title IX violations. The Title IX Coordinator's responsibilities include the development, implementation, and monitoring of meaningful efforts to comply with Title IX legislation. At LeTourneau University, the Title IX Coordinator oversees monitoring of University policy, implementation of grievance procedures, including notification, investigation and disposition of complaints; distribution of educational materials and training for the campus community; conducting and/or coordinating investigations of complaints received pursuant to Title IX; and ensuring a fair and neutral process for all parties.

Title IX Deputies are appointed by the University's President to assist with the implementation of the Title IX policy and education. Investigators are also appointed by the President to coordinate all investigations regarding potential Title IX violations. In order to take appropriate corrective action, officials at LeTourneau University must be aware of harassment, sexual misconduct, or related retaliation. Therefore, any member of the LeTourneau University community who believes that he or she has been the subject of or has witnessed any form of harassment, sexual misconduct, or related retaliation should promptly report such behavior to a University official as outlined below. Additionally, anyone in a supervisory, advisory or evaluative role (e.g. supervisors, managers, department chairs or faculty members) who experiences, witnesses or receives a written or oral report or complaint of harassment, sexual misconduct, or related retaliation shall promptly report it to the appropriate University official as outlined in the "Reporting Harassment or Sexual Misconduct" section of this policy.

*Title IX Coordinator*

Dr. Kristy Morgan

Vice President for Student Affairs

Student Life Office, Second Floor Allen Family Student Center

Office Phone: 903-233-4410

Email: kristymorgan@letu.edu

## Harassment & Sexual Misconduct

LeTourneau University is committed to encouraging and maintaining an educational, working, and living environment reflective of our Christian faith and characterized by civility and mutual respect. Sexual harassment or sexual misconduct, in any form, does not reflect the high standards and ideals of our community and will not be tolerated at LeTourneau University. As an institution of higher education, LeTourneau University has adopted this harassment and sexual misconduct prevention and response policy in an effort to eliminate harassment and sexual misconduct on our campus through education, training, clear policies, and serious consequences for violations of these policies. The University's Title IX Coordinator has responsibility for ensuring compliance with LeTourneau's policies regarding sexual misconduct.

Students and employees are expected to comply with the University's policies on sexual harassment, sexual misconduct, sexual assault, and stalking whether on or off campus. Any student or employee who violates these University's policies on or off campus is subject to disciplinary sanctions.

### *Sexual Harassment*

Sexual harassment and gender-based harassment that create a hostile environment are forms of sex discrimination prohibited by Title IX of the Education Amendments of 1972, and may violate other federal and state law, including Title VII of the Civil Rights Act of 1964, and Texas state law. Sexual harassment is unwelcome conduct of a sexual nature. Sexual harassment can include unwelcome sexual advances; requests for sexual favors; and other verbal, nonverbal, or physical conduct of a sexual nature, such as sexual assault or acts of sexual violence. Gender-based harassment may include acts of verbal, nonverbal, or physical aggression, intimidation, or hostility based on sex or sex-stereotyping, even if those acts do not involve conduct of a sexual nature. Sexual harassment and gender-based harassment create a hostile environment if the conduct is sufficiently serious that it interferes with or limits a person's ability to participate in or benefit from the recipient's program or employment.

Sexual harassment includes incidents in which the harasser either provides or denies an employment or educational benefit in exchange for sexual favors, or makes an adverse employment or educational decision on the basis of rejection of sexual advances.

Sexual harassment also occurs when the working, learning, or living environment is made hostile or abusive. An abusive or hostile environment is one that is reasonably and actually perceived by the complaining party as abusive such that it makes it difficult to perform job duties or to pursue one's education.

Sexual harassment is defined by the perception of the person who feels harassed: that is, whether it involves sexual conduct unwelcome to that person. In other words, harassment is subjective and it is "in the eye of the beholder." Conduct can be sexual harassment whether or not any harassment or hostile feelings were intended.

Examples of sexual harassment may include, but are not limited to, the following:

- Pressure for a dating, romantic, or intimate relationship
- Unwelcome touching, kissing, hugging, or massaging
- Pressure for or forced sexual activity

- Unnecessary references to parts of the body
- Remarks about a person's gender or sexual orientation
- Sexual innuendos or humor
- Obscene gestures
- Sexual graffiti, pictures, or posters
- Sexually explicit profanity
- Bullying (conduct that may be physically threatening, harmful, or humiliating)
- Stalking or cyber-bullying that is based on gender or sex
- E-mail, texting ("sexting") and Internet use that violates this policy
- Sexual misconduct (sexual violence, sexual assault, domestic violence, dating violence or stalking)

A hostile environment can exist by virtue of a combination of individual incidents that would not, individually, constitute sexual harassment. Even one serious incident may, however, constitute hostile environment harassment.

Both women and men are protected from sexual harassment under these policies, whether the harassment is perpetrated by a member of the same or the opposite sex. Sexual harassment may be committed by a male or a female toward either a male or a female.

### *Sexual Misconduct*

Members of the LeTourneau University community, including students, staff, faculty, and guests, have the right to be free from sexual misconduct. Sexual misconduct is non-consensual sexual activity and is a violation of Title IX. Sexual misconduct includes, but is not limited to, sexual violence, sexual assault, stalking, and dating and domestic violence. LeTourneau University will not tolerate sexual misconduct of any form. Such conduct violates the values and principles of our community and disrupts the living, learning, and working environment for students, faculty, staff and guests.

**Definitions for the Policy:**

Consent is affirmative, conscious, and voluntary agreement to engage in sexual activity. Past consent does not imply future consent. Silence or absence of resistance does not imply consent. Consent must be clearly demonstrated through mutually understandable words and/or actions. Consent can be withdrawn at any time. Consent to one form of sexual activity cannot be assumed to be consent to any other form of sexual activity. Relying on non-verbal communications can lead to misunderstandings. Whether consent has been given will be determined contemporaneously with the activities in question.

If the victim is mentally or physically incapacitated or impaired so that the victim cannot understand the fact, nature or extent of the sexual situation, and the condition was or would be known to a reasonable person, there is no consent. This includes conditions due to alcohol or drug consumption, or being asleep or unconscious.

Sexual assault is any form of sexual contact directed against another person that occurs without the explicit consent of the recipient, including sexual acts committed against a person who is incapable of giving consent (e.g., due to the individual being under the influence of drugs or alcohol, or because an intellectual or other disability prevents the individual from having the capacity to give clear, unambiguous consent). Sexual assault may occur through the use of verbal, emotional, or physical force, intimidation, or coercion. Sexual assault includes sexual

activities such as forced sexual intercourse, forcible sodomy, child molestation, incest, fondling, statutory rape, attempted rape, and non-consensual sexual contact. It also includes any intentional sexual touching, however slight, with any object or body part, by a man or a woman upon a man or a woman, without explicit consent of that individual. Sexual assault can be committed by students, university employees, or third parties visiting or working on the LeTourneau University campus.

Non-consensual sexual contact includes any form of sexual touching, however slight, with any object or body part, by a man or a woman upon a man or a woman, without the consent of that individual. It may include, but is not limited to, sexual assault or sexual violence as described above.

Domestic Violence is defined under state criminal law as "physical harm, bodily injury, assault or the threat of physical harm" directed toward "persons who have a child in common, and persons cohabiting or formerly cohabiting." Domestic violence may also include a pattern of abusive or violent used by one partner in a domestic relationship to gain or maintain power and control over another partner. Domestic violence can be physical, sexual, emotional, economic, or psychological actions or threats of actions that influence another person. This includes any behaviors that intimidate, manipulate, humiliate, isolate, frighten, terrorize, coerce, threaten, blame, hurt, injure, or wound someone.

Dating Violence occurs when one person intentionally hurts or scares someone they are dating and includes physical, emotional, and sexual violence.

- Physical abuse may include hitting, shoving, kicking, biting, or throwing objects.
- Emotional abuse may include yelling, name-calling, bullying, embarrassing, preventing interaction with friends, telling someone that they deserve the abuse, or providing gifts to "make up" for the abuse.
- Sexual abuse and violence is forcing someone to engage in a sexual activity or engaging in sexual activity when one of the persons is unable to consent due to use of alcohol or drugs.

Stalking is defined as a course of conduct directed at a specific person that involves repeated (two or more occasions) visual or physical proximity, non-consensual communication, or verbal, written, or implied threats, or a combination thereof, that would cause a reasonable person fear. Stalking behaviors may include persistent patterns of leaving or sending the victim unwanted items or presents that may range from seemingly romantic to bizarre, following or laying in wait for the victim, damaging or threatening to damage the victim's property, defaming the victim's character, or harassing the victim via the Internet by posting personal information or spreading rumors about the victim. Texas criminal law defines stalking as a course of conduct that is directed specifically at another person that  causes the other person, a member of the other person's family or household, or an individual with whom the other person has a dating relationship to be placed in fear of bodily injury or death or in fear that an offense will be committed against the other person's property, or to feel harassed, annoyed, alarmed, abused, tormented, embarrassed, or offended; and would cause a reasonable person to feel harassed, annoyed, alarmed, abused, tormented, embarrassed, or offended.

## Sexual Misconduct Prevention and Response Policy
LeTourneau University provides education on sexual harassment and sexual misconduct, including sexual assault, sexual violence, domestic violence, dating violence, and stalking to all

members of the University community through mandatory training, campus programs, printed educational materials, and official campus policies. In addition, mandatory training for all new students is provided at the start of the school year to educate students about sexual harassment and sexual misconduct. All students are required to participate in this training.

*Reporting Sexual Harassment or Sexual Misconduct*

Any member of the staff or faculty, or any guest, who believes he or she has been the victim of sexual misconduct or sexual harassment by a student, faculty member, member of the staff, or other university personnel, or who has knowledge of or has observed such behavior, should immediately report the alleged acts to an appropriate individual who, depending on the circumstances, may be, the chief administrator in his/her division, the Title IX Coordinator or one of the deputy coordinators.

If any member of the LeTourneau University community believes that he or she has been subjected to sexual misconduct or harassed by the person to whom he or she would normally report the incident, then the report should be made to the Title IX Coordinator or one of the other Title IX Deputy Coordinators.

Any student or employee who believes that he or she has been the victim of sexual misconduct or harassment by another student, faculty member, member of the staff, guest, or any other University personnel, or who has knowledge of or has observed such behavior, should immediately report the alleged acts to an appropriate individual who, depending on the circumstances, may be a faculty member, their Resident Director, a Student Life staff member, the Title IX Coordinator, or one of the Deputy Coordinators.

A report can also be made to any one of the other officials listed below:

**Title IX Coordinator**

Dr. Kristy Morgan

Vice President of Student Affairs

Student Life Office, Second Floor Allen Family Student Center

Office Phone: 903-233-4410

Email: kristymorgan@letu.edu

**Deputy Coordinators**

Phyllis Turner

Director of Human Resources

Office Phone: 903-233-4171

Email: phyllisturner@letu.edu

Terri Deike

Director of Athletics

Office Phone: 903-233-3769

Email: terrideike@letu.edu

Mark Moland

Assistant Professor of Political Science and Criminal Justice

Office Phone: 903-233-3393

Email: markmoland@letu.edu

A complaint may be made by telephone, email, regular mail, or in person. A student has the right to make an anonymous complaint; however, it may be more difficult to prove the alleged misconduct that is the subject of the complaint and to take action against the respondent without the evidence and information, which the reporter may have or be able to provide. Complaints may also be made to the Department of Education, Office of Civil Rights.

Office for Civil Rights, **Dallas Office**
U.S. Department of Education
1999 Bryan Street, Suite 1620
Dallas, TX 75201-6810
Telephone: (214) 661-9600
Facsimile: (214) 661-9587
Email: OCR.Dallas@ed.gov

This complaint procedure applies to complaints alleging sexual harassment or misconduct by University employees, other students, or third parties.

The University will take appropriate steps to eliminate illegal sexual misconduct, prevent its recurrence, and remedy its discriminatory effects on the complainant and others as quickly as possible. In some cases, interim measures may be taken before the investigation and disciplinary process has been completed in order to eliminate or diminish the opportunity for additional harassment or to alleviate the effects of the conduct that is the subject of the complaint. Any interim sanctions will respect the rights of all participants to be treated with fundamental fairness.

### *Rights of the Complainant and Respondent*

The University strives to provide a prompt and fair process for investigating and resolving complaints related to sexual assault or other sex-related misconduct. Throughout this process, both the complainant and respondent have the following rights, many of which are described in greater detail in this policy:

- To be treated with respect and dignity.
- To receive assistance from the University in reporting the incident to law enforcement at any stage of the process.
- To receive information about the process the University will employ for conducting the investigation, hearing, determination, and appeal.
- To receive information about support available from University or community resources.

- To privacy to the extent possible consistent with applicable law and University policy.
- To have an advisor present throughout the process.
- To choose whether or not to participate in the investigation process.
- To a prompt and thorough investigation of the allegations.
- To have a reasonable time to provide information, including any oral or written statement, to the investigator.
- To raise any question regarding a possible conflict of interest on the part of any person involved in the investigation or determination.
- To appeal the decision and any sanctions made by the investigators.
- To notification, in writing, of the case resolution, including the outcome of any appeal.

***Investigating Sexual Misconduct or Sexual Harassment***

The University will thoroughly investigate and review the facts and circumstances of each allegation of harassment or sexual misconduct involving a student, faculty member, staff member or campus guest. The University may impose a sanction against the accused individual that is appropriate for the act committed. In accordance with Title IX of the education amendments of 1972, LeTourneau University will make every effort to conduct investigations that are prompt and equitable and intended to eliminate sexual misconduct on our campus.

***Confidentiality and Reporting***

The University strongly supports a Complainant's interest in confidentiality in cases involving sexual violence. However, there are situations in which the University must override a request for confidentiality in order to meet its obligations under federal law to provide an educational environment that is safe and free from sexual harassment or sexual violence. To the extent possible, information regarding alleged incidents of sexual violence will be shared only with individuals who are responsible for handling the University's response.

Honoring a request that the Complainant's name not be revealed to the accused person or that the University not investigate or seek action against the accused person may limit the University's ability to respond fully to the incident and pursue appropriate disciplinary action.

If a Complainant requests that his or her name not be disclosed to the accused person or that the University not investigate or seek action against the accused person, the University will need to determine whether or not it can honor such a request while still providing a safe and nondiscriminatory environment. If the University determines that it can respect a Complainant's request not to disclose his or her identity to the accused person, it will take all reasonable steps to respond to the complaint consistent with the request.

The University will consider a range of factors when weighing a request for confidentiality that could interfere with a meaningful investigation or potential discipline of the accused person. If the factors indicate an increased risk of the accused person committing additional acts of sexual violence or other violence, the University may be unable to honor the request for confidentiality. A Complainant may later withdraw a request for confidentiality, in which case a full investigation will be conducted to the extent possible. The Title IX Coordinator is responsible for evaluating requests for confidentiality.

### Making a Confidential Report

Individuals may be assured of confidentiality by reporting a sexual assault only to a therapist, doctor, attorney, or other person who is legally obligated to maintain patient or client confidentiality. If you choose this option, please consider asking your doctor, therapist, or counselor to make a confidential report of the assault without including facts that would reveal your identity. While the University will probably not be able to take any disciplinary action against the person who assaulted you, university officials will have a better picture of crime on the campus and may be able to warn the campus community about methods or patterns of attacks. The following are campus or community resources that can provide counseling, advocacy, and support and may be able to accommodate confidential reports of sexual assault.

- LeTourneau University Center for Counseling
- LeTourneau University Health Services
- LeTourneau University Campus Pastor

All other LeTourneau University staff and faculty members are required by University policy to report observations or actual knowledge of incidents of sexual harassment or sexual misconduct. In addition, reports made to other employees may have to be disclosed in criminal or civil court proceedings. Whether or not a student or employee requests confidentiality, LeTourneau University is committed to maintaining confidentiality throughout the entire investigatory process to the extent that is practical and appropriate. When a formal report is made, persons have the right and can expect to have incidents of sexual misconduct or harassment impartially investigated and properly resolved through administrative procedures. Confidentiality implies that only people who need to know will be informed, and that information will be shared only as necessary with investigators, witnesses, and the accused individual.

### *Amnesty for Victims*

LeTourneau University encourages the reporting of sexual misconduct and Student Life policy violations. Sometimes, victims are hesitant to report to college officials because they fear that they themselves may be charged with policy violations, such as underage drinking, at the time of the incident. It is in the best interest of this community that as many victims as possible choose to report to college officials. To encourage reporting, the university pursues a policy of offering victims of sexual harassment and sexual misconduct limited amnesty from being charged with policy violations related to the particular incident. While violations to policy cannot be completely overlooked, the university will provide educational options rather than discipline, in such cases.

### *Investigation Procedure and Follow Up*

Upon receipt of a complaint of sexual harassment or sexual misconduct, the Title IX Coordinator or a Deputy Coordinator will designate one or more Title IX investigators who will conduct an adequate, reliable, and impartial investigation of all complaints of sexual harassment or sexual misconduct, and all complaints will be resolved promptly and fairly. After a thorough investigation, the Investigators will deliver a report and recommendation to the Title IX Coordinator or Deputy Coordinator. The Title IX Coordinator or Deputy Coordinator will normally render a finding to the complainant and respondent within 60 days after the complaint was received. An investigation may occasionally take longer because of unusual circumstances or the availability of necessary parties critical to the investigation process.

Investigation of complaints will be as confidential as possible to acquire the information needed and will respect the rights of both the complainant and the respondent. Both parties will have the opportunity to present witnesses and other evidence to the Title IX investigators. The complaint will be decided using a preponderance of evidence standard. A preponderance of evidence means deciding whether the respondent is more likely than not to have committed the behavior for which they have been accused.

In the course of the investigation, the University may seek to use voluntary informal discussions or mediation for resolving some types of sexual harassment complaints. However, the complainant has the right to end the informal process at any time, in which case the investigation will continue to its conclusion. In cases involving allegations of sexual assault, mediation is not appropriate and will not be used. Any agreed resolution of a complaint should fully and effectively address safety, fairness, and other appropriate concerns of the complainant, the respondent, and the University as a whole.

***Advisors***

Both the Complainant and the Respondent will have the same opportunities to have others present during any part of the proceedings, including the opportunity to be accompanied to any related meeting or proceeding by the advisor of their choice. The role of the advisor is limited to providing support, guidance, or advice to the Complainant or Respondent throughout investigation and disciplinary process.

During meetings and hearings, the Complainant or Respondent and Advisor may talk quietly with each other. Advisors do not have the right to question or cross-examine witnesses, present arguments, answer questions posed to a student, or otherwise take an active role in the disciplinary proceedings. Advisors cannot disclose to other persons any confidential student information, which is disclosed to the advisor in the course of the proceedings. The University will remove or dismiss advisors who become disruptive or who do not abide by the restrictions on their participation.

## Notice of Outcome

Both parties will be promptly notified in writing of the outcome of the complaint process. With respect to complaints of sexual harassment or sexual violence, the University will disclose to the complainant information about any sanctions imposed on the respondent. In order to comply with the Clery Act, both parties will also be informed of all sanction information if the offense involved is a sex offense.

Individuals who are accused of sexual misconduct will be subject to disciplinary action in accordance with LeTourneau University's Christian Life and Community Standards (see the LeTourneau University Student Handbook or Faculty/Staff Handbook). At the discretion of the Title IX Coordinator or Deputy Coordinator overseeing the case, an individual accused of sexual misconduct or harassment may be immediately suspended or restricted from campus pending final disposition of any disciplinary proceedings. Individuals found to have committed harassment or sexual misconduct will be subject to disciplinary sanctions, up to and including suspension or expulsion from the University for students or termination of employment for employees.

***Sanctions***

If the Respondent is found responsible for sexual misconduct, the University will initiate a sanctioning process designed to eliminate the misconduct, prevent its recurrence, and remedy its effects, while supporting the University's educational mission and Title IX obligations. LeTourneau University reserves the right to take whatever measures it deems necessary in response to an allegation of sexual misconduct in order to protect student and employee rights and personal safety. Not all forms of sexual misconduct will be deemed to be equally serious offenses, and the University reserves the right to impose differing sanctions, depending on the severity of the offense. The University will consider the concerns and rights of both the complainant and the respondent of sexual misconduct. In appropriate circumstances, a warning may be issued to the campus community, though any such notification would not jeopardize the confidentiality of the victim.

**Sanctions for students can include, but not be limited to:**

- Written admonition – a letter may be sent to the student, and copied to his/her discipline record
- Parental notification – parents may be notified of disciplinary outcomes
- Educational/accountability sanctions – a student may be required to attend an educational class, mandatory drug or alcohol assessments, or other educational sanctions at the student's expense
- Fines – established and published fines may be imposed by Residence Life, the Dean of Students or University Police Department
- Restitution – a student may be required to pay restitution for damages or loss of property
- Loss of privilege – a student may lose a privilege afforded to them as a LeTourneau University student
- Removal/Suspension from Campus Housing – a student may be required to leave campus housing for a determined amount of time; conditions may be placed on his/her return
- Interim Suspension - In cases where a student is thought to pose a threat to the safety or well-being of the campus community, any individual, or normal operations of the college, the University may impose an interim suspension
- Disciplinary Probation – a student may be placed on probation for a limited amount of time, during which he or she may be held to immediate suspension or expulsion upon an additional violation
- Disciplinary Suspension – a student may be separated from the University for a determined period of time, with certain conditions to be met for re-entry
- Disciplinary Dismissal – a student may be separated from the college permanently

Disciplinary sanctions will be part of a student's confidential disciplinary record in Student Life. They will not appear on a student's academic record. Any disciplinary outcome resulting in suspension or expulsion may be reported to the student's professors, other college officials, and the registrar.

**Sanctions for Faculty & Staff can include, but not be** limited **to:**

- Warning – verbal or written
- Performance improvement/management process
- Required counseling
- Required training or education
- Loss of pay increase

- Loss of oversight or supervisory responsibility
- Suspension with pay
- Suspension without pay

Disciplinary sanctions will be a part of an employee's confidential employment file in Human Resources.

### ***Request for Reconsideration***

Either party may make a request for reconsideration of the initial decision by providing a written request for reconsideration to the Title IX Coordinator within three (3) days after written notice of the decision has been given. Both the complainant and the respondent will be given notice of the request and an opportunity to respond. A request for reconsideration may be made exclusively on one of the following grounds:

- There is new and significant evidence that has not yet been considered.
- The published investigation process was not followed.
- The sanctions imposed are not appropriate to the investigation finding.

A three member appeals board made up of Title IX Coordinators and Investigators that were not involved in the investigation of the case under consideration will consider the request and issue a final written decision within twenty (20) days after receiving the written request. A decision may occasionally take slightly longer because of unusual circumstances or the absence of necessary parties during school breaks.

Interim sanctions, including sanctions previously imposed and any additional appropriate sanctions, may be imposed or continued during the time the request is under consideration. The University shall respect and protect the rights of both parties until the request for reconsideration is resolved.

Both parties will be promptly notified in writing of the outcome of the request for reconsideration, which shall be final. The respondent will be notified of any changes to the sanctions, and the complainant will be given any notice of sanctions or changes in sanctions to which he or she is entitled, as described above.

### ***Right to File a Criminal Complaint***

Many forms of sexual misconduct are also prohibited by Texas and federal law and could result in civil liability or criminal prosecution. The university encourages individuals to contact the University Police Department at 903-233-4444 or Longview Police Department at 903-237-1199 (in an emergency call 911) for more information about how to report a crime and the criminal process. If a student would like assistance in contacting local authorities, the Office of Student Life can assist him/her in doing so. A criminal investigation does not relieve the University of its obligation to respond under Title IX, and both a criminal and University investigations may proceed simultaneously.

### ***Protection from Retaliation***

LeTourneau University will take appropriate steps to ensure that a person who in good faith reports, complains about, or participates in a sexual misconduct investigation will not be subjected to retaliation by the Respondent or by others with knowledge of the underlying report. Anyone who believes they are experiencing retaliation is encouraged to report the retaliation

using the same procedure for reporting possible sexual misconduct under this policy. A retaliation complaint will be reviewed as a separate offense under this policy. A person can be found responsible for retaliation even if not found to be responsible for the underlying reported sexual misconduct.

### ***False Reports***

A complainant, whose allegations are found to be false and brought with willful intent, will be subject to disciplinary action under the Community Values and Expectations code found in the LeTourneau University Student Handbook or Faculty/Staff Handbook, which may include, but is not limited to, written warning, demotion, transfer, suspension, dismissal, termination, or expulsion.

## XIII. FREE SPEECH and PEACEFUL ASSEMBLY

In attempt to balance the right to exercise free speech and/or organize a peaceful assembly with the obligation of the University to not unreasonably disrupt the educational pursuits of non-participants must comply with all college policies and procedures. Among these are the following time, place, and manner conditions:

- The time is limited to two hours between 8 a.m. and 8 p.m., Monday-Friday with the exception of one hour before and after chapel. This limitation will allow other uses of the space and to ensure that adequate staffing is available if needed to help ensure safety and civility of all present.
- Permissible locations, if not already in use, are the Campus Mall east of the bell tower and west of the Nursing Building, and the field to the east of the campus pond.
- Amplified sound is prohibited.
- Signboards larger than 3'x4' are prohibited.

### *Request Form*

The Free Speech and Peaceful Assembly Approval Request form is available online (www.letu.edu/peacefulassembly) and must be submitted three business days prior to the event. Staff members in the Office of Student Life are available to provide feedback on Peaceful Assembly planning to help insure that the event complies with the college policy.

### *Violations*

Violations of the Free Speech Assembly Policy are subject to the conduct process and the full range of sanctions. Exercising free speech and/or organizing a peaceful assembly violates university policy when the event:

- Includes participants that are not current faculty, staff or students;
- Threatens property or public safety;
- Infringes upon the rights of others by interrupting chapel, a classroom, or any college sponsored events or activities (e.g. halting a lecture, debate, or any public forum by indirectly preventing the speaker from speaking – even for a brief period of time – or seizing control of a public forum for one's own purposes);
- Violates the time, place, and manner restrictions listed above;
- Occurs without acknowledging awareness of this policy (i.e. failure to submit the Free Speech and Peaceful Assembly form).
- Violates any other standards set forth by the LeTourneau University Student Handbook.

LeTourneau University values freedom of expression and, therefore, supports students' desires to exercise this freedom in a public way as expressed in this policy. The use of the campus setting for expression of ideas or viewpoints in compliance with this policy does not imply the university's acceptance or endorsement of the views expressed. The university has the right to discontinue any protests or demonstrations not in compliance with these guidelines.