IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JANE DOE,<br><br>   *Plaintiff*,<br><br>v.<br><br>LETOURNEAU UNIVERSITY and BENJAMIN MURPHY,<br><br>   *Defendant*s. | §<br>§<br>§<br>§<br>§<br>§   Case No. 2:25-cv-00590-JRG-RSP<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Defendant LeTourneau University's Motion to Dismiss Plaintiff's Original Complaint (Dkt. No. 10).

Having reviewed Defendant LeTourneau's motion and any response by the Plaintiff, the Court concludes that it should be granted. Accordingly, Defendant LeTourneau University's Motion to Dismiss (Dkt. No. 10) is GRANTED and each of Plaintiff's claims against LeTourneau University are DISMISSED under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

**SIGNED** this ___ day of _____, _____.

                       _____
                       RODNEY GILSTRAP
                       UNITED STATES DISTRICT JUDGE