# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JANE DOE, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | Case No. 2:25-cv-00590-JRG-RSP |
| LETOURNEAU UNIVERSITY and § | |
| BENJAMIN MURPHY, § | |
| § | |
| *Defendant*s. | |

## ORDER

Before the Court is Defendant LeTourneau University's Motion to Dismiss Plaintiff's Original Complaint (Dkt. No. 10).

Having reviewed Defendant LeTourneau's motion and any response by the Plaintiff, the Court concludes that it should be granted. Accordingly, Defendant LeTourneau University's Motion to Dismiss (Dkt. No. 10) is GRANTED and each of Plaintiff's claims against LeTourneau University are DISMISSED under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.