**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JANE DOE, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 2:25-CV-00590-JRG-RSP |
| LETOURNEAU UNIVERSITY *and* | § | |
| BENJAMIN MURPHY, | § | |
| *Defendants*. | § | |

## ORDER

Defendant LeTourneau University ("Defendant") previously filed a Motion to Dismiss for Failure to State a Claim (Dkt. No. 13), which is duplicative of its earlier Motion to Dismiss for Failure to State a Claim (Dkt. No. 10) (collectively, "Motions") but addresses Plaintiff Jane Doe's intervening First Amended Complaint. (Dkt. No. 11.) Magistrate Judge Payne addressed both Motions together and entered a Report and Recommendation (Dkt. No. 34), recommending grant-in-part of Defendant's Motions. Defendant has now filed Objections. (Dkt. No. 35.)

After conducting a *de novo* review of the briefing on the Motions, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and **ORDERS** that the Motions (Dkt. Nos. 10, 13) are **GRANTED** as to Plaintiff's breach of contract and fraud claims and are otherwise **DENIED**.

So **ORDERED and SIGNED** this 31st day of March, 2026.

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE