**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JANE DOE, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:25-cv-00590-JRG-RSP |
| | § | |
| LETOURNEAU UNIVERSITY, | § | |
| BENJAMIN MURPHY, | § | |
| *Defendants*. | § | |

### ORDER ADOPTING

Before the Court are student records submitted by Defendant LeTourneau University for *in camera* review. See Dkt. Nos. 31, 32. After review of the records, the Court finds that they are sufficiently relevant to overcome the objections to their production. Accordingly,

Defendant LeTourneau University is **ORDERED** to redact the personally identifying information regarding Student 1 and Student 2, and to produce the redacted records to counsel for Plaintiff subject to the Protective Order (Dkt. No. 27).

**SIGNED this 10th day of June, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE